**Fill in this information to identify the case:**

Debtor name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 79,450.28 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 657,538.71 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 736,988.99 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 350,628.65 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 152,260.38 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 3,307,718.16 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 3,810,607.19 |

**Fill in this information to identify the case:**

Debtor name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089

❑ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☒ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. See attached continuation sheet for line 3 (4 accounts) | | | $ 6,626.28 |
| 3.2. | | | $ |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ 6,626.28 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Munsch Hardt - retainer | $ 4,691.00 |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. IPFS Corporation - prepaid insurance $22,945.81

8.2. $

9. **Total of Part 2.** $27,636.81

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____ face amount – ____ doubtful or uncollectible accounts = ....... ➔ $

11b. Over 90 days old: ____ face amount – ____ doubtful or uncollectible accounts = ....... ➔ $

12. **Total of Part 3** $

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1. ____ % | | $ |
| 15.2. ____ % | | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4** $

Add lines 14 through 16. Copy the total to line 83.

Debtor Trivista Operating LLC Case number (*if known*) 26-80089
Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| See attached continuation sheet for line 22 (2 items) | MM / DD / YYYY | $ 1,740.00 | Book | $ 1,740.00 |

23. **Total of Part 5** — $ 1,740.00

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value ________ Valuation method________ Current value________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $____________________

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $_____________ Valuation method _________________ Current value $______________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☒ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| ______________________ | $______________ | ___________________ | $____________________ |
| 40. **Office fixtures** | | | |
| ______________________ | $______________ | ___________________ | $____________________ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| ______________________ | $______________ | ___________________ | $____________________ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1______________________ | $______________ | ___________________ | $____________________ |
| 42.2______________________ | $______________ | ___________________ | $____________________ |
| 42.3______________________ | $______________ | ___________________ | $____________________ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $____________________

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Autos and Trucks (All) | $ 586,414.96 | Book | $ 586,414.96 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Field Equipment (All) | $ 28,120.66 | Book | $ 28,120.66 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$ 614,535.62**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☒ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

Debtor Trivista Operating LLC
Name
Case number (if known) 26-80089

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 See attached continuation sheet for line 55 (3 items) | | $ 79,450.28 | Book | $ 79,450.28 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 79,450.28

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
Paleo Car Care - loan; Robert Black - advance — 7,000.00 (Total face amount) – Unknown (doubtful or uncollectible amount) = $7,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax year ______ $______
Tax year ______ $______
Tax year ______ $______

73. **Interests in insurance policies or annuities**
See attached continuation sheet for line 73 (2 items) — $Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See attached continuation sheet for line 74 (5 items) — $Unknown
**Nature of claim** See attached continuation sheet
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. — $7,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,626.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 27,636.81 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,740.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 614,535.62 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . ➔ | | $ 79,450.28 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 7,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 657,538.71 | + 91b. $ 79,450.28 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ... $ 736,988.99

Official Form 206A/B — Schedule A/B: Assets — Real and Personal Property

## Attachment to Schedule A/B, Part 1: Cash and cash equivalents, Line 3

Checking, savings, money market, or financial brokerage accounts. Continuation of Official Form 206A/B, line 3; amounts on this attachment are included in the total for Part 1.

| Line | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | Classic Bank | Operating / Checking | 6318 | $5,000.00 |
| 3.2 | Classic Bank | Payroll | 0976 | $0.00 |
| 3.3 | Premier Bank | Checking | 1227 | $19.72 |
| 3.4 | Premier Bank | Checking | 8205 | $1,606.56 |
| | **Total of attachment for line 3** | | | **$6,626.28** |

Debtor **Trivista Operating LLC** Case number (if known) **26-80089**

Official Form 206A/B — Schedule A/B: Assets — Real and Personal Property

## Attachment to Schedule A/B, Part 5: Inventory, excluding agriculture assets, Line 22

Other inventory or supplies. Continuation of Official Form 206A/B, line 22; amounts on this attachment are included in the total for Part 5.

| Line | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1 | Supplies Inventory | $0.00 | Book | $0.00 |
| 22.2 | Giddings Yard Inventory | $1,740.00 | Book | $1,740.00 |
| | **Total of attachment for line 22** | **$1,740.00** | | **$1,740.00** |

Debtor **Trivista Operating LLC** Case number (if known) **26-80089**

Official Form 206A/B — Schedule A/B: Assets — Real and Personal Property

# Attachment to Schedule A/B, Part 9: Real property, Line 55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest. Continuation of Official Form 206A/B, line 55; amounts on this attachment are included in the total for Part 9.

| Line | Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Giddings Field Office Building | Fee simple | $79,450.28 | Book | $79,450.28 |
| 55.2 | Salt Water Disposal Agreement, including related easement, pipeline right-of-way, and injection rights associated with the Carol Mittasch #4 Well located in Lee County, Texas. | Leasehold / Easement / Contractual Real Property Interest | Unknown | | Unknown |
| 55.3 | Office/warehouse premises, 716 S. Frio Street, Suite 110, San Antonio, TX 78207 | Leasehold | | | Unknown |
| | **Total of attachment for line 55** | | **$79,450.28** | | **$79,450.28** |

Official Form 206A/B — Schedule A/B: Assets — Real and Personal Property

## Attachment to Schedule A/B, Part 11: All other assets, Line 73

Interests in insurance policies or annuities. Continuation of Official Form 206A/B, line 73; amounts on this attachment are included in the total for Part 11.

| Line | Description of insurance policy or annuity | Current value of debtor's interest |
|---|---|---|
| 73.1 | Scottsdale Insurance Co - Property policy | Unknown |
| 73.2 | Indian Harbor Insurance Co - General Liability policy | Unknown |
| | **Total of attachment for line 73** | **Unknown** |

Debtor **Trivista Operating LLC** Case number (if known) **26-80089**

Official Form 206A/B — Schedule A/B: Assets — Real and Personal Property

## Attachment to Schedule A/B, Part 11: All other assets, Line 74

Causes of action against third parties (whether or not a lawsuit has been filed). Continuation of Official Form 206A/B, line 74; amounts on this attachment are included in the total for Part 11.

| Line | Description of cause of action | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1 | Trivista Operating LLC, Trivista Oil Co. LLC v. Fort Apache Energy, Inc. - Cause No. 423-9718 pending in Bastrop County District Court | Affirmative litigation involving disputes related to oil and gas ops, etc. | | Unknown |
| 74.2 | Trivista Oil Co. LLC, Trivista Operating LLC v. Fort Apache Energy, Inc. - Cause No. 03-24-00682-CV pending in the 3rd Court of Appeals | Appellate proceeding arising from litigation concerning oil and gas ops | | Unknown |
| 74.3 | Trivista Operating LLC, Trivista Oil Co. LLC v. ERC Acquisitions II LLC - Cause No, 03-24-00622-CV pending in the 3rd Court of Appeals | Appellate proceedings relating to underlying commercial and operational disputes | | Unknown |
| 74.4 | Trivista Operating LLC, Trivista Oil Co. LLC v. ERC Acquisitions II LLC - Cause No, 03-24-00074-CV pending in the 3rd Court of Appeals | Appellate proceedings relating to underlying commercial and operational disputes | | Unknown |
| 74.5 | Trivista Oil Co. LLC, Trivista Operating LLC v. Texas Workforce Commission, Texas Workforce Commission, Miller, Timothy K. - Cause No. 18,181 pending in the Lee County District Court | Employment and workforce-related dispute | | Unknown |
| | **Total of attachment for line 74** | | | **Unknown** |

**Fill in this information to identify the case:**

Debtor name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089

❑ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
448 Supply Inc.

**Creditor's mailing address**
c/o Bruce Krueger and Eddie Hosea
PO Box 1274
Giddings, TX 78942

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Lorenz Gertrude 2

Column A: $320.00 — Column B: $Unknown

**Describe the lien**
Mineral Property Lien

**Is the creditor an insider or related party?**
- ☒ No
- ❑ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**2.2 Creditor's name**
448 Supply Inc.

**Creditor's mailing address**
c/o Bruce Krueger and Eddie Hosea
PO Box 1274
Giddings, TX 78942

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ❑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority.
  - ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Fischer Gertrude 2

Column A: $893.17 — Column B: $Unknown

**Describe the lien**
Mineral Property Lien

**Is the creditor an insider or related party?**
- ☒ No
- ❑ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $350,628.65

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.3 Creditor's name**

448 Supply Inc.

**Creditor's mailing address**

c/o Bruce Krueger and Eddie Hosea
PO Box 1274
Giddings, TX 78942

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Richter, Gertrude 1B

Column A: $ 1,050.56 — Column B: $ Unknown

**Describe the lien**

Mineral Property Lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**2.4 Creditor's name**

448 Supply Inc.

**Creditor's mailing address**

c/o Bruce Krueger and Eddie Hosea
PO Box 1274
Giddings, TX 78942

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Eschberger C3

Column A: $ 1,620.01 — Column B: $ Unknown

**Describe the lien**

Mineral Property Lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5 Creditor's name**

448 Supply Inc.

**Creditor's mailing address**

c/o Bruce Krueger and Eddie Hosea
PO Box 1274
Giddings, TX 78942

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2024

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Well(s) in Lee County Texas

Column A: $10,028.19 Column B: $Unknown

**Describe the lien**
Mineral Property Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.6 Creditor's name**

448 Supply Inc.

**Creditor's mailing address**

c/o Bruce Krueger and Eddie Hosea
PO Box 1274
Giddings, TX 78942

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2024

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Eschberger B2

Column A: $523.67 Column B: $Unknown

**Describe the lien**
Mineral Property Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor Trivista Operating LLC Case number (*if known*) 26-80089
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.7 Creditor's name**

Brigade Energy Services LLC

**Creditor's mailing address**

2500 DTC Parkway, Suite 530
Centennial, CO 80111

**Creditor's email address, if known**

**Date debt was incurred** 2/29/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Fischer WP Well No. 2, Dungan Well No. 1, Weise #1 Well No. 1, and Schulze Well No. 1

Column A: $ 36,537.29 Column B: $ Unknown

**Describe the lien**
Mineral Property Lien

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**2.8 Creditor's name**

Brigade Energy Services LLC

**Creditor's mailing address**

C/O Allen Bryson PLLC
211 North Center Street
Longview, TX 75601

**Creditor's email address, if known**

**Date debt was incurred** 2/18/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Well(s) in Fayette County Texas

Column A: $ 140,762.15 Column B: $ Unknown

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.9 Creditor's name**

Brigade Energy Services LLC

**Creditor's mailing address**

C/O Allen Bryson PLLC
211 North Center Street
Longview, TX 75601

**Creditor's email address, if known**

**Date debt was incurred** 2/18/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Well(s) in Fayette County Texas

Column A: $ 122,025.91 Column B: $ Unknown

**Describe the lien**

Judgment Lien

**Is the creditor an insider or related party?**

- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**2.10 Creditor's name**

Carrizo Well Service LLC

**Creditor's mailing address**

PO Box 890
1105 Old Lubbock Highway
Snyder, TX 79550

**Creditor's email address, if known**

**Date debt was incurred** 11/14/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- [X] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ranger Unit 8A3, Serbin (Taylor Sand), J Burleson Survey No. 4 A-5, Burleson Survey No. 4 A-17

Column A: $ 3,483.73 Column B: $ Unknown

**Describe the lien**

Mineral Property Lien

**Is the creditor an insider or related party?**

- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.11 Creditor's name**

Carrizo Well Service LLC

**Creditor's mailing address**

PO Box 890
1105 Old Lubbock Highway
Snyder, TX 79550

**Creditor's email address, if known**

**Date debt was incurred** 11/14/2024

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Trapper Unit 13A, Serbin (Taylor Sand), W Thompson Survey A-323, CS Smith Survey A-286, S Woods Survey A-338, W Gibson Survey A-140, C Chaney Survey A-71

Column A: $ 3,085.18 — Column B: $ Unknown

**Describe the lien**
Material Property Lien

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**2.12 Creditor's name**

Fort Apache Energy Inc

**Creditor's mailing address**

161 Ranch Drive
Fair Oaks Ranch, TX 78015

**Creditor's email address, if known**

**Date debt was incurred** 2/26/2026

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Well(s) in Lee County Texas

Column A: $ 10,000.00 — Column B: $ Unknown

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.13 Creditor's name**

Magellan Land Group

**Describe debtor's property that is subject to a lien**

Behrens Unit No. 1, Delmus Franks Unit Lease, Dungan No. 1, McElroy No. 1-H, Dernehl #1-H, Betty Petzold #1-H, Gene #2-H, Jackie #3-H, James A Moore No. 1, Lloyd No. 1-H, Tabitha #1 Lease

Column A: $ Unknown — Column B: $ Unknown

**Creditor's mailing address**

c/o Jeff Caperton
18000 Groeschke
Houston, TX 77084

**Describe the lien**
Mineral Property Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Date debt was incurred** 11/18/2015

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**2.14 Creditor's name**

IPFS Corporation

**Describe debtor's property that is subject to a lien**

Unearned premiums under financed insurance policies

Column A: $ 20,298.79 — Column B: $ 22,945.81

**Creditor's mailing address**

2900 N Loop West, Suite 1150
Houston, TX 77092

**Describe the lien**
Premium finance agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Date debt was incurred** 5/11/2026

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fill in this information to identify the case:**

Debtor: Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ❑ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Bastrop County Tax Assessor-Collector | $ 33,481.82 | $ 33,481.82 |
| **2.2** Crane County Tax Assessor-Collector | $ 2,924.14 | $ 2,924.14 |
| **2.3** Fayette County Tax Assessor-Collector | $ 164.50 | $ 164.50 |

**2.1 Priority creditor's name and mailing address**

Bastrop County Tax Assessor-Collector
804 Pecan St.
Bastrop, TX 78602

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Taxes

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.2 Priority creditor's name and mailing address**

Crane County Tax Assessor-Collector
P.O. Box 878, Attn: Judy Crumrine
Crane, TX 79731

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Taxes

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.3 Priority creditor's name and mailing address**

Fayette County Tax Assessor-Collector
P.O. Box 836, 111 South Vail St
La Grange, TX 78945-0836

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Taxes

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.4 Priority creditor's name and mailing address**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Total claim: $39,804.01 — Priority amount: $39,804.01

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.5 Priority creditor's name and mailing address**

Lee County Tax Assessor-Collector
898 East Richmond St, Suite 103
Giddings, TX 78942

Total claim: $12,326.15 — Priority amount: $12,326.15

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Taxes - Tax Year 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.6 Priority creditor's name and mailing address**

Lee County Tax Assessor-Collector
898 East Richmond St, Suite 103
Giddings, TX 78942

Total claim: $45,350.57 — Priority amount: $45,350.57

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Taxes - Tax Year 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.7 Priority creditor's name and mailing address**

Lee County Tax Assessor-Collector
898 East Richmond St, Suite 103
Giddings, TX 78942

Total claim: $18,209.19 — Priority amount: $18,209.19

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Taxes - Tax Year 2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Part 1.** Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.8** **Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
PO Box 149358
Austin, TX 78714

$ Unknown $ Unknown

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**Priority creditor's name and mailing address**

$ ______ $ ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**Priority creditor's name and mailing address**

$ ______ $ ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._ **Priority creditor's name and mailing address**

$ ______ $ ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

22ND CENTURY CAPITAL MANAGEMENT, L.P.
8927 HYPOLUXO ROAD SUITE A-5
LAKE WORTH, FL 33467

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

2390530 Ontario Inc.
2000 16th Sideroad
King City, ON L7B 1A3
Canada

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Affiliate Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**

31 Quad-C, LLC
4838 Iberis Rd
Abilene, TX 79606

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 448.35

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

3rd Degree Special Services
1885 Saint James Place, Suite 1050
Houston, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,232.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**

4-JW
P.O. BOX 6387
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 267.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

821 ENERGY, LLC
P.O. BOX 910
ALEDO, TX 76008

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 2.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

890 DARBY LLC
31 CHANCERY PLACE
THE WOODLANDS, TX 77381

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 327.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.8 Nonpriority creditor's name and mailing address**

A&A PRODUCTION
ROUTE 1, BOX 179
HOBSON, TX 78117

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.9 Nonpriority creditor's name and mailing address**

A-1 SIGN ENGRAVERS, INC.
PO BOX 2641
MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.10 Nonpriority creditor's name and mailing address**

A.M. GREENE TRUST C/O R.L. RITCHEY & JOE
PO BOX 94364
LUBBOCK, TX 79493

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.11 Nonpriority creditor's name and mailing address**

AARON'S ROUSTABOUT
P.O. BOX 537
CRANE, TX 79731

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

ABL OIL & GAS COMPANY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.13 Nonpriority creditor's name and mailing address**

ACE E. MYRICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,337.59

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.14 Nonpriority creditor's name and mailing address**

ACE GATHERING, INC.

15000 STATE HIGHWAY 36 SOUTH

SOMERVILLE, TX 77879

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.15 Nonpriority creditor's name and mailing address**

ACT RANCH PARTNERS, LTD NANCY LITTLEFIEL

PO BOX 131

PAIGE, TX 78659

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.16 Nonpriority creditor's name and mailing address**

ACUTE SAFETY LLC

8700 CROWNHILL BLVD. SUITE 407

SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

ADAM GARZA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.18 Nonpriority creditor's name and mailing address**

ADAM NIETSCHE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 79.91

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.19 Nonpriority creditor's name and mailing address**

ADELIA LORENZ

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.20 Nonpriority creditor's name and mailing address**

ADELINE ARLDT MELCHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,599.10

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.21 Nonpriority creditor's name and mailing address**

ADOLF J. PAFFEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.22 Nonpriority creditor's name and mailing address**

ADOLPH W. LEHMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 0.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.23 Nonpriority creditor's name and mailing address**

Adrian Villanueva

Address Unknown

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 980.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.24 Nonpriority creditor's name and mailing address**

ADRIANE LAKIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.25 Nonpriority creditor's name and mailing address**

ADVANCE HYDROCARBON CORP.

PO BOX 9778

COLLEGE STATION, TX 77842

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.26 Nonpriority creditor's name and mailing address**

AE Texas

PO Box 7780

Spring, TX 77387

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,311.11

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.27** **Nonpriority creditor's name and mailing address**
AGNES ELAINE VONTUR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.28** **Nonpriority creditor's name and mailing address**
AKRAM KAREEN
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 277.59

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.29** **Nonpriority creditor's name and mailing address**
ALAN COLT POUNDERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,024.25

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.30** **Nonpriority creditor's name and mailing address**
ALAN KOCH
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.31** **Nonpriority creditor's name and mailing address**
ALBERT J. DUNGAN AS HIS SEPARATE PROPERT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.32 Nonpriority creditor's name and mailing address**
ALEENE S. WYNN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.33 Nonpriority creditor's name and mailing address**
ALEXANDRA CARSON HISSOM TRUST C/O TAMRA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.34 Nonpriority creditor's name and mailing address**
ALFRED V SCHULZE AND NANCY W SCHULZE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.35 Nonpriority creditor's name and mailing address**
ALICE WERSTAK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 83.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.36 Nonpriority creditor's name and mailing address**
ALISHA DAWN BRADLEY AND KENNETH ANDREW B
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37** **Nonpriority creditor's name and mailing address**
ALLEN CARMEAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 17.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
ALPHA & OMEGA ASSETS, LLC JOHN LOYD WHIT
465 CR 238 LOOP
CAMERON, TX 76520

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
ALTIMA CAPITAL LTD
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
ALTON WARD, JR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
ALVIN R. TURSKI
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.42** **Nonpriority creditor's name and mailing address**

AMANDA B LANE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.43** **Nonpriority creditor's name and mailing address**

AMBER HEBERT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,188.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.44** **Nonpriority creditor's name and mailing address**

AMBER LYNN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 197.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.45** **Nonpriority creditor's name and mailing address**

AMBER MAXWELL ABELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 133.09

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.46** **Nonpriority creditor's name and mailing address**

AMERICAN ASSURANCE 2000, LP DEPT 1240 PO BOX 17180

DENVER, CO 80217-0180

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.47** **Nonpriority creditor's name and mailing address**

AMERICAN SOLUTIONS FOR BUSINESS

31 E MINNESOTA AVE
GLENWOOD, MN 56334

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.48** **Nonpriority creditor's name and mailing address**

AMINEX CORPORATION

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 27.49

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.49** **Nonpriority creditor's name and mailing address**

AMY KYLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 103.53

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.50** **Nonpriority creditor's name and mailing address**

AMY R. FREY-GARZA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 10,483.23

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.51** **Nonpriority creditor's name and mailing address**

ANDREA PALLAMOLLO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 590.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.52 Nonpriority creditor's name and mailing address**

ANDREA WACHSMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.53 Nonpriority creditor's name and mailing address**

ANDREW DAVID ELLIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,975.52

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.54 Nonpriority creditor's name and mailing address**

ANGELA FIELDS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.55 Nonpriority creditor's name and mailing address**

ANGELYNE BEHRENS FEURBACHER

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.56 Nonpriority creditor's name and mailing address**

ANITA SCHUELER COLLINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 264.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57 Nonpriority creditor's name and mailing address**

ANN CAMPBELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.58 Nonpriority creditor's name and mailing address**

ANN Y. HAMPTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.59 Nonpriority creditor's name and mailing address**

ANNA E. LITTLE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.60 Nonpriority creditor's name and mailing address**

ANNE MATTINGLY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 252.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.61 Nonpriority creditor's name and mailing address**

ANNE MINER MORTIMER BALLANTYNE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,460.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.62** **Nonpriority creditor's name and mailing address**
ANNE MORGAN JORDAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 355.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
ANNETTE ALLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
ANNETTE SAEGERT FOERSTER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 856.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
ANNIE L. EASLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1.20

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
ANNIE MAE EASLY BRUTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67 Nonpriority creditor's name and mailing address**

ANTHONY L. HARDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 242.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.68 Nonpriority creditor's name and mailing address**

ANTHONY PESCHKE ANNE PESCHKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.69 Nonpriority creditor's name and mailing address**

ANTHONY REITANO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 290.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.70 Nonpriority creditor's name and mailing address**

APPLE INC.

2901 S. CAPITAL OF TEXAS HIGHWAY

AUSTIN, TX 78746

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.71 Nonpriority creditor's name and mailing address**

APPLIED RESOURCES OF TEXAS INC

PO BOX 441371

HOUSTON, TX 77244-1371

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 491.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.72 Nonpriority creditor's name and mailing address**

Aquaterra Water Management
10343 Sam Houston Park Drive
Houston, TX 77064

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,397.25

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.73 Nonpriority creditor's name and mailing address**

ARLAND D. WEISE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 5,477.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

ARLEN BEATTY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.75 Nonpriority creditor's name and mailing address**

ARLENE PESCHKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 15,854.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

ARMOR ENERGY, LLC
4500 S. GARNETT RD.
SUITE 250
TULSA, OK 74146

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 152.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.77 Nonpriority creditor's name and mailing address**

ARNOLD KASPER EVELYN KASPER

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.78 Nonpriority creditor's name and mailing address**

ARON EZILLA RIDGE HOWARD

ADDRESS UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 4.85

**3.79 Nonpriority creditor's name and mailing address**

ARTHUR N. RUPE FOUNDATION

3887 STATE STREET, SUITE 22

SANTA BARBARA, CA 93105-3196

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.80 Nonpriority creditor's name and mailing address**

ARTURO BEJARANO

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.81 Nonpriority creditor's name and mailing address**

ASHLEY BRADSHAW

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.82 Nonpriority creditor's name and mailing address**

ASHLEY RICHARDSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,056.99

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.83 Nonpriority creditor's name and mailing address**

AT&T

208 S Akard Street

Dallas, TX 75202

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 2,145.12

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.84 Nonpriority creditor's name and mailing address**

AUBAINE SUPPLY COMPANY, INC.

PO BOX 727

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.85 Nonpriority creditor's name and mailing address**

AUDRA JO STUEBER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.86 Nonpriority creditor's name and mailing address**

AUDREY PFEIFFER

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 7,073.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.87 Nonpriority creditor's name and mailing address**

AWS ENERGY CORP
207 SAN JACINTO BLVD, SUITE 300
AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.88 Nonpriority creditor's name and mailing address**

AZAR MINERALS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,310.59

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.89 Nonpriority creditor's name and mailing address**

B & B Auto and Farm Supply
264 W Austin St
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 188.53

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.90 Nonpriority creditor's name and mailing address**

B&E ROUSTABOUT INC.
101 HOOSER RD
BIG SPRING, TX 79720

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.91 Nonpriority creditor's name and mailing address**

B. KAY BRUNNIER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 460.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.92** **Nonpriority creditor's name and mailing address**
BADON HILL, INC.
6300 Ridglea Place, Suite 950
Fort Worth, TX 76116-5704

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.93** **Nonpriority creditor's name and mailing address**
BANTAM ROYALTIES, LLC MILES BOLDRICK, MA
PO BOX 10668
MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.94** **Nonpriority creditor's name and mailing address**
BARBARA ANN FORBES
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.95** **Nonpriority creditor's name and mailing address**
BARBARA DEBUSK
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.96** **Nonpriority creditor's name and mailing address**
BARBARA FAYE MITCHELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.97** **Nonpriority creditor's name and mailing address**
BARBARA FREY INDEP EXECUTRIX O/T/E/O CLI
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.98** **Nonpriority creditor's name and mailing address**
BARBARA JO FREY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.99** **Nonpriority creditor's name and mailing address**
BARBARA KEILBERG, TRUSTEE
674 ACORN
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.100** **Nonpriority creditor's name and mailing address**
BARBARA NEWCOMB
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,029.23

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.101** **Nonpriority creditor's name and mailing address**
BARBARA PATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 376.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (*if known*) 26-80089
Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.102 Nonpriority creditor's name and mailing address**

BARBARA PETZOLD COOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 167.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.103 Nonpriority creditor's name and mailing address**

BARBARA SCHREYER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 42.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.104 Nonpriority creditor's name and mailing address**

BASS PETROLEUM, INC

609 CASTLE RIDGE ROAD, SUITE 335

AUSTIN, TX 78746

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.105 Nonpriority creditor's name and mailing address**

BB SIMPSON

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.106 Nonpriority creditor's name and mailing address**

BEA BEHRENS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.107 Nonpriority creditor's name and mailing address**

BEATRICE OLTMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.108 Nonpriority creditor's name and mailing address**

BEAVER FAMILY IRREVOCABLE TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.109 Nonpriority creditor's name and mailing address**

BECKER BROTHERS PARTNERSHIP

2965 COUNTY ROAD 208

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.110 Nonpriority creditor's name and mailing address**

BECKY SCHAUTSCHICK PROSKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 83.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.111 Nonpriority creditor's name and mailing address**

BEHRENS FAMILY TRUST, MILTON BEHRENS,TTE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.112 Nonpriority creditor's name and mailing address**
BEN C. & IRENE B. HOUSTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 268.99

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.113 Nonpriority creditor's name and mailing address**
BEN JOHN HORVATH
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,735.36

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.114 Nonpriority creditor's name and mailing address**
BEN MEUTH
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.115 Nonpriority creditor's name and mailing address**
BEN MEUTH, JR.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 347.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.116 Nonpriority creditor's name and mailing address**
BEN SCHIMANK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.117 Nonpriority creditor's name and mailing address**

BENJAMIN E MORGAN FAMILY TRST JOHN TRICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.118 Nonpriority creditor's name and mailing address**

BENNIE C JAEHNE 2010 TRUST STACEY COUCH,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.119 Nonpriority creditor's name and mailing address**

BENNY LEE CANIZARO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 364.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.120 Nonpriority creditor's name and mailing address**

BERNADETTE VESS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 317.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.121 Nonpriority creditor's name and mailing address**

BERNICE VIOLA SCHULZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.122 Nonpriority creditor's name and mailing address**

BERNICE WEISE-DOEBBLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,649.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.123 Nonpriority creditor's name and mailing address**

BERNON ENTERPRISES

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.124 Nonpriority creditor's name and mailing address**

BERT MOERS & LINDA MOERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.125 Nonpriority creditor's name and mailing address**

BERT SNIDER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,858.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.126 Nonpriority creditor's name and mailing address**

BERTHA A. KRUEGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,884.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.127 Nonpriority creditor's name and mailing address**
BERTHA HOLWELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed
[ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**3.128 Nonpriority creditor's name and mailing address**
BEST BUY
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**3.129 Nonpriority creditor's name and mailing address**
BESTEST INC.
PO BOX 606
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**3.130 Nonpriority creditor's name and mailing address**
BETH KING
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

$ 2.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**3.131 Nonpriority creditor's name and mailing address**
BETHANY KATE LARA
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.132 Nonpriority creditor's name and mailing address**

BETSY ANNE ARCHIBALD NANCY MEUTH ARCHIBA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.133 Nonpriority creditor's name and mailing address**

BETSY KASPER GUETTLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.134 Nonpriority creditor's name and mailing address**

BETTIE J. NEUBERT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.135 Nonpriority creditor's name and mailing address**

BETTY C. BAUER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.136 Nonpriority creditor's name and mailing address**

BETTY J. NINK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 23.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.137** **Nonpriority creditor's name and mailing address**
BETTY JEAN ZOCH PANTEL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 55.25

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.138** **Nonpriority creditor's name and mailing address**
BETTY K. SEVERY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.139** **Nonpriority creditor's name and mailing address**
BETTY LOUISE MOORE SEPARATE PROPERTY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.140** **Nonpriority creditor's name and mailing address**
BETTY M. PETZOLD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 703.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.141** **Nonpriority creditor's name and mailing address**
BETTY PESCHKE DUKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 631.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.142 Nonpriority creditor's name and mailing address**

BETTY SENSAT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,236.96

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.143 Nonpriority creditor's name and mailing address**

BETTY TESTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,673.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.144 Nonpriority creditor's name and mailing address**

BEVERLY ANN WELLS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.145 Nonpriority creditor's name and mailing address**

BEVERLY K. ALVEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 252.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.146 Nonpriority creditor's name and mailing address**

BEVERLY SUE WALKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,318.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.147 Nonpriority creditor's name and mailing address**

BEVO EXPLORATION, LLC
PO BOX 9985
LONGVIEW, TX 75608

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 33.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.148 Nonpriority creditor's name and mailing address**

BHP BILLITON PETROLEUM PROPERTIES, LP
PO BOX 847750
DALLAS, TX 75284-7750

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 143.48

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.149 Nonpriority creditor's name and mailing address**

BIG SKY MINERAL TRUST SERENA B. KUNDYSEK
P O BOX 3788
ARLINGTON, TX 76007

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.150 Nonpriority creditor's name and mailing address**

BILL CRAB
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.151 Nonpriority creditor's name and mailing address**

BILL D. LIVELY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.152 **Nonpriority creditor's name and mailing address**

BILL FENN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 468.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.153 **Nonpriority creditor's name and mailing address**

BILL HOLLAND, JR.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.154 **Nonpriority creditor's name and mailing address**

BILL LORANCE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 177.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.155 **Nonpriority creditor's name and mailing address**

BILL ZELTWANGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.156 **Nonpriority creditor's name and mailing address**

BILLIE BURKE MAXWELL WILLIAM ROBERT MAXW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.157 Nonpriority creditor's name and mailing address**
BILLY JACK ALBERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 312.45

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.158 Nonpriority creditor's name and mailing address**
BILLY M. JAEHNE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 281.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.159 Nonpriority creditor's name and mailing address**
BILLY RAY ZOCH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 686.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.160 Nonpriority creditor's name and mailing address**
BILLY ROY STANDEFER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.161 Nonpriority creditor's name and mailing address**
BILLY STRACENER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.162** **Nonpriority creditor's name and mailing address**

BLACK STONE MINERALS COMPANY, LP

PO BOX 301267

DALLAS, TX 75303-1267

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,438.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.163** **Nonpriority creditor's name and mailing address**

BLACK STONE NATURAL RESOURCES I, LP

PO BOX 203319

HOUSTON, TX 77216

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.164** **Nonpriority creditor's name and mailing address**

BLAINE R. MORGAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.165** **Nonpriority creditor's name and mailing address**

BLAINE WILLIAMS BARBARA WILLIAMS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.166** **Nonpriority creditor's name and mailing address**

BLESSING ENERGY, INC

PO BOX 947

GIDDINGS, TX 78942-0947

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,292.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.167 **Nonpriority creditor's name and mailing address**
Bluebonnet Electric Cooperative
3190 E Austin Street
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 8,602.26

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.168 **Nonpriority creditor's name and mailing address**
BO FREDRICSSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.169 **Nonpriority creditor's name and mailing address**
BOB A PRUKOP
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.170 **Nonpriority creditor's name and mailing address**
BOB MCCORMICK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.171 **Nonpriority creditor's name and mailing address**
BOBBIE SUE SHOCKLEY BEALL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.172** **Nonpriority creditor's name and mailing address**

BOBBY ALBIN MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 11,371.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.173** **Nonpriority creditor's name and mailing address**

BOBBY CHAFIN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.174** **Nonpriority creditor's name and mailing address**

BOBBY JOE TRANT SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.175** **Nonpriority creditor's name and mailing address**

BONNIE JANE DERNEHL ORSAK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.176** **Nonpriority creditor's name and mailing address**

BONNIE LEE SCHMIDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.177 Nonpriority creditor's name and mailing address**

BONNIE M. MCKENZIE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,692.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.178 Nonpriority creditor's name and mailing address**

BOTTOM INVESTMENT CO. ATTN: E. BRENT BO

520 LAWRENCE STREET

CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.179 Nonpriority creditor's name and mailing address**

BOYD G. PETT ATTN: NORMA L. STIAWALT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.180 Nonpriority creditor's name and mailing address**

BOZI DAR RANCH, LLC

P O BOX 1234

GANADO, TX 77962

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 255.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.181 Nonpriority creditor's name and mailing address**

BRACEWELL & GIULIANI LLP

P.O. BOX 848566

DALLAS, TX 75284-8566

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.182 Nonpriority creditor's name and mailing address**
BRENDA AHLHORN SOLE & SEPARATE PROPERTY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.183 Nonpriority creditor's name and mailing address**
BRENDA K WESTERMAN JOHNSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 2,791.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.184 Nonpriority creditor's name and mailing address**
BRENDA KAY RICHTER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 212.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.185 Nonpriority creditor's name and mailing address**
BRENDA MUNIZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 506.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.186 Nonpriority creditor's name and mailing address**
BRENDA S GROFF
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 195.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.187 Nonpriority creditor's name and mailing address**

BRENNA BEHRENS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.188 Nonpriority creditor's name and mailing address**

BRENTON KINAS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.189 Nonpriority creditor's name and mailing address**

BREWER INT., LLC

PO BOX 71

FISCHER, TX 78623

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,173.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.190 Nonpriority creditor's name and mailing address**

BRIAN JONES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.191 Nonpriority creditor's name and mailing address**

BRIAN WADE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.192 **Nonpriority creditor's name and mailing address**
BRIAN WILLIAM KRAUSS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 10.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.193 **Nonpriority creditor's name and mailing address**
BRIGETTE M. KIRK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.194 **Nonpriority creditor's name and mailing address**
BROOKE GINSBERG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.195 **Nonpriority creditor's name and mailing address**
BROWNING OIL COMPANY, INC.
12377 MERIT DRIVE, SUITE 780
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.196 **Nonpriority creditor's name and mailing address**
BRUCE E & LOUISE E BOWE REV LT BRUCE E &
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.197 Nonpriority creditor's name and mailing address**

BRUCE GOLDMAN c/o RACHEL GOLDMAN

Address on file

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.198 Nonpriority creditor's name and mailing address**

BRUCE NOWLIN

Address on file

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.199 Nonpriority creditor's name and mailing address**

BRUCE PRELLOP

Address on file

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 228.98

**3.200 Nonpriority creditor's name and mailing address**

BRUNSWICK PRESS, INC.

9430 BAYTHORNE DRICE
HOUSTON, TX 77041-7797

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.201 Nonpriority creditor's name and mailing address**

BRYAN A. AZAR

Address on file

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 5,059.31

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.202 Nonpriority creditor's name and mailing address**
BRYAN GREGORY ARCHIBALD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 196.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.203 Nonpriority creditor's name and mailing address**
BRYNDA WHEELER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.204 Nonpriority creditor's name and mailing address**
BUCKHEAD ENERGY, LLC
P.O. BOX 471288
FT. WORTH, TX 76147

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 18.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.205 Nonpriority creditor's name and mailing address**
BURLEY REVOCABLE LIVING TRUST JEROME A B
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.206 Nonpriority creditor's name and mailing address**
BUTTRAM OIL PROPERTIES, LLC
2601 NW EXPRESSWAY, STE. 501W
OKLAHOMA CITY, OK 73112

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.207 Nonpriority creditor's name and mailing address**

BWAB LIMITED LIABILITY COMPANY
100 SAINT PAUL STREET
SUITE 305
DENVER, CO 80206

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 6,742.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.208 Nonpriority creditor's name and mailing address**

BYRON GOODWIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.209 Nonpriority creditor's name and mailing address**

BYRON HARRIS
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.210 Nonpriority creditor's name and mailing address**

C. EDWARD SIMMONS
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.211 Nonpriority creditor's name and mailing address**

C. FRED MARTENS C/O CHARLES F. MARTENS I
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.212 Nonpriority creditor's name and mailing address**

C.W. KREIGEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,875.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.213 Nonpriority creditor's name and mailing address**

CAEDON WAYNE JERVIS SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.214 Nonpriority creditor's name and mailing address**

CALLAN OLTMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.215 Nonpriority creditor's name and mailing address**

CALVIN G. LEHMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,571.37

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.216 Nonpriority creditor's name and mailing address**

CANON SAFETY/RHI GROUP

P O BOX 1879

KILGORE, TX 75663

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.217** **Nonpriority creditor's name and mailing address**
CAPPADONNA ELECTRICAL MGMT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**
CAREY M. WEISE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 568.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**
CARL DAVID OR BETTY JEAN KOVAR DAINEL D
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**
CARL E. DUDREY ESTATE RICHARD A. BALL, E
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.221** **Nonpriority creditor's name and mailing address**
CARL G. NINK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.222 Nonpriority creditor's name and mailing address**

CARL ISELT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 17.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.223 Nonpriority creditor's name and mailing address**

CARL STEINBACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.224 Nonpriority creditor's name and mailing address**

CARL W KASPER JR AS SEPARATE PROPERTY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.225 Nonpriority creditor's name and mailing address**

CARL W KASPER JR, LIFE ESTATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.226 Nonpriority creditor's name and mailing address**

CARLOS A. & YANIRA HERNANDEZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,204.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.227 Nonpriority creditor's name and mailing address**
CARMEAN FAMILY PROPERTIES, LLC C/O ROBER
811 FOLEY ST., SUITE H
JACKSON, MS 39211

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.228 Nonpriority creditor's name and mailing address**
CARMEN GONZALES
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.229 Nonpriority creditor's name and mailing address**
CAROL A. DOVE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 181.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.230 Nonpriority creditor's name and mailing address**
CAROL A. WALKER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 709.53

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.231 Nonpriority creditor's name and mailing address**
CAROL BELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.232 Nonpriority creditor's name and mailing address**

CAROL FALKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.233 Nonpriority creditor's name and mailing address**

CAROL J. PITTENGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 547.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.234 Nonpriority creditor's name and mailing address**

CAROL MITTASCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.235 Nonpriority creditor's name and mailing address**

CAROLINE HISSOM WALLACE TRUST C/O CAROLI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.236 Nonpriority creditor's name and mailing address**

CAROLINE MARTINEAU 2006 TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 164.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.237 Nonpriority creditor's name and mailing address**

CAROLYN A. KASSULKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.238 Nonpriority creditor's name and mailing address**

CAROLYN F. FRITSCHE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 568.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.239 Nonpriority creditor's name and mailing address**

CAROLYN GERDIE MARKERT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 101.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.240 Nonpriority creditor's name and mailing address**

CAROLYN HOUSTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 318.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.241 Nonpriority creditor's name and mailing address**

CAROLYN KAY JEARY TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.242 Nonpriority creditor's name and mailing address**
CAROLYN KROLL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.243 Nonpriority creditor's name and mailing address**
CAROLYN M. STEIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 576.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.244 Nonpriority creditor's name and mailing address**
CARSON G. CAMPBELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 314.10

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.245 Nonpriority creditor's name and mailing address**
CARY VOSS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.246 Nonpriority creditor's name and mailing address**
CASEDHOLE SOLUTIONS, INC
P.O. BOX 733404
DALLAS, TX 75373-3404

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.247 Nonpriority creditor's name and mailing address**

CASSANDRA BROWN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 89.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.248 Nonpriority creditor's name and mailing address**

CASTLE ENERGY MANAGEMENT, LLC
6300 RIDGLEA PLACE
SUITE 950
FT. WORTH, TX 76116

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 32.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.249 Nonpriority creditor's name and mailing address**

CATHERINE L BAIN MAXON

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.250 Nonpriority creditor's name and mailing address**

CATHRYN LOUISE COX

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 766.52

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.251 Nonpriority creditor's name and mailing address**

CATHY S. APPLE 2004 TRUST CATHY S. APPLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.252 Nonpriority creditor's name and mailing address**

CDW

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.253 Nonpriority creditor's name and mailing address**

CE MIKE THOMAS, III

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.254 Nonpriority creditor's name and mailing address**

CEAN MOORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 53.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.255 Nonpriority creditor's name and mailing address**

CECIL W BAIN III

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 151.52

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.256 Nonpriority creditor's name and mailing address**

CEN-TEX OPERATING & PRODUCING COMPANY

PO BOX 949

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,779.77

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.257 Nonpriority creditor's name and mailing address**

CENTRAL TEXAS PUMP JACKS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.258 Nonpriority creditor's name and mailing address**

CHACKO ABRAHAM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.259 Nonpriority creditor's name and mailing address**

CHAD SIEGMUND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 867.25

**3.260 Nonpriority creditor's name and mailing address**

CHAD SIEGMUND MEGAN SIEGMUND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.261 Nonpriority creditor's name and mailing address**

CHANSE ENERGY CORPORATION

PO BOX 1572

SHREVEPORT, LA 71165

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.262** **Nonpriority creditor's name and mailing address**

CHARLENE MAXWELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 55.74

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.263** **Nonpriority creditor's name and mailing address**

CHARLES A RAMSEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.264** **Nonpriority creditor's name and mailing address**

CHARLES A. RAMSEL MODENA RAMSEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.265** **Nonpriority creditor's name and mailing address**

CHARLES ARLDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.266** **Nonpriority creditor's name and mailing address**

CHARLES B. ALBRIGHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.267 Nonpriority creditor's name and mailing address**

CHARLES BUSH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.268 Nonpriority creditor's name and mailing address**

CHARLES CLINTON BOOTH TEST TRUST GT BOOT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.269 Nonpriority creditor's name and mailing address**

CHARLES FORNEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.270 Nonpriority creditor's name and mailing address**

CHARLES GLONA BETTY GLONA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.271 Nonpriority creditor's name and mailing address**

CHARLES J. LUBERGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Basis for the claim | Subject to offset? | Amount of claim |
|---|---|---|---|---|---|
| 3.272 | CHARLES KOYM, Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed ☐ Liquidated and neither contingent nor disputed | Royalty Payable | ☒ No ☐ Yes | $5.88 |
| 3.273 | CHARLES MALKE, Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | ☒ No ☐ Yes | $Unknown |
| 3.274 | CHARLES MOORE FREDE, Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | ☒ No ☐ Yes | $Unknown |
| 3.275 | CHARLES VAHRENKAMP, Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | ☒ No ☐ Yes | $523.79 |
| 3.276 | CHARLES WHITENER, ADDRESS UNKNOWN | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | ☒ No ☐ Yes | $Unknown |

Date or dates debt was incurred and Last 4 digits of account number: blank for all entries.

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.277** **Nonpriority creditor's name and mailing address**

CHARLOTTE ANN WHITESIDES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 6,501.01

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.278** **Nonpriority creditor's name and mailing address**

CHARLOTTE K. JAEHNE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.279** **Nonpriority creditor's name and mailing address**

CHASE GRAVES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.280** **Nonpriority creditor's name and mailing address**

CHEMSYNC, INC.

PO BOX 1515

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.281** **Nonpriority creditor's name and mailing address**

CHERIE WILKINSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.282** **Nonpriority creditor's name and mailing address**

CHEROKEE MINERALS, LP
PO BOX 2272
LONGVIEW, TX 75606

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 140.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.283** **Nonpriority creditor's name and mailing address**

CHERYL A PESCHKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 25.83

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.284** **Nonpriority creditor's name and mailing address**

CHERYL J. O'SUCH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 31.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.285** **Nonpriority creditor's name and mailing address**

CHESTER S. YAGER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.286** **Nonpriority creditor's name and mailing address**

CHIDERBRI MINERALS, LP
BUILDING 2, SUITE 204
9310 BROADWAY
SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.287 Nonpriority creditor's name and mailing address**

CHLOE A NAIL TRUST BANK ONE TRUST CO, NA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.288 Nonpriority creditor's name and mailing address**

CHOCTAW ENERGY LIMITED PARTNERSHIP

PO BOX 6387

SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 16,233.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.289 Nonpriority creditor's name and mailing address**

CHRISTIAN MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,064.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.290 Nonpriority creditor's name and mailing address**

CHRISTIAN WILLIAM OLTMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.291 Nonpriority creditor's name and mailing address**

CHRISTIANA HORVATH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 16.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.292** **Nonpriority creditor's name and mailing address**
CHRISTINA BECVAR
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.293** **Nonpriority creditor's name and mailing address**
CHRISTINA HELMS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,511.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.294** **Nonpriority creditor's name and mailing address**
CHRISTINA VU
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.295** **Nonpriority creditor's name and mailing address**
CHRISTINE BELL HELLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 880.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.296** **Nonpriority creditor's name and mailing address**
CHRISTINE DYER JERVIS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,331.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.297** **Nonpriority creditor's name and mailing address**
CHRISTINE PETZOLD BENEDICT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 167.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.298** **Nonpriority creditor's name and mailing address**
CHRISTOPHER K CRAWFORD & KATHRYN L CRAWF
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.299** **Nonpriority creditor's name and mailing address**
CHRISTOPHER S MAXWELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,425.48

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.300** **Nonpriority creditor's name and mailing address**
CIBOLO STATE BANK
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,127.45

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.301** **Nonpriority creditor's name and mailing address**
CINDY R. KNIGHT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 811.77

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.302** **Nonpriority creditor's name and mailing address**
CLARA GROESCHEL
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.303** **Nonpriority creditor's name and mailing address**
CLARA KRAUSE
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.304** **Nonpriority creditor's name and mailing address**
CLARENCE & IRENE NOACK REVOCABLE LIVING
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.305** **Nonpriority creditor's name and mailing address**
CLARENCE C HANNUSCH & KIKUE HANNUSCH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.306** **Nonpriority creditor's name and mailing address**
CLARENCE G. CHOVANEC DORRIS V. CHOVANEC
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.307** **Nonpriority creditor's name and mailing address**

CLARENCE GERLACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.308** **Nonpriority creditor's name and mailing address**

CLARENCE H & IRENE NOACK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 19.39

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.309** **Nonpriority creditor's name and mailing address**

CLARENCE WILLIAM STUERMER, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,625.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.310** **Nonpriority creditor's name and mailing address**

CLARETTA BROWN HAYWOOD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 18.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.311** **Nonpriority creditor's name and mailing address**

CLAUDE M ARNOLD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,085.20

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.312 Nonpriority creditor's name and mailing address**

CLAUDE MCELROY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 7,938.19

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.313 Nonpriority creditor's name and mailing address**

CLAYTON G. CARY III

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 912.04

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.314 Nonpriority creditor's name and mailing address**

CLEAR FORK MINERALS, LLC A TEXAS LIMITED
6300 Ridglea Place
Suite 950
Fort Worth, TX 76116

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.315 Nonpriority creditor's name and mailing address**

CLEO FISCHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.316 Nonpriority creditor's name and mailing address**

CLEO KAUFMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.317 Nonpriority creditor's name and mailing address**

CLIFF D. GALLARNEAU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 436.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

**3.318 Nonpriority creditor's name and mailing address**

CLIFF MARSHALL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 2,308.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

**3.319 Nonpriority creditor's name and mailing address**

CLIFFORD BROWN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 8.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

**3.320 Nonpriority creditor's name and mailing address**

CLIFFORD KREITZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 317.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

**3.321 Nonpriority creditor's name and mailing address**

CLIFFORD L. CAWTHON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.322** **Nonpriority creditor's name and mailing address**
CLINT WATSON HOLLI WATSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.323** **Nonpriority creditor's name and mailing address**
CLINT WAYNE OLTMANN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,407.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.324** **Nonpriority creditor's name and mailing address**
CLINTON ALBURY JR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 339.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.325** **Nonpriority creditor's name and mailing address**
CLINTON R NOACK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 470.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.326** **Nonpriority creditor's name and mailing address**
CLYDENE GAGE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 172.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.327** **Nonpriority creditor's name and mailing address**
Coastal Checmical Co. LLC
600 Travis St, Suite 4300
Houston, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 107.67

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.328** **Nonpriority creditor's name and mailing address**
COLLEEN SHIRLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 473.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.329** **Nonpriority creditor's name and mailing address**
Commercial Electric Company Highway 77 S Giddings
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,746.87

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.330** **Nonpriority creditor's name and mailing address**
CONNIE GAIL KRAUSE GST EXEMPT TRUST
240 RENN ROAD
STOKESDALE, NC 27357

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 90.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.331** **Nonpriority creditor's name and mailing address**
CONNIE LYNN PINKARD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 170.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.332** **Nonpriority creditor's name and mailing address**

CONSTANCE ANN ZOCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 41.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.333** **Nonpriority creditor's name and mailing address**

CONSTANTINE S. LIOLLIO ANGELA B. LIOLLIO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.334** **Nonpriority creditor's name and mailing address**

COOPER COLE CAMPBELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.92

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.335** **Nonpriority creditor's name and mailing address**

CORA MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.336** **Nonpriority creditor's name and mailing address**

CORLEY RUSSELL BARNES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.337 Nonpriority creditor's name and mailing address**

CORNELIA MORGAN ESTATE C/O JOHN F. TRICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.338 Nonpriority creditor's name and mailing address**

COT Oil Tool Inc

PO Box 1619, 1106 CR 234

Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 14,040.09

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.339 Nonpriority creditor's name and mailing address**

COWAN PROPERTIES LLC

PO BOX 21655

OKC, OK 73156

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.340 Nonpriority creditor's name and mailing address**

CPY100

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.341 Nonpriority creditor's name and mailing address**

CREPPEL ENTERPRISES, LLC

PO BOX 823

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.342 Nonpriority creditor's name and mailing address**

CROWN S LTD.

PO BOX 805

CELINA, TX 75009

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.343 Nonpriority creditor's name and mailing address**

CRYSTAL SIGSBEE C/O SUZANNE TRUAX

Address on file

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.344 Nonpriority creditor's name and mailing address**

CURTIS H. BAGE ESTATE C/O FIRST NATIONAL

Address on file

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.345 Nonpriority creditor's name and mailing address**

CURTIS R. OLTMANN

Address on file

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 2,396.59

**3.346 Nonpriority creditor's name and mailing address**

CYNDY LEE NELSON

Address on file

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 94.11

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.347 Nonpriority creditor's name and mailing address**

CYNTHIA ALBERS REYNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.348 Nonpriority creditor's name and mailing address**

CYNTHIA ELLIS DICKEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.349 Nonpriority creditor's name and mailing address**

CYNTHIA GAY ELDER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.350 Nonpriority creditor's name and mailing address**

CYNTHIA LOUISE REID

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.351 Nonpriority creditor's name and mailing address**

CYPRESS PT ROYALTIES, LP

201 W. 5TH STREET, SUITE 1350

AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 261.96

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.352 **Nonpriority creditor's name and mailing address**
CYTHINA WATSON c/o WESLEY CLOPTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
D.A. HORN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,546.28

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.354 **Nonpriority creditor's name and mailing address**
D.E. AHLHORN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
D.N. GREGORY, JR.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 81.91

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.356 **Nonpriority creditor's name and mailing address**
DALE W MILLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 72.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.357** **Nonpriority creditor's name and mailing address**
DALLAS M. SPENCE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 5,024.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.358** **Nonpriority creditor's name and mailing address**
DALTON GORDON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.359** **Nonpriority creditor's name and mailing address**
DAN FRAZER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.360** **Nonpriority creditor's name and mailing address**
DAN POLAND
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.361** **Nonpriority creditor's name and mailing address**
DANA S FITE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 16.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.362 Nonpriority creditor's name and mailing address**

DANAWAY DEVELOPMENT, L.P.
801 S. FILLMORE, SUITE 630
AMARILLO, TX 79101

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.363 Nonpriority creditor's name and mailing address**

DANIEL GONZALES, JR.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ 690.03

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.364 Nonpriority creditor's name and mailing address**

DANIEL SEBESTA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.365 Nonpriority creditor's name and mailing address**

DANIEL WRIGHT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.366 Nonpriority creditor's name and mailing address**

DANNY R YORK, SR DANNY'S TRAILER SALES,
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.367 Nonpriority creditor's name and mailing address**
DANNY WAYNE DANIELS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 84.26

**Basis for the claim:** Royalty Payable
**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.368 Nonpriority creditor's name and mailing address**
DANWAY DEVELOPMENT, LP
PO BOX 702398
TULSA, OK 74170

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable
**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.369 Nonpriority creditor's name and mailing address**
DANWAY ROYALTIES, LLC
PO BOX 702398
TULSA, OK 74170

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8,683.27

**Basis for the claim:** Royalty Payable
**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.370 Nonpriority creditor's name and mailing address**
DARRELL BEHRENS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,263.72

**Basis for the claim:** Royalty Payable
**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.371 Nonpriority creditor's name and mailing address**
DARRIN STRYKER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable
**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.372 Nonpriority creditor's name and mailing address**

DARRYL PROVINCE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.373 Nonpriority creditor's name and mailing address**

DARVIN LEHMANN RHONDA LEHMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.374 Nonpriority creditor's name and mailing address**

DARYL SCHULZE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 839.28

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.375 Nonpriority creditor's name and mailing address**

DAVID B. BODNAR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.376 Nonpriority creditor's name and mailing address**

DAVID BAKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 370.16

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.377** **Nonpriority creditor's name and mailing address**

DAVID C HEWKO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 508.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.378** **Nonpriority creditor's name and mailing address**

DAVID DANSBY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.379** **Nonpriority creditor's name and mailing address**

DAVID FARRACK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,574.25

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.380** **Nonpriority creditor's name and mailing address**

DAVID L MATTHIJETZ AND JUDY L MATTHIJETZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.381** **Nonpriority creditor's name and mailing address**

DAVID L. BRADSHAW DAVID L. BRADSHAW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.382 Nonpriority creditor's name and mailing address**

DAVID LOVE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.383 Nonpriority creditor's name and mailing address**

DAVID M. COOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 48,084.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.384 Nonpriority creditor's name and mailing address**

DAVID M. ROST MARITAL DEDUCTION TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 351.21

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.385 Nonpriority creditor's name and mailing address**

DAVID MARTINEAU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 806.60

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.386 Nonpriority creditor's name and mailing address**

DAVID P. BERGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 24.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.387 Nonpriority creditor's name and mailing address**

DAVID ROST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.388 Nonpriority creditor's name and mailing address**

DAVID STANDEFER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.389 Nonpriority creditor's name and mailing address**

DAVID T. HUTTON TRUST IVA-JO HUTTON, SUC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.390 Nonpriority creditor's name and mailing address**

DAVID UMPHRES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.391 Nonpriority creditor's name and mailing address**

DAVID W BASNIGHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.392** **Nonpriority creditor's name and mailing address**

DAVID W LOGAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.393** **Nonpriority creditor's name and mailing address**

DAVID W. GOODNIGHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.394** **Nonpriority creditor's name and mailing address**

DAVID W. LOGAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 440.63

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.395** **Nonpriority creditor's name and mailing address**

DCP SOUTH CENTRAL TEXAS LLC

370 17TH STREET SUITE 2500

DENVER, CO 80202

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.396** **Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services, Inc.

1111 Old Eagle School Rd

Wayne, PA 19087

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,142.14

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.397 Nonpriority creditor's name and mailing address**

DEAN H. MEINKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 410.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.398 Nonpriority creditor's name and mailing address**

DEAN J & VIRGINIA STUESSY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 500.21

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.399 Nonpriority creditor's name and mailing address**

DEBORA CANIK SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.400 Nonpriority creditor's name and mailing address**

DEBORAH JEAN HERBRICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 791.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.401 Nonpriority creditor's name and mailing address**

DEBORAH MARTENS LINKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.402 Nonpriority creditor's name and mailing address**

DEBORAH PETZOLD RICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,272.44

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.403 Nonpriority creditor's name and mailing address**

DEBORAH S ROSENBERG MALAFSKY DEBBIE MALA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.404 Nonpriority creditor's name and mailing address**

DEBRA ALLEN WITTKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.405 Nonpriority creditor's name and mailing address**

DEBRA COLLINS SMITH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,961.09

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.406 Nonpriority creditor's name and mailing address**

DEBRA RUSSELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,420.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.407 Nonpriority creditor's name and mailing address**

DEBRA S. FANNING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 213.04

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.408 Nonpriority creditor's name and mailing address**

DELORES KARISCH & HUSBAND, MORGAN KARISC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.409 Nonpriority creditor's name and mailing address**

DELORIS LEE HARRIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.410 Nonpriority creditor's name and mailing address**

DELWARD SCHAUTSCHICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.411 Nonpriority creditor's name and mailing address**

DENISE TURPIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 28.87

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.412** **Nonpriority creditor's name and mailing address**

DENNIS BROWN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1.73

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.413** **Nonpriority creditor's name and mailing address**

DENNIS GLONA, SR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 229.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.414** **Nonpriority creditor's name and mailing address**

DENNIS H & ELAINE LINDNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,251.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.415** **Nonpriority creditor's name and mailing address**

DENNIS H. LINDNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.416** **Nonpriority creditor's name and mailing address**

DENNIS MERCIER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.417 Nonpriority creditor's name and mailing address**
DENNIS PETERSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.418 Nonpriority creditor's name and mailing address**
DENNIS WAYNE BLASIG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 101.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.419 Nonpriority creditor's name and mailing address**
DENNY M. SMITH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.420 Nonpriority creditor's name and mailing address**
Derek Gage Lerma
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.421 Nonpriority creditor's name and mailing address**
DEREK HEMPERLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,567.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Trivista Operating LLC Case number (*if known*) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.422 Nonpriority creditor's name and mailing address**

DEUCE ELECTRICAL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.423 Nonpriority creditor's name and mailing address**

DEVONA GAY BUTTERWORTH AS SEPARATE PROPE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.424 Nonpriority creditor's name and mailing address**

DEWAYNE & GINGER WILLIAM

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.425 Nonpriority creditor's name and mailing address**

DEWITT POTH & SON

P.O. BOX 487

YOAKUM, TX 77995

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.426 Nonpriority creditor's name and mailing address**

DEWOODY LIVING TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.427 Nonpriority creditor's name and mailing address**
DIAMOND HEAD PROPERTIES, LP REDFERN ENTE
PO BOX 2127
MIDLAND, TX 79702-2127

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.428 Nonpriority creditor's name and mailing address**
DIANE L. STEWART DOUGLAS RAY STEWART
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.429 Nonpriority creditor's name and mailing address**
DIANE MARESCA MORRISON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.430 Nonpriority creditor's name and mailing address**
DIANN PIETSCH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 839.28

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.431 Nonpriority creditor's name and mailing address**
DICKIE BROCATO JUDY BROCATO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.432 Nonpriority creditor's name and mailing address**

Diego Lara

Address Unknown

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,140.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.433 Nonpriority creditor's name and mailing address**

DINAH AKIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.434 Nonpriority creditor's name and mailing address**

DIOCESE OF AUSTIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 938.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.435 Nonpriority creditor's name and mailing address**

DIRK MADDOX - REC. MILRO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.436 Nonpriority creditor's name and mailing address**

DISCORBIS OIL COMPANY

9310 BROADWAY SUITE 201

SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 36,296.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.437 Nonpriority creditor's name and mailing address**

DIXIE LAKE ROYALTY, LLC
PO BOX 2109
LONGVIEW, TX 75606

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 264.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.438 Nonpriority creditor's name and mailing address**

DL&PS
PO BOX 72
DAYTON, TX 77535

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.439 Nonpriority creditor's name and mailing address**

DLX FOR BUSINESS
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.440 Nonpriority creditor's name and mailing address**

DNR OIL & GAS INC.
12741 E. CALEY, UNIT 142
ENGLEWOOD, CO 80111

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.441 Nonpriority creditor's name and mailing address**

DOCUMATION OF EAST TEXAS, INC
4560 LOCKHILL SELMA, SUITE 100
SAN ANTONIO, TX 78249

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.442** **Nonpriority creditor's name and mailing address**

DOELL M MESEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.443** **Nonpriority creditor's name and mailing address**

DOH OIL COMPANY

PO BOX 1342

SWEETWATER, TX 79556

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,978.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.444** **Nonpriority creditor's name and mailing address**

DOLORES WITHROW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 92.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.445** **Nonpriority creditor's name and mailing address**

DON CARUTHERS c/o KATIE RACHEL CARUTHERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.446** **Nonpriority creditor's name and mailing address**

DON H. MARABLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.447 Nonpriority creditor's name and mailing address**

DON KELLY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.448 Nonpriority creditor's name and mailing address**

DON N ZIRKLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.449 Nonpriority creditor's name and mailing address**

DON PAUL MAXWELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,899.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.450 Nonpriority creditor's name and mailing address**

DON SCHLUP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.451 Nonpriority creditor's name and mailing address**

DON WILSON BROWN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.452 Nonpriority creditor's name and mailing address**
DON-NAN PUMP & SUPPLY CO, INC
PO BOX 11367
MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.453 Nonpriority creditor's name and mailing address**
DONALD DANHOF
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 287.20

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.454 Nonpriority creditor's name and mailing address**
DONALD DAVID VLASEK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.455 Nonpriority creditor's name and mailing address**
DONALD GLEN LAWRENCE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 108.45

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.456 Nonpriority creditor's name and mailing address**
DONALD GROFF ALICIA GROFF
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.457 Nonpriority creditor's name and mailing address**

DONALD MENZEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 39.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.458 Nonpriority creditor's name and mailing address**

DONALD R. MEHLISCH, M.D.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.459 Nonpriority creditor's name and mailing address**

DONALD W. KIESCHNICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,513.13

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.460 Nonpriority creditor's name and mailing address**

DONALD W. MCCLURE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 418.12

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.461 Nonpriority creditor's name and mailing address**

DONNA DEE DUOTO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 170.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.462 Nonpriority creditor's name and mailing address**
DONNA F. CHAUVIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,719.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.463 Nonpriority creditor's name and mailing address**
DONNIE SEAY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11,842.80

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.464 Nonpriority creditor's name and mailing address**
DONNY W. LINDNER
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 65.04

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.465 Nonpriority creditor's name and mailing address**
DORCHESTER ROYALTY CORP MARY MORTIMER CA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.466 Nonpriority creditor's name and mailing address**
DORIS M. WHITESIDE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 342.21

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.467 Nonpriority creditor's name and mailing address**

DORIS MARIE HUBER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,795.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.468 Nonpriority creditor's name and mailing address**

DOROTHY ANN COOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 425.72

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.469 Nonpriority creditor's name and mailing address**

DOROTHY J. FABIAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.470 Nonpriority creditor's name and mailing address**

DOROTHY M. BEEK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.471 Nonpriority creditor's name and mailing address**

DOROTHY W BEDFORD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17,219.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.472** **Nonpriority creditor's name and mailing address**
DORVIN DALE HANDRICK AS SEPARATE PROPERT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.473** **Nonpriority creditor's name and mailing address**
DOUGLAS & DEBRA HARTFIELD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,219.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.474** **Nonpriority creditor's name and mailing address**
DOUGLAS C. MORGAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.475** **Nonpriority creditor's name and mailing address**
DOUGLAS JAMES BRADE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 18.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.476** **Nonpriority creditor's name and mailing address**
DOUGLAS LLOYD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.477 Nonpriority creditor's name and mailing address**

DOUGLAS M. RICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.478 Nonpriority creditor's name and mailing address**

DOUGLAS ULLRICH SEDALIA ULLRICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.479 Nonpriority creditor's name and mailing address**

DOUGLAS W. MOORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 286.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.480 Nonpriority creditor's name and mailing address**

DOYLE AND FAYE ROGERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 718.48

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.481 Nonpriority creditor's name and mailing address**

DOYLE W. KRAUSS, TRUSTEE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 773.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.482** **Nonpriority creditor's name and mailing address**

DR VICTOR W WEEDN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.483** **Nonpriority creditor's name and mailing address**

DR. DAVID G. TRICKETT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.484** **Nonpriority creditor's name and mailing address**

DRAKE CHILDREN'S IRREVOCABLE TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.485** **Nonpriority creditor's name and mailing address**

DRC PETROLEUM, LTD.

P.O. BOX 19997
SUGAR LAND, TX 77496

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 268.86

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.486** **Nonpriority creditor's name and mailing address**

DRILLINGINFO INC.

PO BOX 678128
DALLAS, TX 75267-8128

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.487 Nonpriority creditor's name and mailing address**

DRU-CHEM, INC.
P O BOX 1088
EL CAMPO, TX 77437

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.488 Nonpriority creditor's name and mailing address**

DUANE DENNIS PATTON EUGENIA PATTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.489 Nonpriority creditor's name and mailing address**

DUDLEY RANCH PARTNERSHIP, LTD C/O DUDLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.490 Nonpriority creditor's name and mailing address**

DUNCAN MCCALLA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.491 Nonpriority creditor's name and mailing address**

DURAN A. RIDGE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 61.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.492** **Nonpriority creditor's name and mailing address**

DUSTIN SCHATTE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 4,412.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.493** **Nonpriority creditor's name and mailing address**

DUWADE HARRIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 285.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.494** **Nonpriority creditor's name and mailing address**

DWAYNE & LARUE WRIGHT

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.495** **Nonpriority creditor's name and mailing address**

DWAYNE SCHULZE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 107.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.496** **Nonpriority creditor's name and mailing address**

DWIGHT E MCLEOD

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.497 Nonpriority creditor's name and mailing address**

E A NOACK O&G LLC
120 E BELL
ROCKDALE, TX 76567

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 44,249.57

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.498 Nonpriority creditor's name and mailing address**

E B Archbald & Associates
205 NW 63rd St #360
Oklahoma City, OK 73116

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 2,657.18

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.499 Nonpriority creditor's name and mailing address**

E B ARCHBALD & ASSOCIATES, INC. (SSI)
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.500 Nonpriority creditor's name and mailing address**

EAGLE TUBULARS LLC
P.O. BOX 53202
LAFAYETTE, LA 70505

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.501 Nonpriority creditor's name and mailing address**

EARL STEINBACH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.502 Nonpriority creditor's name and mailing address**

EARL W. STEINBACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 8,374.23

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.503 Nonpriority creditor's name and mailing address**

ECCO PETROLEUM, INC.

7605 SUSET HILL DRIVE

ROCKWALL, TX 75807

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.504 Nonpriority creditor's name and mailing address**

ECHOMETER COMPANY

5001 DITTO LANE

WICHITA FALLS, TX 76302

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.505 Nonpriority creditor's name and mailing address**

EDENS HOUSTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.506 Nonpriority creditor's name and mailing address**

EDGAR A ROITSCH NON-EXEMPT TRUST ROGER R

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.507** **Nonpriority creditor's name and mailing address**
EDGAR A. ROITSCH, DECEASED NON-EXEMPT MA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.508** **Nonpriority creditor's name and mailing address**
EDGAR BROWN VARLINE R. BROWN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.509** **Nonpriority creditor's name and mailing address**
EDITH FRANCES GLOGER WOOD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 483.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.510** **Nonpriority creditor's name and mailing address**
EDNA SCHAUTSCHICK HOUSTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 236.80

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.511** **Nonpriority creditor's name and mailing address**
EDWARD & EVELYN STEGLICH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.512** **Nonpriority creditor's name and mailing address**
EDWARD CHRISTIAN ELLIS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 5,621.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.513** **Nonpriority creditor's name and mailing address**
EDWARD D. CARPENTER TRUST A COMMUNITY BA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.514** **Nonpriority creditor's name and mailing address**
EDWARD G. BOYER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.515** **Nonpriority creditor's name and mailing address**
EDWARD LEE
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.516** **Nonpriority creditor's name and mailing address**
EDWARD LEE SUMMERS KATHRYN SUMMERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.517** **Nonpriority creditor's name and mailing address**

EDWARD M PARKER ESTATE ARTHUR GRAETER TR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.518** **Nonpriority creditor's name and mailing address**

EDWARD NOBLES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,312.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.519** **Nonpriority creditor's name and mailing address**

EDWARD SUMMERS TRUST FBO AMANDA AMANDA E

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.520** **Nonpriority creditor's name and mailing address**

EDWARD SUMMERS TRUST FBO JAMES JAMES SUM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.521** **Nonpriority creditor's name and mailing address**

EDWARD SUMMERS TRUST FBO MICHAEL MICHAEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.522 Nonpriority creditor's name and mailing address**

EDWIN GEOVANI RAMIREZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,112.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.523 Nonpriority creditor's name and mailing address**

EFFIE MAY BROWN DANSBY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8.65

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.524 Nonpriority creditor's name and mailing address**

ELAINE D. LENZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 772.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.525 Nonpriority creditor's name and mailing address**

ELAINE HOFFMAN CROW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.526 Nonpriority creditor's name and mailing address**

ELAINE MERSIOVSKY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.527 Nonpriority creditor's name and mailing address**

ELAINE PETRASH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.528 Nonpriority creditor's name and mailing address**

ELAINE RUTH MERSIOVSKY LIFE ESTATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.529 Nonpriority creditor's name and mailing address**

ELFRIEDA L. PORTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.530 Nonpriority creditor's name and mailing address**

ELIEZER HUBERMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,158.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.531 Nonpriority creditor's name and mailing address**

ELIZABETH F. CUMMINGS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is (check all that apply) | Basis for the claim | Date or dates debt was incurred | Last 4 digits of account number | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|
| 3.532 | ELIZABETH FAMILY LLC<br>3641 SE Fairway W<br>Stuart, FL 34992 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>☐ Liquidated and neither contingent nor disputed | Royalty Payable | | | ☒ No<br>☐ Yes | $ Unknown |
| 3.533 | ELIZABETH L. DUBCAK<br>Address on file | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Royalty Payable | | | ☒ No<br>☐ Yes | $ 5,080.90 |
| 3.534 | ELLA COOPER<br>Address on file | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Royalty Payable | | | ☒ No<br>☐ Yes | $ Unknown |
| 3.535 | ELLIOTT INTERESTS, LTD<br>PO BOX 640<br>MILLICAN, TX 77866 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Royalty Payable | | | ☒ No<br>☐ Yes | $ 1,293.55 |
| 3.536 | ELMA SCHATTE<br>ADDRESS UNKNOWN | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Royalty Payable | | | ☒ No<br>☐ Yes | $ 84.21 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.537 Nonpriority creditor's name and mailing address**

ELMO & ADELE SCHULZE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,521.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.538 Nonpriority creditor's name and mailing address**

ELMO SCHULZE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,488.80

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.539 Nonpriority creditor's name and mailing address**

ELNA F. KOENNING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,620.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.540 Nonpriority creditor's name and mailing address**

ELVA JO OPIELA LEROY J. OPIELA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.541 Nonpriority creditor's name and mailing address**

EMILY WARD

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.542 Nonpriority creditor's name and mailing address**

ENC INVESTMENTS HOLDINGS, LLC
178 THOMAS RIDGE RD
BURNET, TX 78611

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 941.25

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.543 Nonpriority creditor's name and mailing address**

ENCINO EXPLORATION INC.
PO BOX 1589
GEORGE WEST, TX 78022

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 105.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.544 Nonpriority creditor's name and mailing address**

ENDURA PRODUCTS CORP.
PO BOX 3394
MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.545 Nonpriority creditor's name and mailing address**

ENERGY RESOURCE-GROUP ONE, INC.
ATTN: MI
1601 E. 19TH STREET
EDMOND, OK 73010-6620

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.546 Nonpriority creditor's name and mailing address**

ENERSAFE, INC.
P.O. BOX 677797
DALLAS, TX 75267-7797

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.547 Nonpriority creditor's name and mailing address**

ENERVEST OPERATING LLC WESTERN DIVISION
P O BOX 4346
HOUSTON, TX 77210-4346

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.548 Nonpriority creditor's name and mailing address**

Entec Pest Management Inc
2904 First Street
Bryan, TX 77801

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 303.10

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.549 Nonpriority creditor's name and mailing address**

EPIC LIFT SYSTEMS, LLC
14485 HWY 377 S
FORT WORTH, TX 76126

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.550 Nonpriority creditor's name and mailing address**

ERBIN TAYLOR
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.551 Nonpriority creditor's name and mailing address**

ERIC YERKOVICH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 245.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.552 Nonpriority creditor's name and mailing address**

ERMA W. MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$11,483.09

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.553 Nonpriority creditor's name and mailing address**

ERWIN PARHAM HADDON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$9,053.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.554 Nonpriority creditor's name and mailing address**

ESTATE OF AUDREY H. PFEIFFER JULIE HANKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.555 Nonpriority creditor's name and mailing address**

ESTATE OF CLIFFORD FREY BARBARA JO FREY,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.556 Nonpriority creditor's name and mailing address**

ESTATE OF DELORES M. KURIO C/O KENNETH C

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.557** **Nonpriority creditor's name and mailing address**

ESTATE OF EVELYN A. GERSCH C/O JAMES GER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.558** **Nonpriority creditor's name and mailing address**

ESTATE OF HUGH HOLWELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.559** **Nonpriority creditor's name and mailing address**

ESTATE OF JOE P PRITCHETT JANA BICKHAM,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.560** **Nonpriority creditor's name and mailing address**

ESTATE OF JOHN REDFREN III

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.561** **Nonpriority creditor's name and mailing address**

ESTATE OF KATHRINE MAJORS BONNIE MCKENZI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.562 Nonpriority creditor's name and mailing address**

ESTATE OF TONI JO POWELL BERKES C/O AMY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.563 Nonpriority creditor's name and mailing address**

ESTATE OF WAYLAND W OATMAN CAROLYN C OAT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.564 Nonpriority creditor's name and mailing address**

ESTHER WHIFFEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.565 Nonpriority creditor's name and mailing address**

ETA-FLAG ROYALTY TRUST
WELLS FARGO BANK - SAO
PO BOX 41779
AUSTIN, TX 78704

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,886.04

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.566 Nonpriority creditor's name and mailing address**

ETC TEXAS PROCESSING, LTD.

800 E SONTERRA BLVD SUITE 400
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.567 Nonpriority creditor's name and mailing address**

EUGENE HAFERNIK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 397.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.568 Nonpriority creditor's name and mailing address**

EUGENE L MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,831.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.569 Nonpriority creditor's name and mailing address**

EUNICE SIEGMUND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 197.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.570 Nonpriority creditor's name and mailing address**

EVA JO KIESCHNICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.571 Nonpriority creditor's name and mailing address**

EVGENY SHMAKOV

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 838.53

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.572 Nonpriority creditor's name and mailing address**

EXCEL PRODUCTION COMPANY LLP

P O BOX 1147

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.573 Nonpriority creditor's name and mailing address**

F. ALAN CHAPMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.574 Nonpriority creditor's name and mailing address**

F. R. MCDANIEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 52.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.575 Nonpriority creditor's name and mailing address**

F.J. SHARP

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.576 Nonpriority creditor's name and mailing address**

F/A/O VENUS EXPLORATION INC. ACCT #88231

PO BOX 54573

NEW ORLEANS, LA 70154-4573

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.577 Nonpriority creditor's name and mailing address**

FARRELL F. BEHRENS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.578 Nonpriority creditor's name and mailing address**

FAYE BROWN GAFFORD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.579 Nonpriority creditor's name and mailing address**

FESCO LTD.

1000 FESCO AVENUE

ALICE, TX 78332

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.580 Nonpriority creditor's name and mailing address**

FIELDPOINT PETROLEUM CORP

PO BOX 164163

AUSTIN, TX 78716

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.581 Nonpriority creditor's name and mailing address**

FILGO MINERAL TRUST JESSE E.FILGO/JOYCE

3404 COMANCHE TRACE DR.

KERVILLE, TX 78028

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.582 Nonpriority creditor's name and mailing address**

FIRSTVIEW RESOURCES LLC

PO BOX 210

MERTZON, TX 76941-0210

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 109.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.583 Nonpriority creditor's name and mailing address**

FIVE STAR OIL COMPANY

7948 CARUTH CT.

DALLAS, TX 75225

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.584 Nonpriority creditor's name and mailing address**

FLAKE TOMPKINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.585 Nonpriority creditor's name and mailing address**

FLEX FAMILY TRUST DENNIS BARRIE STIMSON,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.586 Nonpriority creditor's name and mailing address**

FLORENCE THELMA HALL TRUST BANK OF AMERI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.587 Nonpriority creditor's name and mailing address**

Flores Energy Services LLC
12417 S US Highway 385
Odessa, TX 79766

**As of the petition filing date, the claim is:** *Check all that apply.* $864.85

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.588 Nonpriority creditor's name and mailing address**

FLORESVILLE ELECTRIC L&P
PO BOX 218
FLORESVILLE, TX 78114

**As of the petition filing date, the claim is:** *Check all that apply.* $Unknown

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.589 Nonpriority creditor's name and mailing address**

FLOYD JAMES KURIO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $6,054.07

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.590 Nonpriority creditor's name and mailing address**

FLOYD SCHULTE DOROTHY SCHULTE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $Unknown

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.591 Nonpriority creditor's name and mailing address**

FOOTHILL ROYALTIES, LP
201 W. 5TH STREET, SUITE 1350
AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.* $261.96

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.592 Nonpriority creditor's name and mailing address**
FORAN, LTD.
PO BOX 311595
NEW BRAUNFELS, TX 78131

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.593 Nonpriority creditor's name and mailing address**
FORMS ON-A-DISK
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.594 Nonpriority creditor's name and mailing address**
FORREST STEWART
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.595 Nonpriority creditor's name and mailing address**
FRANCES L. DONALDSON 2004 TRUST FRANCES
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.596 Nonpriority creditor's name and mailing address**
FRANCES L. HAFELE ESTATE MARK SWITZER -
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.597 Nonpriority creditor's name and mailing address**

FRANCES RAMSEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 224.91

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.598 Nonpriority creditor's name and mailing address**

FRANCES ROEBER HERBERT PAUL ROEBER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.599 Nonpriority creditor's name and mailing address**

FRANCINE C. SWEANEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.600 Nonpriority creditor's name and mailing address**

FRANCIS GERSCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 79.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.601 Nonpriority creditor's name and mailing address**

FRANCIS LIBERTY ESCHBERGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,079.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.602 **Nonpriority creditor's name and mailing address**
FRANK C. MORRISON NORMA LEE MORRISON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.603 **Nonpriority creditor's name and mailing address**
FRANK JOSEPH MEUTH ESTATE LISA MEUTH BOT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.604 **Nonpriority creditor's name and mailing address**
FRANK KANA, JR.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.605 **Nonpriority creditor's name and mailing address**
FRANK LUCAS WALDEEN LUCAS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.606 **Nonpriority creditor's name and mailing address**
FRANK MELLO AND RETHA MELLO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.607 Nonpriority creditor's name and mailing address**

FRANK MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.608 Nonpriority creditor's name and mailing address**

FRANKLIN WEISER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.609 Nonpriority creditor's name and mailing address**

FRED C. ALCORN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.610 Nonpriority creditor's name and mailing address**

FRED DENNIS IVY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.611 Nonpriority creditor's name and mailing address**

FRED L. SCHLUP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.612** **Nonpriority creditor's name and mailing address**

FRED THOMAS MAXWELL II

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,479.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.613** **Nonpriority creditor's name and mailing address**

FREDDIE R. RICHTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.614** **Nonpriority creditor's name and mailing address**

FREDERICK GOULD

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.615** **Nonpriority creditor's name and mailing address**

FREDRICK RADEMACHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.616** **Nonpriority creditor's name and mailing address**

FREDRICKA H. CRAIN TRUST C/O TRAVIS PROP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.617 Nonpriority creditor's name and mailing address**

FREY & ODOM ENERGY DEVELOPMENT

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.618 Nonpriority creditor's name and mailing address**

Frontier Communications of Texas

1919 Mckinney Ave

Dallas, TX 75201

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 991.68

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.619 Nonpriority creditor's name and mailing address**

GAEKE CONSTRUCTION CO., INC

PO DRAWER 509

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.620 Nonpriority creditor's name and mailing address**

GAHR ENERGY COMPANY

PO BOX 1889

MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.621 Nonpriority creditor's name and mailing address**

GAIL ALBRECHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.622 Nonpriority creditor's name and mailing address**

GAIL PESCHKE COOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 359.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.623 Nonpriority creditor's name and mailing address**

GARDENIA INVESTMENTS, LTD

PO BOX 11044

MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.624 Nonpriority creditor's name and mailing address**

GARLAND W. SPRETZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 459.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.625 Nonpriority creditor's name and mailing address**

GARRETT OIL CORPORATION

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 321.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.626 Nonpriority creditor's name and mailing address**

GARRY LEE BLASIG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 101.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.627 Nonpriority creditor's name and mailing address**

GARY A SIDES HILDEGARD M SIDES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.628 Nonpriority creditor's name and mailing address**

GARY A. NITSCHE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,973.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.629 Nonpriority creditor's name and mailing address**

GARY ELLIOT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.630 Nonpriority creditor's name and mailing address**

GARY L. KING DEBORAH L. KING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.631 Nonpriority creditor's name and mailing address**

GARY W. FIELD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 462.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.632 Nonpriority creditor's name and mailing address**

GARY W. SWEANEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 7.44

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.633 Nonpriority creditor's name and mailing address**

GASSCO PETROLEUM

875 GLENEWINKEL

SEGUIN, TX 78155

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,862.65

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.634 Nonpriority creditor's name and mailing address**

Gate Keeper

1103 Washington Street

Brenham, TX 77833

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 434.90

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.635 Nonpriority creditor's name and mailing address**

GAYLORD FINLEY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.636 Nonpriority creditor's name and mailing address**

GBH CPAS, PC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.637 Nonpriority creditor's name and mailing address**
GENE LANE JEARY MARITAL TRUST CAROLYN KA
Address on file

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.638 Nonpriority creditor's name and mailing address**
GENE ZEMON DECLARATION OF TRUST 12/28/89
Address on file

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.639 Nonpriority creditor's name and mailing address**
GENEVA MEDACK
Address on file

**As of the petition filing date, the claim is:** $ 321.56
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.640 Nonpriority creditor's name and mailing address**
GENIA JOANN WILSON
Address on file

**As of the petition filing date, the claim is:** $ 28.67
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.641 Nonpriority creditor's name and mailing address**
GEORGE A. ALCORN, INC.
Address on file

**As of the petition filing date, the claim is:** $ 209.91
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.642 Nonpriority creditor's name and mailing address**
GEORGE EDWIN HARTER SCHULTZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 193.86

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.643 Nonpriority creditor's name and mailing address**
GEORGE FRERICHS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 32.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.644 Nonpriority creditor's name and mailing address**
GEORGE H. FALK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,375.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.645 Nonpriority creditor's name and mailing address**
GEORGE I WILSON
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.646 Nonpriority creditor's name and mailing address**
GEORGE K TOWELS, JR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.647 Nonpriority creditor's name and mailing address**

GEORGE POHORELSKY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 186.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.648 Nonpriority creditor's name and mailing address**

GEORGE R. RAPP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.649 Nonpriority creditor's name and mailing address**

GEORGE WEATHERSTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12,224.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.650 Nonpriority creditor's name and mailing address**

GEOSOUTHERN ENERGY CORP
1425 LAKE FRONT CIRCLE
SUITE 200
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.651 Nonpriority creditor's name and mailing address**

GEOTECH PRODUCTION INC. ATTN: MARGARET H
7844 S. ESPANA WAY
AURORA, CO 80016-1918

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.652** **Nonpriority creditor's name and mailing address**

GERALD COUCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.653** **Nonpriority creditor's name and mailing address**

GERALDINE LORENZ ALBRECHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ 442.01

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.654** **Nonpriority creditor's name and mailing address**

GERALDINE V. FLORA KRAWIETZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.655** **Nonpriority creditor's name and mailing address**

GERRY W. MITCHELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.656** **Nonpriority creditor's name and mailing address**

GERTRUDE LORENZ ALFRED LORENZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.657** **Nonpriority creditor's name and mailing address**

GILBERT GERLACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 17.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.658** **Nonpriority creditor's name and mailing address**

GINGER R. SMITH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 643.23

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.659** **Nonpriority creditor's name and mailing address**

GLADYS POLLOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.660** **Nonpriority creditor's name and mailing address**

Glen Ballard

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,091.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.661** **Nonpriority creditor's name and mailing address**

GLENN G MORTIMER, III

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 273.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.662 Nonpriority creditor's name and mailing address**

GLENROY EBNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.663 Nonpriority creditor's name and mailing address**

GLOBAL OIL FLOW USA, LLC

322 NEFF AVE

HARRISONBURG, VA 22801

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.664 Nonpriority creditor's name and mailing address**

GLORIA ANN ISELT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.665 Nonpriority creditor's name and mailing address**

GLORIA BROWN NELSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.666 Nonpriority creditor's name and mailing address**

GLORIA STEGLICH WALTHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 55.25

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.667 Nonpriority creditor's name and mailing address**
GLORIA WALTHER VESTINE S. WALTHER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.668 Nonpriority creditor's name and mailing address**
GOOD LIFE RANCH LLC
1860 FM 359 #242
RICHMOND, TX 77406

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,501.77
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.669 Nonpriority creditor's name and mailing address**
GORDON L. LEHMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ 25.67
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.670 Nonpriority creditor's name and mailing address**
GORDON R. SPARKS JOANN SPARKS, JTROS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.671 Nonpriority creditor's name and mailing address**
GRACE PROPERTIES LLC
2720 N Grant
NORTH LITTLE ROCK, AR 72207

**As of the petition filing date, the claim is:** *Check all that apply.* $ 188.28
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.672** **Nonpriority creditor's name and mailing address**
GRADY'S WESTERN SUPPLY CO.
PO BOX 1287
MCCAMEY, TX 79752

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.673** **Nonpriority creditor's name and mailing address**
GRAY REED & MCGRAW, P.C.
1300 POST OAK BLVD. SUITE 2000
HOUSTON, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.674** **Nonpriority creditor's name and mailing address**
GREASEBOOK LLC
205 NW 63RD SUITE 360
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.675** **Nonpriority creditor's name and mailing address**
GREEN BANK
5224 W PLANO PARKWAY, SUITE 200
PLANO, TX 75093

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.676** **Nonpriority creditor's name and mailing address**
GREENWAVE CONCEPTS, LLC Parent Company t
3839 McKinney Ave., Suite 155-511
DALLAS, TX 75204

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.677 Nonpriority creditor's name and mailing address**

GREGORY C. PETZOLD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 201.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.678 Nonpriority creditor's name and mailing address**

GREGORY W. LUCE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.679 Nonpriority creditor's name and mailing address**

GTN PRODUCTION PARTNERSHIP

3505 OLD BARN CT

GRANBURY, TX 76048

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.680 Nonpriority creditor's name and mailing address**

GUNSIGHT LIMITED PARTNERSHIP

P.O. BOX 1973

ROSWELL, NM 88202

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,363.20

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.681 Nonpriority creditor's name and mailing address**

GUY ALLEN LEWIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.682 Nonpriority creditor's name and mailing address**

GUY WYNN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.683 Nonpriority creditor's name and mailing address**

H.D. WILLIAMS

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.684 Nonpriority creditor's name and mailing address**

HALLIE BRAZIEL BUTLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.685 Nonpriority creditor's name and mailing address**

HALLIE R. HAYNIE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.686 Nonpriority creditor's name and mailing address**

HALLORAN BURTON JENNETT TRUST

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.687 Nonpriority creditor's name and mailing address**

HANCHETT FAMILY TRUST 1-11-97 BARBARA L

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.688 Nonpriority creditor's name and mailing address**

HANNATHON PETROLEUM LLC

223 W. WALL STREET, SUITE 800

MIDLAND, TX 79701

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.689 Nonpriority creditor's name and mailing address**

HARCOR ENERGY INC.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,845.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.690 Nonpriority creditor's name and mailing address**

HARDING PUMP & SUPPLY, INC.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.691 Nonpriority creditor's name and mailing address**

HARIL W AND KAREN L WALPOLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,185.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.692** **Nonpriority creditor's name and mailing address**
HARLEY J. SCHNEIDER
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.693** **Nonpriority creditor's name and mailing address**
HAROLD B. TRANT, JR. SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.694** **Nonpriority creditor's name and mailing address**
HAROLD B. TRANT, SR. ROSA TRANT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.695** **Nonpriority creditor's name and mailing address**
HAROLD CURTIS STEELE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 255.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.696** **Nonpriority creditor's name and mailing address**
HAROLD GILSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 41.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.697 Nonpriority creditor's name and mailing address**
Harris County Toll Road Authority
7701 Wilshire Place Drive
Houston, TX 77040

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 48.22

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.698 Nonpriority creditor's name and mailing address**
HARVEY ARLDT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 5,605.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.699 Nonpriority creditor's name and mailing address**
HARVEY ROSENBERG
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.700 Nonpriority creditor's name and mailing address**
HAZEL A. STEGLICH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 39.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.701 Nonpriority creditor's name and mailing address**
HAZEL RUTH GOEBEL STEGLICH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Basis for the claim | Date or dates debt was incurred | Last 4 digits of account number | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|
| 3.702 | HEBERT M. BRADE ESTHER BRADE<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed ☐ Liquidated and neither contingent nor disputed | Royalty Payable | | | ☒ No ☐ Yes | $ Unknown |
| 3.703 | HELEN J SCHULZ<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $ 1,918.93 |
| 3.704 | HELEN STEGLICH WHITLEY<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $ 674.47 |
| 3.705 | HELGA M. HASLER<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $ 417.83 |
| 3.706 | HELMA HANNUSCH<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $ Unknown |

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.707** **Nonpriority creditor's name and mailing address**

HENRIETTA MEUTH JARVIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 258.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.708** **Nonpriority creditor's name and mailing address**

HENRY & THEODORA BOEHM FAMILY TRUST TERE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.709** **Nonpriority creditor's name and mailing address**

HENRY F. & CLAUDINE MOGG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.710** **Nonpriority creditor's name and mailing address**

HENRY GERSCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.711** **Nonpriority creditor's name and mailing address**

HENRY J. BOEHM, JR THEODORA BOEHM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.712 Nonpriority creditor's name and mailing address**

HENRY NEWTON BELL III

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,926.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.713 Nonpriority creditor's name and mailing address**

HERACLIO JARAMILLO MARIA VIRGINIA JARAMI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.714 Nonpriority creditor's name and mailing address**

HERBERT A.A. RICHTER c/o HARVEY H RICHTE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.715 Nonpriority creditor's name and mailing address**

HERBERT CARLESTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.716 Nonpriority creditor's name and mailing address**

HERBERT W. KIESCHNICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (*if known*) 26-80089
Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.717 Nonpriority creditor's name and mailing address**

HERITAGE BANK ATTN: MR. VINCENT ORNELAS
1850 PEARLAND PARKWAY
PEARLAND, TX 77581

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.718 Nonpriority creditor's name and mailing address**

HERMAN G LEHMAN, IV
Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 25.69
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.719 Nonpriority creditor's name and mailing address**

HERMAN VOGELSTEIN
Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 95.28
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.720 Nonpriority creditor's name and mailing address**

HERVEY M HERNANDEZ
Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.721 Nonpriority creditor's name and mailing address**

HIDEOUT SPRINGS, LLC
28615 I. H. 10
BOERNE, TX 78006

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.722** **Nonpriority creditor's name and mailing address**

HILAND PARTNERS c/o VIRGINIA HILAND

4242 LOMO ALTO DR. #N46

DALLAS, TX 75219-1578

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.723** **Nonpriority creditor's name and mailing address**

HODGES CONSTRUCTION, INC.

1404 N. SARAH DEWITT DR.

GONZALES, TX 78629

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.724** **Nonpriority creditor's name and mailing address**

HOLLINGSWORTH TR DTD 10/08/91 WS HOLLING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.725** **Nonpriority creditor's name and mailing address**

HOLMES LIVING TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.726** **Nonpriority creditor's name and mailing address**

HOLMES LIVING TRUST C/O SHANE LEWIS HOLM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.727** **Nonpriority creditor's name and mailing address**

HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NAT'L BANK BLDG
660 WOODWARD AVE
DETROIT, MI 48226

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.728** **Nonpriority creditor's name and mailing address**

HOP-MAR ROYALTY, LTD.
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.729** **Nonpriority creditor's name and mailing address**

HORACIO MENDIOLA
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.730** **Nonpriority creditor's name and mailing address**

Horizon Cable Service Inc
45 North Cooley Drive
Oklahoma City, OK 73127

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 21,541.75

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.731** **Nonpriority creditor's name and mailing address**

HORN SOLUTIONS, INC
2245 TEXAS DRIVE, SUITE 400
SUGARLAND, TX 77479

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.732** **Nonpriority creditor's name and mailing address**
HORNET FISHING, LLC
P O BOX 2336
MISSOURI CITY, TX 77459

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.733** **Nonpriority creditor's name and mailing address**
HOWARD & ASSOCIATES LTD.
10927 ORAL ZUMWALT WAY
MISSOULA, MT 59803

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.734** **Nonpriority creditor's name and mailing address**
HOWARD FRIEDMAN
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.735** **Nonpriority creditor's name and mailing address**
HOWARD NAYLOR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 739.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.736** **Nonpriority creditor's name and mailing address**
HUGHES MFG. CO.
2301 W. HWY 290
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.737 Nonpriority creditor's name and mailing address**
HUGO G MEUTH & ERMA J MEUTH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.738 Nonpriority creditor's name and mailing address**
HURD ENTERPRISES, LTD.
7373 BROADWAY, SUITE 200
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,366.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.739 Nonpriority creditor's name and mailing address**
HY-POINT ENERGY, INC.
2720 PRESIDENTIAL CORRIDOR E.
CALDWELL, TX 77836

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.740 Nonpriority creditor's name and mailing address**
Imperative Chemical Partners
8115 West Industrial Avenue
Midland, TX 79706

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 14,787.06

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.741 Nonpriority creditor's name and mailing address**
Insperity
19001 Crescent Springs Drive
Kingwood, TX 77339

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 47,852.11

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.742 Nonpriority creditor's name and mailing address**

Intellese LLC

2441 High Timbers Drive

Spring, TX 77380

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,947.08

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.743 Nonpriority creditor's name and mailing address**

Intense Wireline Solutions LLC

19189 State Hwy 155

Flint, TX 75762

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9,084.45

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.744 Nonpriority creditor's name and mailing address**

IRENE NOACK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 20,106.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.745 Nonpriority creditor's name and mailing address**

IRIS E. JOHNSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.746 Nonpriority creditor's name and mailing address**

IRIS HARLOW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 628.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.747 Nonpriority creditor's name and mailing address**

IRS LEVY FOR MICHELLE STUERMER - STU400

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.748 Nonpriority creditor's name and mailing address**

ISAAC WADE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 397.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.749 Nonpriority creditor's name and mailing address**

ISABEL HELEN FRIEBE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,069.29

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.750 Nonpriority creditor's name and mailing address**

ISABELLE MILLS HARBOLICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.751 Nonpriority creditor's name and mailing address**

IVAN BARRY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.752** **Nonpriority creditor's name and mailing address**
IVAN MIKULEC ET UX
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.753** **Nonpriority creditor's name and mailing address**
J D MINERALS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 24.39

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.754** **Nonpriority creditor's name and mailing address**
J W DANSBY
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.755** **Nonpriority creditor's name and mailing address**
J. ANDREW DUNN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.756** **Nonpriority creditor's name and mailing address**
J. DARRELL RIDDLE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.757 Nonpriority creditor's name and mailing address**

J. SUZZET ENGLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 3,466.52

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.758 Nonpriority creditor's name and mailing address**

J.B. COHEN, INC. PROFIT SHARING PLAN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.759 Nonpriority creditor's name and mailing address**

J.G. BEKE TRUSTEE FOR PAMELA S. SUMMERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.760 Nonpriority creditor's name and mailing address**

J.M. GAHR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.761 Nonpriority creditor's name and mailing address**

JACK E. CLARK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 344.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.762** **Nonpriority creditor's name and mailing address**
JACK GALLARNEAU TRUST VERA GALLARNEAU,CL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.763** **Nonpriority creditor's name and mailing address**
JACK KEYES
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 690.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.764** **Nonpriority creditor's name and mailing address**
JACK RANKIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.765** **Nonpriority creditor's name and mailing address**
JACKIE WILLIAMS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,219.96

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.766** **Nonpriority creditor's name and mailing address**
JACKRABBIT HILLS, LLC
PO BOX 690105
HOUSTON, TX 77269

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 8,958.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.767 Nonpriority creditor's name and mailing address**

JACLYN ROBERTSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 4,148.43

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.768 Nonpriority creditor's name and mailing address**

JACOB ALLEN ROSENBERG DEBBIE ROSENBERG M

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.769 Nonpriority creditor's name and mailing address**

JACOB KYLE SKINNER MARLISE SKINNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.770 Nonpriority creditor's name and mailing address**

JAMco ENERGY, LLC
420 THROCKMORTON ST.
SUITE 550
FT. WORTH, TX 76102

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.771 Nonpriority creditor's name and mailing address**

JAMES A CLAUGHTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 72.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.772 Nonpriority creditor's name and mailing address**

JAMES A STEINBACH AND DEBORAH STEINBACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.773 Nonpriority creditor's name and mailing address**

JAMES ALDEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.774 Nonpriority creditor's name and mailing address**

JAMES ALDERSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.775 Nonpriority creditor's name and mailing address**

JAMES ALLEN SCHLUP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.776 Nonpriority creditor's name and mailing address**

JAMES B. STANDEFER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.777 Nonpriority creditor's name and mailing address**

JAMES C STEGLICH & WIFE, DELORES STEGLIC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.778 Nonpriority creditor's name and mailing address**

JAMES COLLIS HEATH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 25.43

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.779 Nonpriority creditor's name and mailing address**

JAMES E. MACEK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.780 Nonpriority creditor's name and mailing address**

JAMES E. PARSONS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,048.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.781 Nonpriority creditor's name and mailing address**

JAMES E. SNOOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.782** **Nonpriority creditor's name and mailing address**

JAMES E. THORP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 78.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.783** **Nonpriority creditor's name and mailing address**

JAMES G. WONG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.784** **Nonpriority creditor's name and mailing address**

James Gersch

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 131.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.785** **Nonpriority creditor's name and mailing address**

JAMES H LANDERS, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.786** **Nonpriority creditor's name and mailing address**

JAMES HARVICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 815.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.787** **Nonpriority creditor's name and mailing address**
JAMES J. WOODCOCK C/O R F BAILEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.788** **Nonpriority creditor's name and mailing address**
JAMES K. STUESSY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.789** **Nonpriority creditor's name and mailing address**
JAMES KEITH PATRICK SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.790** **Nonpriority creditor's name and mailing address**
JAMES KERSHAW
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.791** **Nonpriority creditor's name and mailing address**
JAMES LLOYD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.792 Nonpriority creditor's name and mailing address**

JAMES M. SINGLETON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.793 Nonpriority creditor's name and mailing address**

JAMES MAUS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.794 Nonpriority creditor's name and mailing address**

JAMES MICHAEL GLOGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 466.13

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.795 Nonpriority creditor's name and mailing address**

JAMES P JANIK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.796 Nonpriority creditor's name and mailing address**

JAMES ROBOHN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.797** **Nonpriority creditor's name and mailing address**

JAMES RUSHFORD

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.798** **Nonpriority creditor's name and mailing address**

JAMES RYFFEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 506.63

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.799** **Nonpriority creditor's name and mailing address**

JAMES W. FORBES

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.800** **Nonpriority creditor's name and mailing address**

JAMES WENKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2.99

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.801** **Nonpriority creditor's name and mailing address**

JAMIE H. BEESLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.802** **Nonpriority creditor's name and mailing address**
JAMIE M KNOX
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 86.21

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.803** **Nonpriority creditor's name and mailing address**
JAN WEST SANDERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.37

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.804** **Nonpriority creditor's name and mailing address**
JANE BROOKS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.805** **Nonpriority creditor's name and mailing address**
JANE DYAL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 70.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.806** **Nonpriority creditor's name and mailing address**
JANE W. JOHNSTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 414.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.807** **Nonpriority creditor's name and mailing address**

JANET MELTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 3.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.808** **Nonpriority creditor's name and mailing address**

JANICE ARLDT BECKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 147.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.809** **Nonpriority creditor's name and mailing address**

JANICE MELTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,456.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.810** **Nonpriority creditor's name and mailing address**

JANIS CLARK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 340.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.811** **Nonpriority creditor's name and mailing address**

JANIS K. STANCIK, TRUSTEE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 90.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.812 Nonpriority creditor's name and mailing address**

JARROD K BEHRENS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.813 Nonpriority creditor's name and mailing address**

JASON ALEXANDER GLOGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 615.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.814 Nonpriority creditor's name and mailing address**

JASON GARRETT FALKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,275.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.815 Nonpriority creditor's name and mailing address**

JASON MONBERG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,297.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.816 Nonpriority creditor's name and mailing address**

JASON WADE DRUCKHAMMER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.817 Nonpriority creditor's name and mailing address**

JAY R. MILLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 8.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.818 Nonpriority creditor's name and mailing address**

JAYCEE SADIE ZAPALAC SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.819 Nonpriority creditor's name and mailing address**

JAYLIA KRISTIANA LUCIO SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.820 Nonpriority creditor's name and mailing address**

JDMI, LLC

P.O. BOX 1540

CORPUS CHRISTI, TX 78403-1540

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 308.48

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.821 Nonpriority creditor's name and mailing address**

JEAN ANN PRITCHETT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,678.39

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.822 Nonpriority creditor's name and mailing address**

JEAN B WAKEFIELD

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.823 Nonpriority creditor's name and mailing address**

JEANET F. PIETSCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,672.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.824 Nonpriority creditor's name and mailing address**

JEANETTE M. MITSCHKE AS SEPARATE PROPERT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.825 Nonpriority creditor's name and mailing address**

JEFF L. BARNWELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.826 Nonpriority creditor's name and mailing address**

Jeff Meuth

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 255.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.827 Nonpriority creditor's name and mailing address**

JEFFERY DURRENBERGER ACCT. # 113006357-2

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.828 Nonpriority creditor's name and mailing address**

JEFFREY A. LOOS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.829 Nonpriority creditor's name and mailing address**

JEFFREY C. PIETSCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 462.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.830 Nonpriority creditor's name and mailing address**

JEFFREY COWEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 275.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.831 Nonpriority creditor's name and mailing address**

JEFFREY G. FRERICH CHARLENE D. FRERICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.832** **Nonpriority creditor's name and mailing address**
JEFFREY KEAGHEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,165.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.833** **Nonpriority creditor's name and mailing address**
JEFFREY L BOWMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.834** **Nonpriority creditor's name and mailing address**
JEFFREY R. ZOLLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.835** **Nonpriority creditor's name and mailing address**
JEFFREY SCOTT EATON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 667.99

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.836** **Nonpriority creditor's name and mailing address**
JEFFREY W. TERRELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 306.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.837 Nonpriority creditor's name and mailing address**

JEMR, LLC

3700 BUFFALO SPEEDWAY SUITE 925

HOUSTON, TX 77098

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.838 Nonpriority creditor's name and mailing address**

JEREMY NAIL MANAGEMENT TRUST C/O JP MORG

PO BOX 99084

FT WORTH, TX 76199-1312

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.839 Nonpriority creditor's name and mailing address**

JEROME B. FLIELLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.840 Nonpriority creditor's name and mailing address**

JERRIE A. STOBB

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 597.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.841 Nonpriority creditor's name and mailing address**

JERRY A. & PATSY F. STEGLICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 195.19

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Basis for the claim | Subject to offset? | Amount of claim |
|---|---|---|---|---|---|
| 3.842 | JERRY F. FISCHER<br>Address on file | [X] Contingent<br>[X] Unliquidated<br>[X] Disputed<br>[ ] Liquidated and neither contingent nor disputed | Royalty Payable | [X] No<br>[ ] Yes | $55.19 |
| 3.843 | JERRY GOFF<br>ADDRESS UNKNOWN | [X] Contingent<br>[X] Unliquidated<br>[X] Disputed | Royalty Payable | [X] No<br>[ ] Yes | $Unknown |
| 3.844 | JERRY HICKSON<br>Address on file | [X] Contingent<br>[X] Unliquidated<br>[X] Disputed | Royalty Payable | [X] No<br>[ ] Yes | $272.04 |
| 3.845 | JERRY W KRCHNAK<br>Address on file | [X] Contingent<br>[X] Unliquidated<br>[X] Disputed | Royalty Payable | [X] No<br>[ ] Yes | $3,611.98 |
| 3.846 | JERRY WAYNE WORLEY<br>Address on file | [X] Contingent<br>[X] Unliquidated<br>[X] Disputed | Royalty Payable | [X] No<br>[ ] Yes | $Unknown |

Date or dates debt was incurred and Last 4 digits of account number: blank for all entries.

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.847** **Nonpriority creditor's name and mailing address**
JESSE E. FILGO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 0.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.848** **Nonpriority creditor's name and mailing address**
JESSE WILLARD BRAZIEL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.849** **Nonpriority creditor's name and mailing address**
JESSICA CAMPBELL PATTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 817.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.850** **Nonpriority creditor's name and mailing address**
JESSIE EUGENIA CARTE KIMMEL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.851** **Nonpriority creditor's name and mailing address**
JESSIE MARTIN
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.852** **Nonpriority creditor's name and mailing address**

JETTA X-2 LP
PO BOX 164009
FT WORTH, TX 76161

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.853** **Nonpriority creditor's name and mailing address**

JEWEL NAIL BOMAR TRUST
BANK ONE TRUST CO, NA TRUSTEE
DRAWER 990
FT WORTH, TX 76199-0084

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.854** **Nonpriority creditor's name and mailing address**

JHB OIL & GAS COMPANY, LLC C/O STEVE BUR
PO BOX 140183
IRVING, TX 75014-0183

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.855** **Nonpriority creditor's name and mailing address**

JIM STANDEFER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.856** **Nonpriority creditor's name and mailing address**

Jimmie Luecke
PO Box 949
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,000.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.857** **Nonpriority creditor's name and mailing address**

JIMMIE LUECKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 17.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.858** **Nonpriority creditor's name and mailing address**

JIMMIE LUECKE CHILDREN PRTSHIP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,805.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.859** **Nonpriority creditor's name and mailing address**

JIMMY DALE PICKETT, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 184.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.860** **Nonpriority creditor's name and mailing address**

JIMMY GLENN ZOCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 686.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.861** **Nonpriority creditor's name and mailing address**

JIMMY RAY CROUCH

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.862** **Nonpriority creditor's name and mailing address**
JIVE COMMUNICATIONS INC DEPT. CH19606
PALATINE, IL 60055-9606

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.863** **Nonpriority creditor's name and mailing address**
JO'LYNN NOWELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 317.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.864** **Nonpriority creditor's name and mailing address**
JOAN A. WEST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.37

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.865** **Nonpriority creditor's name and mailing address**
JOAN E. HARRIS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,404.60

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.866** **Nonpriority creditor's name and mailing address**
JOAN SUE GOEHRING
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.867 Nonpriority creditor's name and mailing address**

JODY JAMES FREY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 9,017.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.868 Nonpriority creditor's name and mailing address**

JOE D. MITCHELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.869 Nonpriority creditor's name and mailing address**

JOE MARIE OIL COMPANY

PO BOX 844

WIMBERLY, TX 78676

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 88.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.870 Nonpriority creditor's name and mailing address**

JOE PULLIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.871 Nonpriority creditor's name and mailing address**

JOE TAYLOR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 723.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.872 Nonpriority creditor's name and mailing address**

JOEL W. LEHMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 25.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.873 Nonpriority creditor's name and mailing address**

JOHN & ELFRIEDA PORTER FAMILY TRUST ELFR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.874 Nonpriority creditor's name and mailing address**

JOHN A. HAMMACK, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.875 Nonpriority creditor's name and mailing address**

JOHN A. MILLS INVESTMENTS INC.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.876 Nonpriority creditor's name and mailing address**

JOHN A. MILLS, JR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.877 Nonpriority creditor's name and mailing address**
JOHN A. POLLOK GLADYS M. POLLOK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.878 Nonpriority creditor's name and mailing address**
JOHN AND STEPHANIE SOWELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 33.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.879 Nonpriority creditor's name and mailing address**
JOHN B GALLARNEAU TESTAMENTARY TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.880 Nonpriority creditor's name and mailing address**
JOHN B. AZAR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 5,059.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.881 Nonpriority creditor's name and mailing address**
JOHN BAUER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 52.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.882 Nonpriority creditor's name and mailing address**

JOHN BROWN POSEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.883 Nonpriority creditor's name and mailing address**

JOHN CLAUSEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 816.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.884 Nonpriority creditor's name and mailing address**

JOHN CRANE PRODUCTION SOLUTIONS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.885 Nonpriority creditor's name and mailing address**

JOHN DAVID ELMORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 239.40

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.886 Nonpriority creditor's name and mailing address**

JOHN DAVID PATTERSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.887 **Nonpriority creditor's name and mailing address**
JOHN DAVID SYMMANK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 337.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.888 **Nonpriority creditor's name and mailing address**
JOHN DIGIOVANNI
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,158.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.889 **Nonpriority creditor's name and mailing address**
JOHN DUDA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.890 **Nonpriority creditor's name and mailing address**
JOHN DURFEE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.891 **Nonpriority creditor's name and mailing address**
JOHN E. DONNELLAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 45.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.892 Nonpriority creditor's name and mailing address**

JOHN EPLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 664.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.893 Nonpriority creditor's name and mailing address**

JOHN F. TRICKETT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.894 Nonpriority creditor's name and mailing address**

JOHN FLIELLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.895 Nonpriority creditor's name and mailing address**

JOHN GARVIN DRAKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 582.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.896 Nonpriority creditor's name and mailing address**

JOHN L & LINDA F KARNSTADT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,650.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.897** **Nonpriority creditor's name and mailing address**
JOHN L. JOHNSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 6,459.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.898** **Nonpriority creditor's name and mailing address**
JOHN M. LONG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 69.91

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.899** **Nonpriority creditor's name and mailing address**
JOHN MATTHEWS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 85.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.900** **Nonpriority creditor's name and mailing address**
JOHN NOWELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.901** **Nonpriority creditor's name and mailing address**
JOHN P RUSSELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,052.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.902 Nonpriority creditor's name and mailing address**

JOHN P. ELLBOGEN FOUNDATION

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.903 Nonpriority creditor's name and mailing address**

JOHN PAUL REINHART, SR. SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.904 Nonpriority creditor's name and mailing address**

JOHN RIBBLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 541.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.905 Nonpriority creditor's name and mailing address**

JOHN RICHARD LESASSIER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 192.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.906 Nonpriority creditor's name and mailing address**

JOHN SYMMANK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.907** **Nonpriority creditor's name and mailing address**

JOHN T. LUCE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.908** **Nonpriority creditor's name and mailing address**

JOHN VAN GASKEN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.909** **Nonpriority creditor's name and mailing address**

JOHN W. KORB JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.910** **Nonpriority creditor's name and mailing address**

JOHN WAYNE HALBARDIER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 772.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.911** **Nonpriority creditor's name and mailing address**

JOHN WESLEY DARSEY III PEGGY JEAN DARSEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.912** **Nonpriority creditor's name and mailing address**
JOHN'S ELECTRIC
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.913** **Nonpriority creditor's name and mailing address**
JOHNNIE E. EATON DONNA D. EATON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.914** **Nonpriority creditor's name and mailing address**
JOHNNY WADE HUNTER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.915** **Nonpriority creditor's name and mailing address**
JOHNNYE SMALLWOOD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.916** **Nonpriority creditor's name and mailing address**
JOHNSON, LORRAINE L. FAMILY TR. C/O PRIV
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.917 Nonpriority creditor's name and mailing address**
JOLENE FISCHER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 200.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.918 Nonpriority creditor's name and mailing address**
JON AVENT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 81.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.919 Nonpriority creditor's name and mailing address**
JON ESCHBERGER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 86.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.920 Nonpriority creditor's name and mailing address**
JON HAROLD JERVIS SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.921 Nonpriority creditor's name and mailing address**
JON HUNTER JERVIS SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.922 Nonpriority creditor's name and mailing address**

JON S. BROWN SOLE & SEPARATE PROPERTY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.923 Nonpriority creditor's name and mailing address**

Jones Electric Inc

221 N Gaston Street

Crane, TX 79731

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,841.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.924 Nonpriority creditor's name and mailing address**

JORGE ALBERTO ESCOBAR-MENDEZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 561.72

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.925 Nonpriority creditor's name and mailing address**

JOSE G IZAGUIRRE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.926 Nonpriority creditor's name and mailing address**

JOSE R RUIZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.927** **Nonpriority creditor's name and mailing address**

JOSEPH COURTEMANCHE & KATHERINE COURTEMA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.928** **Nonpriority creditor's name and mailing address**

JOSEPH K. & SHARON M. CLONTZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,001.65

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.929** **Nonpriority creditor's name and mailing address**

JOSEPH L. RUSSELL, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.930** **Nonpriority creditor's name and mailing address**

JOSEPH MAUS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.931** **Nonpriority creditor's name and mailing address**

JOSEPHINE GEMSKIE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.932 Nonpriority creditor's name and mailing address**

JOY M. STEINBACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.933 Nonpriority creditor's name and mailing address**

JOYCE G. ARNDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 9,007.65

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.934 Nonpriority creditor's name and mailing address**

JOYCE HINZE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 741.29

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.935 Nonpriority creditor's name and mailing address**

JR & ER, LTD A TEXAS LIMITED PARTNERSHIP

1118 BAYOU ISLAND

HOUSTON, TX 77063

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.936 Nonpriority creditor's name and mailing address**

JUAN ANDRADE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.937** **Nonpriority creditor's name and mailing address**
JUAN ANTONIO JIMENEZ CLAUDIA JIMENEZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.938** **Nonpriority creditor's name and mailing address**
JUDY A. KNIGHT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 685.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.939** **Nonpriority creditor's name and mailing address**
JUDY JUNG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.940** **Nonpriority creditor's name and mailing address**
JUDY L. BISE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 523.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.941** **Nonpriority creditor's name and mailing address**
JUDY L. MATTHIJETZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 321.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.942 Nonpriority creditor's name and mailing address**

JUDY L. WILKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 181.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.943 Nonpriority creditor's name and mailing address**

JUDY PATRICK ARTMAN SOLE & SEPARATE PROP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.944 Nonpriority creditor's name and mailing address**

JUDY STEGLICH ZOCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 316.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.945 Nonpriority creditor's name and mailing address**

JUDY STUBBLEFIELD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,205.72

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.946 Nonpriority creditor's name and mailing address**

JULIA ANN HISSOM TRUST c/o JULIA ANN HIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.947 Nonpriority creditor's name and mailing address**
JULIA WHALEY & ASSOCIATES COURT REPORTER
2012 VISTA CREST DRIVE
CARROLLTON, TX 75007-1640

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.948 Nonpriority creditor's name and mailing address**
JULIE SALEM
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 231.63

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.949 Nonpriority creditor's name and mailing address**
JULIUS BRAZIEL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 118.92

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.950 Nonpriority creditor's name and mailing address**
JULIUS E. LEHMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 26,736.65

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.951 Nonpriority creditor's name and mailing address**
JUNE HOUSTON CORPORATION
3477 CR 338
MELISSA, TX 75454

**As of the petition filing date, the claim is:** *Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.952 Nonpriority creditor's name and mailing address**

JUNEAU

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.953 Nonpriority creditor's name and mailing address**

JUSTIN ISELT BULLDOZING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.954 Nonpriority creditor's name and mailing address**

JUSTIN MERSIOVSKY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.955 Nonpriority creditor's name and mailing address**

K E ANDREWS & COMPANY

1900 DALROCK ROAD

ROWLETT, TX 75088

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.956 Nonpriority creditor's name and mailing address**

Karen E. Bryant, Trustee of the Karen El

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.957 Nonpriority creditor's name and mailing address**
KAREN E. SIEGMUND
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.958 Nonpriority creditor's name and mailing address**
KAREN FAY KURIO NOACK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.959 Nonpriority creditor's name and mailing address**
KAREN KAE BLASINGIM
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 170.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.960 Nonpriority creditor's name and mailing address**
KAREN LYNN GORDON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 667.99

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.961 Nonpriority creditor's name and mailing address**
KAREN WILLIAMS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.962 Nonpriority creditor's name and mailing address**

KAREN WILSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 8.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.963 Nonpriority creditor's name and mailing address**

KARP HOLDINGS, LLC

22115 HOLLY LAKES DRIVE

TOMBALL, TX 77377

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 178.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.964 Nonpriority creditor's name and mailing address**

KARYN ALMENDAREZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 53.09

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.965 Nonpriority creditor's name and mailing address**

KASTMAN OIL COMPANY

PO BOX 5930

LUBBOCK, TX 79408-5930

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.966 Nonpriority creditor's name and mailing address**

KATE E. CAMPBELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 314.10

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.967 Nonpriority creditor's name and mailing address**

KATHERINE A. MAJORS ESTATE BONNIE MCKENZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.968 Nonpriority creditor's name and mailing address**

KATHERINE E COOK

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 13,290.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.969 Nonpriority creditor's name and mailing address**

KATHERINE E. ROBERTS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 20.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.970 Nonpriority creditor's name and mailing address**

KATHERINE E. STOREY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.971 Nonpriority creditor's name and mailing address**

KATHERINE G. COURTEMANCHE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.972** **Nonpriority creditor's name and mailing address**
KATHERINE KEEN CRAIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.973** **Nonpriority creditor's name and mailing address**
KATHERINE L READER & ROBERT C READER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.974** **Nonpriority creditor's name and mailing address**
KATHERINE MARTINEAU 2006 TRUST 4625 GREE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.975** **Nonpriority creditor's name and mailing address**
KATHLEEN COLEY COCHRAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 432.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.976** **Nonpriority creditor's name and mailing address**
KATHLEEN FRANKS SEARCY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 461.19

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.977 Nonpriority creditor's name and mailing address**

KATHLEEN GRIMES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.978 Nonpriority creditor's name and mailing address**

KATHRYN C. HASSELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.979 Nonpriority creditor's name and mailing address**

KATHRYN L. BENSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.980 Nonpriority creditor's name and mailing address**

KATHRYN SUSANNE RICE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.981 Nonpriority creditor's name and mailing address**

KATHRYN ZOCH FRIEDRICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 613.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.982 Nonpriority creditor's name and mailing address**
KATHY ANN MEUTH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$258.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.983 Nonpriority creditor's name and mailing address**
KATHY E. PALUCH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$170.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.984 Nonpriority creditor's name and mailing address**
KATHY L. WATTS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$772.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.985 Nonpriority creditor's name and mailing address**
KATHY MAJORS
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.986 Nonpriority creditor's name and mailing address**
KATHY N. ANDERSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$816.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.987 Nonpriority creditor's name and mailing address**
Kathy Proske
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 131.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.988 Nonpriority creditor's name and mailing address**
KATHY RODRIQUEZ
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.989 Nonpriority creditor's name and mailing address**
KATHY STEGLICH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,673.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.990 Nonpriority creditor's name and mailing address**
KAY SORVILLO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 7.44

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.991 Nonpriority creditor's name and mailing address**
KAYLA OPPERMANN
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.992 Nonpriority creditor's name and mailing address**

KEATING ENERGY, INC. SPRINGHOUSE CORP CE
321 NORRISTOWN RD STE 205
AMBLER, PA 19002

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.993 Nonpriority creditor's name and mailing address**

KEITH FREDERICK, JR.
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.994 Nonpriority creditor's name and mailing address**

KEITH PEART
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.995 Nonpriority creditor's name and mailing address**

KEL-TECH, INC. DEPT. 3426 PO BOX 123426
DALLAS, TX 75312-3420

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.996 Nonpriority creditor's name and mailing address**

KELLI HERD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.997 Nonpriority creditor's name and mailing address**

KEN STEPHENSON & ASSOCS INC
P O BOX 579
LA GRANGE, TX 78945

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.998 Nonpriority creditor's name and mailing address**

KEN STEVENSON & ASSOCIATES INC.
PO BOX 579
864 S. JEFFERSON
LA GRANGE, TX 78945

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.999 Nonpriority creditor's name and mailing address**

Kennedy Wire Rope & Sling Company, Inc.
3300 Holmes Rd
Houston, TX 77051

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 17,555.50

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1000 Nonpriority creditor's name and mailing address**

KENNETH A PALLAMOLLO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 590.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1001 Nonpriority creditor's name and mailing address**

KENNETH ARLDT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,605.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** __________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1002 **Nonpriority creditor's name and mailing address**
KENNETH EARL LAWRENCE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$108.45

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1003 **Nonpriority creditor's name and mailing address**
KENNETH KREITZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$317.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1004 **Nonpriority creditor's name and mailing address**
KENNETH L. NITSCHE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$6,973.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1005 **Nonpriority creditor's name and mailing address**
KENNETH LORENZ TRUST FUND JOYCE HINZE/GE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1006 **Nonpriority creditor's name and mailing address**
KENNETH MARKS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$286.11

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1007 **Nonpriority creditor's name and mailing address**

KENNETH P. SCHULTZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 613.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1008 **Nonpriority creditor's name and mailing address**

KENNETH PIRTLE LYNWOOD PIRTLE ESTATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1009 **Nonpriority creditor's name and mailing address**

KENNETH R. BROTHERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1010 **Nonpriority creditor's name and mailing address**

KENNETH RICHTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 425.72

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1011 **Nonpriority creditor's name and mailing address**

KERR-MCGEE CORPORATION

PO BOX 730875

DALLAS, TX 75373-0875

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1012 Nonpriority creditor's name and mailing address**

KERRY BURKS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 252.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1013 Nonpriority creditor's name and mailing address**

KEVIN M. KALLIES RHONDA R. KALLIES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1014 Nonpriority creditor's name and mailing address**

KEVIN MCGRATH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1015 Nonpriority creditor's name and mailing address**

KEVIN T. WESTERGREN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8,284.88

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1016 Nonpriority creditor's name and mailing address**

KEVIN WINSTON KRAUSS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 10.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1017 Nonpriority creditor's name and mailing address**

KHOSHBIN 10700-333 LLC C/O THE KHOSHBIN
18071 FITCH, SUITE100
IRVINE, CA 92614

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1018 Nonpriority creditor's name and mailing address**

KILLAM OIL CO., LTD.
PO BOX 499
LAREDO, TX 78042

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,348.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1019 Nonpriority creditor's name and mailing address**

KIM S MOERBE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 211.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1020 Nonpriority creditor's name and mailing address**

KIMBERLY BROWN SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1021 Nonpriority creditor's name and mailing address**

KIMBERLY CAWTHON BOWMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1022 **Nonpriority creditor's name and mailing address**

KIMBERLY GLATTSTEIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1023 **Nonpriority creditor's name and mailing address**

KIMBERLY PIETSCH MORGAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 462.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1024 **Nonpriority creditor's name and mailing address**

KIMBLE, LM TEXAS STATE TREASUER FAO T E

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1025 **Nonpriority creditor's name and mailing address**

KORB OPERATING

1059 PR 1382

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1026 **Nonpriority creditor's name and mailing address**

KYLE KASPER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 92.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1027 **Nonpriority creditor's name and mailing address**
L&R DRILLING COMPANY
PO BOX 949
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 44,846.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1028 **Nonpriority creditor's name and mailing address**
L. ELRAY WILSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1029 **Nonpriority creditor's name and mailing address**
L.D. ALBIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 597.29

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1030 **Nonpriority creditor's name and mailing address**
L.G. & DORIS SCHMIDT
303 QUAIL RUN
FREDRICKSBURG, TX 78624

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 222.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1031 **Nonpriority creditor's name and mailing address**
LACIE HALE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 315.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1032 **Nonpriority creditor's name and mailing address**
LANA SALTER LANA L. SALTER LIVING TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1033 **Nonpriority creditor's name and mailing address**
LANGHAM, PEPPER & ASSOC., INC.
320 WESTCOTT ST
HOUSTON, TX 77007

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 14,838.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1034 **Nonpriority creditor's name and mailing address**
LARRY & RITA SCHATTE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,451.25

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1035 **Nonpriority creditor's name and mailing address**
LARRY DURRENBERGER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,324.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1036 **Nonpriority creditor's name and mailing address**
LARRY HENRY NAIL TESTAMENTARY BANK ONE T
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1037 Nonpriority creditor's name and mailing address**

LARRY MIZER

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1038 Nonpriority creditor's name and mailing address**

LARRY WEISER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 731.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1039 Nonpriority creditor's name and mailing address**

LASSER INC.

2312 E. LOOP 820, SUITE A

FORT WORTH, TX 76112

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1040 Nonpriority creditor's name and mailing address**

LAURA AMMON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 95.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1041 Nonpriority creditor's name and mailing address**

LAURA E. GOLDSMITH FAO LAURA GOLDSMITH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1042 Nonpriority creditor's name and mailing address**

LAURA GLASS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 212.01

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1043 Nonpriority creditor's name and mailing address**

LAUREN B SARAFAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1044 Nonpriority creditor's name and mailing address**

LAURENCE LAFFERE II

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1045 Nonpriority creditor's name and mailing address**

LAVERNE STEGLICH FALKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1046 Nonpriority creditor's name and mailing address**

LAVONDA GREENE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1047 **Nonpriority creditor's name and mailing address**

LAW OFFICE OF ROBERT D. JOWERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1048 **Nonpriority creditor's name and mailing address**

LAWRENCE KOYM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1049 **Nonpriority creditor's name and mailing address**

LAWRENCE VALDEZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 84.44

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1050 **Nonpriority creditor's name and mailing address**

LEAH R. CARTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 852.37

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1051 **Nonpriority creditor's name and mailing address**

LEAP ROYALTY, L.P.

3511 WOODCREST COURT

COLLEYVILLE, TX 76034

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 481.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1052** **Nonpriority creditor's name and mailing address**

Lee County Water Supply Corporation

PO Box 8

Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 241.06

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1053** **Nonpriority creditor's name and mailing address**

LEE MCCASLAND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 486.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1054** **Nonpriority creditor's name and mailing address**

LEEXUS OIL & GAS, LLP

PO BOX 726

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 16.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1055** **Nonpriority creditor's name and mailing address**

LEEXUS OIL LLC

P.O. BOX 726

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1056** **Nonpriority creditor's name and mailing address**

LEIGH E. POWELL PEEK SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1057** **Nonpriority creditor's name and mailing address**
LENORA MARIE MORGAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1058** **Nonpriority creditor's name and mailing address**
LEONARD GROESCHEL ET UX
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1059** **Nonpriority creditor's name and mailing address**
LEONARD H. LEHMANN JR.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,014.36

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1060** **Nonpriority creditor's name and mailing address**
LEROY NELSON ZOCH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1061** **Nonpriority creditor's name and mailing address**
LESLIE & MARLENE SHERFY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1062** **Nonpriority creditor's name and mailing address**

LESLIE C. WEEMS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 368.60

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1063** **Nonpriority creditor's name and mailing address**

LESTER M. LAING

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1064** **Nonpriority creditor's name and mailing address**

LEWIS BORGFELD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1065** **Nonpriority creditor's name and mailing address**

LEWIS EVERETT KRAFT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1066** **Nonpriority creditor's name and mailing address**

LEXEY JANE ALCORN TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 708.63

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1067 **Nonpriority creditor's name and mailing address**

LIG GATHERING COMPANY II, LLC
P.O. BOX 993
28 N. BELL STREET
BELLVILLE, TX 77418

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1068 **Nonpriority creditor's name and mailing address**

LILLIAN JANIK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1069 **Nonpriority creditor's name and mailing address**

LILLIAN S. DYER TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,584.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1070 **Nonpriority creditor's name and mailing address**

LILLIAN STUERMER DYER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1071 **Nonpriority creditor's name and mailing address**

LILLIANA MARIE LUCIO SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1072 Nonpriority creditor's name and mailing address**

LINDA CAROL BLAHA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 367.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1073 Nonpriority creditor's name and mailing address**

LINDA DURRENBERGER KARNSTADT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1074 Nonpriority creditor's name and mailing address**

LINDA K. WILKINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 543.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1075 Nonpriority creditor's name and mailing address**

LINDA L. DEYOUNG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1076 Nonpriority creditor's name and mailing address**

LINDA O'LEARY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,065.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1077 Nonpriority creditor's name and mailing address**

LINDA PERRYMAN EVANS TRUST U/W/O WALTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1078 Nonpriority creditor's name and mailing address**

LINDA S. BACCUS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 160.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1079 Nonpriority creditor's name and mailing address**

LINDA S. COOK MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 45,870.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1080 Nonpriority creditor's name and mailing address**

LINDA SMALL WAYNE SMALL, JTWROS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1081 Nonpriority creditor's name and mailing address**

LINDA WOOD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 28.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1082 **Nonpriority creditor's name and mailing address**

LINETTE BELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1083 **Nonpriority creditor's name and mailing address**

LINETTE BELL MELCHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 1,528.86

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1084 **Nonpriority creditor's name and mailing address**

LISA M. BOTTIGLIERI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ 2,734.28

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1085 **Nonpriority creditor's name and mailing address**

LIVING TRUST OF CHARLES SETTLE AND WANDA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1086 **Nonpriority creditor's name and mailing address**

LLEPS, INC. C/O JOHN REDFERN, III AIF

PO BOX 190599

DALLAS, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1087 **Nonpriority creditor's name and mailing address**

LLOYD GOEHRING JOAN GOEHRING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1088 **Nonpriority creditor's name and mailing address**

LLOYD HANSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 119.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1089 **Nonpriority creditor's name and mailing address**

LOGAN BOOKOUT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1090 **Nonpriority creditor's name and mailing address**

LOGAN JONES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1091 **Nonpriority creditor's name and mailing address**

LOGIX COMMUNICATIONS ACCT: 43801663

P.O. BOX 3608

HOUSTON, TX 77253-3608

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1092 **Nonpriority creditor's name and mailing address**

LOIS A. KENG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 811.77

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1093 **Nonpriority creditor's name and mailing address**

LOIS A. TEINERT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 179.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1094 **Nonpriority creditor's name and mailing address**

LONNIE RAY LEHMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1095 **Nonpriority creditor's name and mailing address**

LORCA CORPORATION

3033 E HEBRON PKWY APT 1236

CARROLLTON, TX 75010

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11,202.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1096 **Nonpriority creditor's name and mailing address**

LORENE MOORE ATTN: REBECCA SHERRILL, POA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1097** **Nonpriority creditor's name and mailing address**
LORETTA A. GUNDERSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1098** **Nonpriority creditor's name and mailing address**
LORETTA CHILEK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1099** **Nonpriority creditor's name and mailing address**
LORI ANN MURRAY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1100** **Nonpriority creditor's name and mailing address**
LORNA MENZAL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1101** **Nonpriority creditor's name and mailing address**
Lory Mitschke
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 363.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1102 Nonpriority creditor's name and mailing address**

Lost Pines Fleet & Equipment Solutions
2237 TX-304
Smithville, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 7,145.85

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1103 Nonpriority creditor's name and mailing address**

LOUIS C DOEBBLER BERNICE C DOEBBLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1104 Nonpriority creditor's name and mailing address**

LOUIS FRERICH JR MARY FRERICH LIFE ESTAT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1105 Nonpriority creditor's name and mailing address**

LOUIS GAEKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1106 Nonpriority creditor's name and mailing address**

LOUIS KOYM
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1107 **Nonpriority creditor's name and mailing address**
Louise B. Preuss and Samuel Preuss Ind.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1108 **Nonpriority creditor's name and mailing address**
LOUISE STUESSY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 806.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1109 **Nonpriority creditor's name and mailing address**
LPC CRUDE OIL MARKETING LLC
P O BOX 3821
MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1110 **Nonpriority creditor's name and mailing address**
LUCILLE SCHATTE
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1111 **Nonpriority creditor's name and mailing address**
LUCILLE WERNER IRIONS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 316.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1112 Nonpriority creditor's name and mailing address**

LUCILLE ZOCH MITSCHKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 613.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1113 Nonpriority creditor's name and mailing address**

LUCY FRANCES CORALLO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1114 Nonpriority creditor's name and mailing address**

LUFKIN INDUSTRIES INC

PO BOX 301199

DALLAS, TX 75303-1199

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1115 Nonpriority creditor's name and mailing address**

LUIS E. CESPEDES, M.D.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1116 Nonpriority creditor's name and mailing address**

LUKER ENERGY

P O BOX 331654

CORPUS CHRISTI, TX 78463-1654

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 422.29

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1117 Nonpriority creditor's name and mailing address**

LUNA'S TANK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1118 Nonpriority creditor's name and mailing address**

LYNDON E. MANSFIELD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17.44

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1119 Nonpriority creditor's name and mailing address**

LYNETTE ANNE MEUTH DAVIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,403.63

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1120 Nonpriority creditor's name and mailing address**

LYNETTE WIEDERHOLD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 839.28

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1121 Nonpriority creditor's name and mailing address**

LYNN ELLIOTT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1122** **Nonpriority creditor's name and mailing address**

LYNN LAMPRECHT MARVIN LAMPRECHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1123** **Nonpriority creditor's name and mailing address**

M F BENNING IRREVOCABLE TRUST HENRY BENN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1124** **Nonpriority creditor's name and mailing address**

M IV OPS., INC.

9310 BROADWAY BLDG. 2 SUITE 204

SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1125** **Nonpriority creditor's name and mailing address**

M&K OIL COMPANY INC

PO BOX 3470

GILLETTE, WY 82717-3470

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1126** **Nonpriority creditor's name and mailing address**

M&W HOT OIL, INC

PO BOX 69370

ODESSA, TX 79769

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1127 **Nonpriority creditor's name and mailing address**
M-BAR FARM & RANCH, LP
1396 US HIGHWAY 290 W
CARMINE, TX 78932

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1128 **Nonpriority creditor's name and mailing address**
M.C. & HAZEL B. GRUETZNER C/O JOYCE G. A
170 JOYCE ST
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1129 **Nonpriority creditor's name and mailing address**
M.J. MILLER TRUSTEE INC.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 53.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1130 **Nonpriority creditor's name and mailing address**
MAASS BUTANE COMPANY, INC.
491 S. MAIN
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1131 **Nonpriority creditor's name and mailing address**
MADALYN ANNETTE ALLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 252.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1132 Nonpriority creditor's name and mailing address**

MADDYSON BROOKE JERVIS SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1133 Nonpriority creditor's name and mailing address**

MAGELLAN LAND GROUP, INC.
18000 GROESCHKE RD, BLD. A-1, SUITE 104
HOUSTON, TX 77084

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1134 Nonpriority creditor's name and mailing address**

MAGNA OIL & GAS CORPORATION

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 61.72

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1135 Nonpriority creditor's name and mailing address**

MAGNOLIA OIL & GAS OPERATING, LLC
ATTN:
1001 FANNIN STREET, SUITE 400
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1136 Nonpriority creditor's name and mailing address**

MAH TRUST MARYANNE HOLIFIELD TRUSTEE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1137 **Nonpriority creditor's name and mailing address**

MALJAMAR ROYALTY CO.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 376.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1138 **Nonpriority creditor's name and mailing address**

MALJAMMAR ROYALTY COMPANY

6820 QUEENSCLUB DR.

HOUSTON, TX 77069

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 187.28

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1139 **Nonpriority creditor's name and mailing address**

MALLARD ROYALTY PARTNERS

PO BOX 52267

MIDLAND, TX 79710

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1140 **Nonpriority creditor's name and mailing address**

MANUEL BRAZIEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1141 **Nonpriority creditor's name and mailing address**

MANUEL G MAGALLANES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1142 Nonpriority creditor's name and mailing address**

MARCELLA HAMFF CHAPPLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 278.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1143 Nonpriority creditor's name and mailing address**

MARCIA HOLLOWAY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1144 Nonpriority creditor's name and mailing address**

MARCUS WAYNE LUNA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1145 Nonpriority creditor's name and mailing address**

MARGARET A. WORLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1146 Nonpriority creditor's name and mailing address**

MARGARET C. MUNSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1147 **Nonpriority creditor's name and mailing address**
MARGARET DARLENE DOWELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 3,280.91

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1148 **Nonpriority creditor's name and mailing address**
MARGARET HOFFMAN WALTHER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 5.88

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1149 **Nonpriority creditor's name and mailing address**
MARGARET KENDRICK CARMEAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 17.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1150 **Nonpriority creditor's name and mailing address**
MARGARET MAHONEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,195.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1151 **Nonpriority creditor's name and mailing address**
MARGARET PHELPS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 95.83

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1152 **Nonpriority creditor's name and mailing address**
MARGARET WACHSMANN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,407.12

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1153 **Nonpriority creditor's name and mailing address**
MARGIE LEWIS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1154 **Nonpriority creditor's name and mailing address**
MARGUERITE BACA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,076.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1155 **Nonpriority creditor's name and mailing address**
MARIA DEJESUS RANGEL AURELIO ZAVALA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1156 **Nonpriority creditor's name and mailing address**
MARIA OROCIO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1157** **Nonpriority creditor's name and mailing address**
MARIAN J. WIEDERHOLD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 181.19

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1158** **Nonpriority creditor's name and mailing address**
MARIE ALBRECHT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 112.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1159** **Nonpriority creditor's name and mailing address**
MARIE ELAINE IVY BUCHTA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 27.04

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1160** **Nonpriority creditor's name and mailing address**
MARIE JULIA IVY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1161** **Nonpriority creditor's name and mailing address**
MARILYN G. HILLENDAHL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 38.20

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1162 Nonpriority creditor's name and mailing address**

MARILYN HAMILTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 25,045.60

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1163 Nonpriority creditor's name and mailing address**

MARILYN JANICE SCHAUTSCHICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 271.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1164 Nonpriority creditor's name and mailing address**

MARILYN JO HAMILTON & DALE JAMES HAMILTO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1165 Nonpriority creditor's name and mailing address**

MARILYN MEUTH TERRELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 306.13

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1166 Nonpriority creditor's name and mailing address**

MARILYN SAEGERT MEINKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1167 Nonpriority creditor's name and mailing address**

MARION HUGHES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1168 Nonpriority creditor's name and mailing address**

Marions Shell and Service Station

333 E Austin St

Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 4,406.53

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1169 Nonpriority creditor's name and mailing address**

MARJORIE GOINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 82.88

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1170 Nonpriority creditor's name and mailing address**

MARK A BURROUGHS

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1171 Nonpriority creditor's name and mailing address**

MARK A. HIPPLER STACY L. HIPPLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1172** **Nonpriority creditor's name and mailing address**
MARK A. JAEHNE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 683.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1173** **Nonpriority creditor's name and mailing address**
MARK ALAN GADDY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 212.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1174** **Nonpriority creditor's name and mailing address**
MARK ALAN SCHATTE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1175** **Nonpriority creditor's name and mailing address**
MARK AND CINDY ALBERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1176** **Nonpriority creditor's name and mailing address**
MARK AND DELLA HARRIS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 22.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1177** **Nonpriority creditor's name and mailing address**

MARK ARLDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 158.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1178** **Nonpriority creditor's name and mailing address**

MARK BLAUGRUND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1179** **Nonpriority creditor's name and mailing address**

MARK COUCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,667.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1180** **Nonpriority creditor's name and mailing address**

MARK JAEHNE, TRUSTEE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 281.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1181** **Nonpriority creditor's name and mailing address**

MARK JONES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 74.59

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1182 Nonpriority creditor's name and mailing address**

MARK KNAPP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1183 Nonpriority creditor's name and mailing address**

MARK L. SHIDLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 40.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1184 Nonpriority creditor's name and mailing address**

MARK LOEFFLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1185 Nonpriority creditor's name and mailing address**

MARK MECKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17.49

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1186 Nonpriority creditor's name and mailing address**

MARK ROACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1187** **Nonpriority creditor's name and mailing address**

MARK SANTELLA DENISE SANTELLA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1188** **Nonpriority creditor's name and mailing address**

MARK WACHSMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1189** **Nonpriority creditor's name and mailing address**

MARK WAYNE MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1190** **Nonpriority creditor's name and mailing address**

MARLENE MELCHER PICKETT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 57.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1191** **Nonpriority creditor's name and mailing address**

MARROW HARRISON INTERESTS, LLC

1705 S. CAPITAL OF TEXAS HWY. SUITE 125

AUSTIN, TX 78746

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 104.52

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1192 Nonpriority creditor's name and mailing address**

MARSHALL L. EASLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1193 Nonpriority creditor's name and mailing address**

MARSHALL MONROE STEGLICH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8,083.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1194 Nonpriority creditor's name and mailing address**

MARTEX ENERGY CORP.

PO BOX 6332

CORPUS CHRISTIE, TX 78466

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 603.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1195 Nonpriority creditor's name and mailing address**

MARTHA ELIZONDO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1196 Nonpriority creditor's name and mailing address**

MARTHA GONZALES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 389.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1197 **Nonpriority creditor's name and mailing address**

MARTHA LORENZ LIVING TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1198 **Nonpriority creditor's name and mailing address**

MARTHA LOUISE BARNES C/O C BARNES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1199 **Nonpriority creditor's name and mailing address**

MARTHA M LORENZ AS HER SEPARATE PROPERTY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1200 **Nonpriority creditor's name and mailing address**

MARTHA M RENY TRUST c/o MICHELLE WRIGHT,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1201 **Nonpriority creditor's name and mailing address**

MARTIN & FLORENCE WERCHAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,856.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1202 **Nonpriority creditor's name and mailing address**

MARTIN SCHAUTSCHICK, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 706.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1203 **Nonpriority creditor's name and mailing address**

MARTIN STEGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1204 **Nonpriority creditor's name and mailing address**

MARTY ELEN SCHUELER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 710.40

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1205 **Nonpriority creditor's name and mailing address**

MARTY LINDNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 363.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1206 **Nonpriority creditor's name and mailing address**

MARTY PAUL FREY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 9,001.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1207 **Nonpriority creditor's name and mailing address**

MARVIN JOSEPH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1208 **Nonpriority creditor's name and mailing address**

MARVIN LUNSFORD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 236.43

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1209 **Nonpriority creditor's name and mailing address**

MARVIN STANDEFER JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1210 **Nonpriority creditor's name and mailing address**

MARVIN W. RICHTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 212.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1211 **Nonpriority creditor's name and mailing address**

MARVIN WILT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1212 **Nonpriority creditor's name and mailing address**
MARY ANN & DAVID BORDOVSKY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 532.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1213 **Nonpriority creditor's name and mailing address**
MARY ANN ALBERS BERNHARD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1214 **Nonpriority creditor's name and mailing address**
MARY ANN MCCOMBS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 183.80

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1215 **Nonpriority creditor's name and mailing address**
MARY ANN WARD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1216 **Nonpriority creditor's name and mailing address**
MARY ANN ZOCH HORN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 686.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1217 Nonpriority creditor's name and mailing address**

MARY B. MITCHELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 31.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1218 Nonpriority creditor's name and mailing address**

MARY BETH FISCHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 321.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1219 Nonpriority creditor's name and mailing address**

MARY COLLINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1220 Nonpriority creditor's name and mailing address**

MARY ELLEN MELTON MYERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1221 Nonpriority creditor's name and mailing address**

MARY FRANCES DIPIAZZA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 590.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1222 **Nonpriority creditor's name and mailing address**
MARY JORDAN RUPPE-HAWKINS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 576.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1223 **Nonpriority creditor's name and mailing address**
MARY KATHRYN LOFTIN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1224 **Nonpriority creditor's name and mailing address**
MARY L. PEARCE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1225 **Nonpriority creditor's name and mailing address**
MARY LOUISE BAKER BREWER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2.55

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1226 **Nonpriority creditor's name and mailing address**
MARY MUTSCHINK
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5.88

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1227 Nonpriority creditor's name and mailing address**

MARY POSAS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 258.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1228 Nonpriority creditor's name and mailing address**

MATAGORDA B1, LP

PO BOX 732292

DALLAS, TX 75373-2292

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 270.89

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1229 Nonpriority creditor's name and mailing address**

MATHEW KOYM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5.88

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1230 Nonpriority creditor's name and mailing address**

Matt Grasha

PO Box 8523

Midland, TX 79709

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 13,000.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1231 Nonpriority creditor's name and mailing address**

MATTHEW & BRANDY MUELLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 332.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (*if known*) 26-80089

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1232 Nonpriority creditor's name and mailing address**

MAURICE STRICKER & ANNIE MELLO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1233 Nonpriority creditor's name and mailing address**

Maverick Sales Co

221 US Highway 281

Wichita Falls, TX 76310

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 4,400.43

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1234 Nonpriority creditor's name and mailing address**

MAX E. KELLEY FAMILY TRUST MARGARET G. K

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1235 Nonpriority creditor's name and mailing address**

MAXWELL OIL & GAS CORP.

P.O. BOX 531

KILGORE, TX 75663

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1236 Nonpriority creditor's name and mailing address**

MBR RESOURCES LLC

1015 EAST TRI OAKS LANE APT 20

HOUSTON, TX 77043

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1237 **Nonpriority creditor's name and mailing address**
MCCOMBS ENERGY LLC
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1238 **Nonpriority creditor's name and mailing address**
McElroy Sullivan Miller & Weber LLP
500 W 5th Street
Austin, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 223,610.94

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1239 **Nonpriority creditor's name and mailing address**
MCM ROYALTIES, LLC
301 E. WALL ST.
MIDLAND, TX 79701

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12,698.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1240 **Nonpriority creditor's name and mailing address**
Megan Stephens
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 867.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1241 **Nonpriority creditor's name and mailing address**
MEKUSUKEY OIL COMPANY, LLC
PO BOX 816
WEWOKA, OK 74884-0816

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,188.55

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1242 **Nonpriority creditor's name and mailing address**
MELANIE RACHEL KAIL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,076.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1243 **Nonpriority creditor's name and mailing address**
MELINDA JONES LITTLE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 288.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1244 **Nonpriority creditor's name and mailing address**
MELISSA CAMPBELL REVOCABLE TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 211.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1245 **Nonpriority creditor's name and mailing address**
MELISSA L. FALKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,275.09

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1246 **Nonpriority creditor's name and mailing address**
MELISSA LEHMANN PINTER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,014.37

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1247 **Nonpriority creditor's name and mailing address**

MELISSA R. GOLDSMITH FAO MELISSA GOLDSMI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1248 **Nonpriority creditor's name and mailing address**

MENDELL MANAGEMENT TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1249 **Nonpriority creditor's name and mailing address**

MERRILL B. SCHOR TRUST JANET SCHOR, CO-T

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1250 **Nonpriority creditor's name and mailing address**

METCALFE MINERALS LP MAYNARD F EWTON III

PO BOX 670069

DALLAS, TX 75367

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1251 **Nonpriority creditor's name and mailing address**

METCALFE MINERALS, L.P.

PO BOX 8049

RANCHO SANTA FE, CA 92067

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 251.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1252 **Nonpriority creditor's name and mailing address**
MEUTH BROTHERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1253 **Nonpriority creditor's name and mailing address**
Meuth Custom Services LLC
820 FM 2104
Smithville, TX 78957

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,200.94

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1254 **Nonpriority creditor's name and mailing address**
MICHAEL & JANE DALTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1255 **Nonpriority creditor's name and mailing address**
MICHAEL A. BOTTIGLIERI LISA M. BOTTIGLIE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1256 **Nonpriority creditor's name and mailing address**
MICHAEL BLAKE DEBAULT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,854.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1257 **Nonpriority creditor's name and mailing address**

MICHAEL DALLMEYER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1258 **Nonpriority creditor's name and mailing address**

MICHAEL DON CHESNUT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1259 **Nonpriority creditor's name and mailing address**

MICHAEL DWORACZYK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 704.29

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1260 **Nonpriority creditor's name and mailing address**

MICHAEL E. SUMMERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 767.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1261 **Nonpriority creditor's name and mailing address**

MICHAEL FREEZY FROST FAMILY TRUST C/O SA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1262 Nonpriority creditor's name and mailing address**

MICHAEL H. RICHTER, TRUSTEE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$3,641.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1263 Nonpriority creditor's name and mailing address**

MICHAEL J. MATHIEU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$152.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1264 Nonpriority creditor's name and mailing address**

MICHAEL P CODY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1265 Nonpriority creditor's name and mailing address**

MICHAEL SEAN STUERMER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$1,292.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1266 Nonpriority creditor's name and mailing address**

MICHELE A. BLANK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$1,657.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1267** **Nonpriority creditor's name and mailing address**
MICHELLE L. MERKA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 420.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1268** **Nonpriority creditor's name and mailing address**
MICHELLE LEIGH STUERMER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,263.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1269** **Nonpriority creditor's name and mailing address**
MICKEY D. SMITH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1270** **Nonpriority creditor's name and mailing address**
MID LAVACA ENERGY COMPANY
PO BOX 202650
AUSTIN, TX 78720-2650

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,861.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1271** **Nonpriority creditor's name and mailing address**
MIKE HARVEY OIL & GAS
PO BOX 750
CORPUS CHRISTI, TX 78403

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1272 Nonpriority creditor's name and mailing address**

MIKE JIMENEZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1.83

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1273 Nonpriority creditor's name and mailing address**

MIKE MURDOCK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1274 Nonpriority creditor's name and mailing address**

MIKE SALIM

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1275 Nonpriority creditor's name and mailing address**

MILAGRO RESOURCES C/O DAVID A. EYLER

415 W. WALL STREET STE., 1118

MIDLAND, TX 79702-4439

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1276 Nonpriority creditor's name and mailing address**

MILDRED IDA DARSEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1277 Nonpriority creditor's name and mailing address**

MILDRED M. FRANKS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1278 Nonpriority creditor's name and mailing address**

MILDRED PERRY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 470.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1279 Nonpriority creditor's name and mailing address**

MILLER AND LENTS, LTD TWO HOUSTON CENTER
909 FANNIN STREET, SUITE 1300
HOUSTON, TX 77010

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1280 Nonpriority creditor's name and mailing address**

MILNER KIRKHART INVESTMENTS, LLC
2790 CR 208
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 108.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1281 Nonpriority creditor's name and mailing address**

MILO CHOATE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1282 **Nonpriority creditor's name and mailing address**

MILTON C. PETZOLD ESTATE CHRISTINE PETZO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1283 **Nonpriority creditor's name and mailing address**

MILTON C. PETZOLD OR LILLIAN MILDRED PET

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1284 **Nonpriority creditor's name and mailing address**

MILTON KASPER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 498.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1285 **Nonpriority creditor's name and mailing address**

MILTON NICOL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 100.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1286 **Nonpriority creditor's name and mailing address**

MINDORO FAMILY OIL

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1287 **Nonpriority creditor's name and mailing address**

MINNIE N. SCHULZE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1288 **Nonpriority creditor's name and mailing address**

MIRAMAR EAGLEBINE LLC
4143 MAPLE AVENUE
SUITE 300
DALLAS, TX 75219

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1289 **Nonpriority creditor's name and mailing address**

MIRANDA WOLIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1290 **Nonpriority creditor's name and mailing address**

MIRIAM SUNDRAM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1291 **Nonpriority creditor's name and mailing address**

MIT GROUP, INC

4005 NW EXPRESSWAY SUITE 350
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1292 **Nonpriority creditor's name and mailing address**

MITCHELL A. GREGORY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1293 **Nonpriority creditor's name and mailing address**

MITCHELL K. COHEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1294 **Nonpriority creditor's name and mailing address**

MKS Services LLC

6389 US-79 N

Palestine, TX 75801

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 92,964.20

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1295 **Nonpriority creditor's name and mailing address**

MOLLIE A. DAVIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 206.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1296 **Nonpriority creditor's name and mailing address**

MONTGOMERY PETROLEUM, INC

4925 GREENVILLE AVE, SUITE 915

DALLAS, TX 75206

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1297 Nonpriority creditor's name and mailing address**

MORGAN PETROLEUM TESTERS, INC.
PO BOX 1006
GIDDINGS, TX 78742

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1298 Nonpriority creditor's name and mailing address**

MORRIS JEROME STIMSON GST EXEM MORRIS JE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1299 Nonpriority creditor's name and mailing address**

MOSBACHER 1987C CORP.
PO BOX 301261
DALLAS, TX 75303-1678

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 52.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1300 Nonpriority creditor's name and mailing address**

MOSBACHER ENERGY COMPANY
712 MAIN STREET SUITE 2200
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 99.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1301 Nonpriority creditor's name and mailing address**

MOSBACHER USA, INC.
PO BOX 301261
DALLAS, TX 75303-1261

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 104.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1302** **Nonpriority creditor's name and mailing address**

MR. WAYNE MARQUIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1303** **Nonpriority creditor's name and mailing address**

MURFF F BLEDSOE III

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1304** **Nonpriority creditor's name and mailing address**

N. S. MARROW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1305** **Nonpriority creditor's name and mailing address**

NADINE CHRISTIANSEN WILLIAM CHRISTIANSEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1306** **Nonpriority creditor's name and mailing address**

NAKUNZ FAMILY TRUST ROBERTA NAKUNZ, TRUS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1307 **Nonpriority creditor's name and mailing address**

NANCY K. COOK FALK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 46,900.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1308 **Nonpriority creditor's name and mailing address**

NANCY LEE HAMILTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1309 **Nonpriority creditor's name and mailing address**

NANCY MAE SCHAUTSCHICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1310 **Nonpriority creditor's name and mailing address**

NANCY MORGAN BAGNOLI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1311 **Nonpriority creditor's name and mailing address**

NANCY RAE STEGLICH TRIPP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 333.92

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1312 Nonpriority creditor's name and mailing address**

Natale Rea

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Affiliate Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1313 Nonpriority creditor's name and mailing address**

NATHAN PESCHKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1314 Nonpriority creditor's name and mailing address**

Navarro Well Service LLC

120 E Bell Ave

Rockdale, TX 76567

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 33,627.87

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1315 Nonpriority creditor's name and mailing address**

NEAL VAN WINGERDEN C/O CORNELIS VAN WING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1316 Nonpriority creditor's name and mailing address**

NED FOWLER ENTERPRISE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1317 Nonpriority creditor's name and mailing address**

NED L. CONLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 5,274.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1318 Nonpriority creditor's name and mailing address**

NEIL T. HARDEBECK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11.65

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1319 Nonpriority creditor's name and mailing address**

NELLA MONTGOMERY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 918.86

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1320 Nonpriority creditor's name and mailing address**

NELSON ROACH

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1321 Nonpriority creditor's name and mailing address**

NENA LANDERS MCSPADDEN KIMBERLY

ENGLER,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1322 **Nonpriority creditor's name and mailing address**
NET TX GEN. PRTNRSHP C/O MINERAL ACQUISI
PO Box 269100
OKC, OK 73126-9100

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1323 **Nonpriority creditor's name and mailing address**
NEWSOM FAMILY TRUST BI NEWSOM PMB 274
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1324 **Nonpriority creditor's name and mailing address**
NICHOLAS L HINZE & KARLA S HINZE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1325 **Nonpriority creditor's name and mailing address**
NICHOLAS R. WYNN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 818.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1326 **Nonpriority creditor's name and mailing address**
NICHOLAS WAYNE PICKETT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 184.08

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1327 Nonpriority creditor's name and mailing address**
NICHOLAS WEATHERSTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 216.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1328 Nonpriority creditor's name and mailing address**
NICKY S MOORE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,569.77

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1329 Nonpriority creditor's name and mailing address**
Nicky Sue Moore Trust Dated May 28,2025
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1330 Nonpriority creditor's name and mailing address**
NINK REVOCABLE TRUST CARL EDWARD NINK, T
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1331 Nonpriority creditor's name and mailing address**
NISEI OIL & GAS ATTN: MARSHALL M. WARREN
6615 BLUFFVIEW DR
FRISCO, TX 75034

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1332 Nonpriority creditor's name and mailing address**

NOACK FAMILY PARTNERSHIP LTD
116 E BELL
ROCKDALE, TX 76567

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 43,139.80

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1333 Nonpriority creditor's name and mailing address**

NOACK OIL CO LLC
120 E BELL
ROCKDALE, TX 76567

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 45,837.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1334 Nonpriority creditor's name and mailing address**

NOBELSON OPERATING INC
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1335 Nonpriority creditor's name and mailing address**

NOBLE-ROYALTIES, INC. DBA BROWN-DRAKE RO
PO BOX 660082
DALLAS, TX 75266-0082

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1336 Nonpriority creditor's name and mailing address**

NORBERT GROESCHEL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1337 Nonpriority creditor's name and mailing address**

NORMA LEE MORRISON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1338 Nonpriority creditor's name and mailing address**

NORMAN F. SCHULTZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 672.47

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1339 Nonpriority creditor's name and mailing address**

NORMAN H ANDREASEN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1340 Nonpriority creditor's name and mailing address**

NORMAN KUHL

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1341 Nonpriority creditor's name and mailing address**

NORMAN PETERSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 690.03

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1342 Nonpriority creditor's name and mailing address**

NORMAN SCHULTZ AND WIFE, LORALI SCHULTZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1343 Nonpriority creditor's name and mailing address**

NORMAN SCOTT FITZGERALD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,449.29

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1344 Nonpriority creditor's name and mailing address**

NORTHBELT LLC

PO BOX 6133

HICKSVILLE, NY 11802-6133

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1345 Nonpriority creditor's name and mailing address**

NOVA HUBACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1346 Nonpriority creditor's name and mailing address**

Novak Diesel Services LLC

711 TX-111 N

Edna, TX 76044

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 68,276.28

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1347 **Nonpriority creditor's name and mailing address**

NRF USA INC.
9200 WESTON RD.
P.O. BOX 92030
VAUGHAN TX L4H-3-J3

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1348 **Nonpriority creditor's name and mailing address**

O&G INVESTMENTS, INC. C/O FREDERICK BOWM
8235 DOUGLAS AVE., STE 300, LB 60
DALLAS, TX 75225

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1349 **Nonpriority creditor's name and mailing address**

OASIS OPERATING
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 81.83

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1350 **Nonpriority creditor's name and mailing address**

OCEAN ENERGY, INC. - REVENUE
P.O. BOX 4970
HOUSTON, TX 77210

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11,498.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1351 **Nonpriority creditor's name and mailing address**

OLEFIA SAEGERT C/O MRS. ANNETTE SAEGERT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1352 Nonpriority creditor's name and mailing address**

OLIVER REINHART SUE ELLA TRANT REINHART

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1353 Nonpriority creditor's name and mailing address**

OLIVIA T. LEWIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,318.55

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1354 Nonpriority creditor's name and mailing address**

OMI-PLUS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1355 Nonpriority creditor's name and mailing address**

ONEMAP MINERAL PARTNERS NO 1 LLC

110 N. COLLLEGE AVENUE, SUITE 200

TYLER, TX 75702

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1356 Nonpriority creditor's name and mailing address**

ORBIS ENERGY, LTD.

901 S MOPAC EXPY.

BARTON OAKS PLAZA I, STE. 435

AUSTIN, TX 78746

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1357 Nonpriority creditor's name and mailing address**

ORBIT RESOURCES CORPORATION
P.O. BOX 17831
RENO, NV 89511

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1358 Nonpriority creditor's name and mailing address**

OREL C SMITH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1359 Nonpriority creditor's name and mailing address**

OSAGE PARTNERS, LLC
PO BOX 250
OSAGE, WY 82723

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1360 Nonpriority creditor's name and mailing address**

OSCAR MARQUEZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1361 Nonpriority creditor's name and mailing address**

OTTO E BECKER & JANICE M BECKER
1047 PR 2092
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1362 **Nonpriority creditor's name and mailing address**

OTTO GLONA, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 229.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1363 **Nonpriority creditor's name and mailing address**

Owen Oil Tools Inc

12001 County Road 1000

Godley, TX 76044

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 15,948.86

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1364 **Nonpriority creditor's name and mailing address**

OXY USA INC 03

P O BOX 27570

HOUSTON, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1365 **Nonpriority creditor's name and mailing address**

P Bates Law PLLC

711 W Bay Area Boulevard

Webster, TX 77598

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,029.50

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1366 **Nonpriority creditor's name and mailing address**

P.R. OWENS, INC.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,066.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1367 Nonpriority creditor's name and mailing address**

P2 ENERGY SOLUTIONS P2ES HOLDINGS, LLC 2

PO BOX 912692

DENVER, CO 80291-2692

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1368 Nonpriority creditor's name and mailing address**

PAMELA ALBRECHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1369 Nonpriority creditor's name and mailing address**

PAMELA BLAU DAVID BLAU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1370 Nonpriority creditor's name and mailing address**

PAMELA HAMILTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1371 Nonpriority creditor's name and mailing address**

PAMELA SUMMERS PARKS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 747.48

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1372 Nonpriority creditor's name and mailing address**

PARSON PETROLEUM, LLC

PO BOX 163203

AUSTIN, TX 78716-3206

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$109.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1373 Nonpriority creditor's name and mailing address**

PAT MORGISON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1374 Nonpriority creditor's name and mailing address**

PATHFINDER/LL&D

P.O. BOX 441587

HOUSTON, TX 77244-1587

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1375 Nonpriority creditor's name and mailing address**

PATRICIA ANN MELTON MOORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$3.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1376 Nonpriority creditor's name and mailing address**

PATRICIA DEANN NUNZIANTE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1377 **Nonpriority creditor's name and mailing address**
PATRICIA E REVELLE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 125.22

3.1378 **Nonpriority creditor's name and mailing address**
PATRICIA G. GARNER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ Unknown

3.1379 **Nonpriority creditor's name and mailing address**
PATRICIA HOFFMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 23.97

3.1380 **Nonpriority creditor's name and mailing address**
PATRICIA J. COLE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ Unknown

3.1381 **Nonpriority creditor's name and mailing address**
PATRICIA MARKERT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ Unknown

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1382 **Nonpriority creditor's name and mailing address**
PATRICK HERN KATHRYN M. HERN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1383 **Nonpriority creditor's name and mailing address**
PATRICK J. RUPPE ESTATE MARY JORDAN RUPP
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1384 **Nonpriority creditor's name and mailing address**
PATRICK KEEL, MEDIATOR-ARBITRATOR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1385 **Nonpriority creditor's name and mailing address**
PATRICK MCWILLIAMS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,049.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1386 **Nonpriority creditor's name and mailing address**
PATRICK WYNN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 818.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1387 **Nonpriority creditor's name and mailing address**
PATSY LYNN TRANT LANGFORD SOLE &
SEPARAT
14101 FM 244
IOLA, TX 77861-4093

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1388 **Nonpriority creditor's name and mailing address**
PATSY TRIGG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,599.57

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1389 **Nonpriority creditor's name and mailing address**
PAUL ALVIN ALBERS SCHULTZ
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 193.87

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1390 **Nonpriority creditor's name and mailing address**
PAUL BOATRIGHT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1391 **Nonpriority creditor's name and mailing address**
PAUL C. BUTLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1392 **Nonpriority creditor's name and mailing address**

PAUL DUANE MEINKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 11.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1393 **Nonpriority creditor's name and mailing address**

PAUL E. ALBRECHT, SR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 42.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1394 **Nonpriority creditor's name and mailing address**

Paul Fischer

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 23.12

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1395 **Nonpriority creditor's name and mailing address**

PAULA BROTHERS THOMPSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1396 **Nonpriority creditor's name and mailing address**

PAULA DILLARD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1397 **Nonpriority creditor's name and mailing address**

PAWD'S ROUSTABOUT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1398 **Nonpriority creditor's name and mailing address**

PBEX, LLC

223 WEST WALL STREET SUITE 900

MIDLAND, TX

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1399 **Nonpriority creditor's name and mailing address**

PCS FERGUSON, INC.

3771 EUREKA WAY

FREDERICK, CO 80516

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1400 **Nonpriority creditor's name and mailing address**

PEARLIE MAE THOMAS

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 39.83

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1401 **Nonpriority creditor's name and mailing address**

PECOS BEND ROYALTIES, LLLP

PO BOX 2802

MIDLAND, TX 79702

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 146.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1402 Nonpriority creditor's name and mailing address**

PEGGY ANN COOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 224,226.01

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1403 Nonpriority creditor's name and mailing address**

PEGGY STEGLICH NOLES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 38.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1404 Nonpriority creditor's name and mailing address**

PENNY J. WINTERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1405 Nonpriority creditor's name and mailing address**

PENWELL LYMAN, LTD.

3838 OAK LAWN, SUITE 1216

DALLAS, TX 75219

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1406 Nonpriority creditor's name and mailing address**

PERCY GENTLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 650.51

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1407 Nonpriority creditor's name and mailing address**

PETE MACHOTKA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 723.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1408 Nonpriority creditor's name and mailing address**

PETECH ENTERPRISES, INC

5707 SPANISH OAK DR

HOUSTON, TX 77066

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1409 Nonpriority creditor's name and mailing address**

PETER L PESOLI

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1410 Nonpriority creditor's name and mailing address**

PETER R MAUPIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,484.89

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1411 Nonpriority creditor's name and mailing address**

PETER REDFERN

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 12.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1412 **Nonpriority creditor's name and mailing address**
PETER TESCHNER
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1413 **Nonpriority creditor's name and mailing address**
PETROHAWK PROPERTIES, LP
PO BOX 202854
DALLAS, TX 75320-2854

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1414 **Nonpriority creditor's name and mailing address**
PHIL DAKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1415 **Nonpriority creditor's name and mailing address**
PHILIP BUKER TRUST PATRICIA REVELLE - TR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1416 **Nonpriority creditor's name and mailing address**
PHILIP LOCKE
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17.49

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1417 **Nonpriority creditor's name and mailing address**

PHILIP R. BUKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1418 **Nonpriority creditor's name and mailing address**

PHILLIP & MARGARET STOVALL MNGMT TRUST
M

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1419 **Nonpriority creditor's name and mailing address**

PHILLIP GORDON BROWN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1420 **Nonpriority creditor's name and mailing address**

PHYL C. MEANY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1421 **Nonpriority creditor's name and mailing address**

PHYLLIS DOHERTY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,513.13

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1422 Nonpriority creditor's name and mailing address**

PIETSCH 'MARILYN L ROYCE PIETSCH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1423 Nonpriority creditor's name and mailing address**

PINEAPPLE HOLDINGS, LLC

PO BOX 1027

FULSHEAR, TX 77441

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,817.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1424 Nonpriority creditor's name and mailing address**

PIONEER NATURAL RESOURCES USA

PO BOX 840835

DALLAS, TX 75284-0835

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1425 Nonpriority creditor's name and mailing address**

PJ SMALLWOOD C/O SUSAN WRIGHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1426 Nonpriority creditor's name and mailing address**

PLAN ADMINISTRATORS, INC.

1300 ENTERPRISE DRIVE

DE PERE, WI 54115

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1427 Nonpriority creditor's name and mailing address**

PLIC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1428 Nonpriority creditor's name and mailing address**

PORTIA MONBERG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,312.92

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1429 Nonpriority creditor's name and mailing address**

POSTMARK-D

9600 ESCARPMENT BLVD, SUITE 745

AUSTIN, TX 78749

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1430 Nonpriority creditor's name and mailing address**

PRE RESOURCES INC.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1431 Nonpriority creditor's name and mailing address**

Premier Systems Inc

3001 E Plano Parkway, Suite 200

Plano, TX 75074

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 147.92

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1432 **Nonpriority creditor's name and mailing address**

PRENDERGAST OG AGENCY c/o REGIONS
BANK/N
PO BOX 11566
BIRMINGHAM, AL 35202

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1433 **Nonpriority creditor's name and mailing address**

PRIME OPERATING COMPANY
9821 KATY FREEWAY, SUITE 1050
HOUSTON, TX 77024

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1434 **Nonpriority creditor's name and mailing address**

PRIORITY PIPE & SUPPLY LLC
P O BOX 30
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1435 **Nonpriority creditor's name and mailing address**

Pro-ject Chemicals, LLC
1330 Rayford Park Rd, Suite A
Spring, TX 77386

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 5,611.68

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1436 **Nonpriority creditor's name and mailing address**

PROFESSIONAL IMAGE COMMUNICATIONS
DEBBY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1437 Nonpriority creditor's name and mailing address**

PROVIDENCE MINERALS, LLC
16400 NORTH DALLAS PARKWAY, SUITE 400
DALLAS, TX 75248

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 2,443.34

**3.1438 Nonpriority creditor's name and mailing address**

Pruitt Productions Services, Inc.
PO Box 808
Giddings, TX 78942

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 3,478.68

**3.1439 Nonpriority creditor's name and mailing address**

PURCHASE POWER 8000-9090-0836-0096
PO BOX 371874
PITTSBURGH, PA 15250-7874

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.1440 Nonpriority creditor's name and mailing address**

R&N ASSOCIATES LLC
4115 HIGH SUMMIT DR - SUITE 200
DALLAS, TX 75244-6627

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.1441 Nonpriority creditor's name and mailing address**

R. HARLOW ENERGY CORP.
PO BOX 220
PROPER, TX 75078

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 6.90

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1442 Nonpriority creditor's name and mailing address**

R. MICHAEL SCHMITT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1443 Nonpriority creditor's name and mailing address**

R. PAIGE PFEIFER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1444 Nonpriority creditor's name and mailing address**

R.B. TESTERS, INC.

P O BOX 3005

ODESSA, TX 79760

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1445 Nonpriority creditor's name and mailing address**

R.B. WESTBROOK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1446 Nonpriority creditor's name and mailing address**

R.I.P. ACQUISITION CORP

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,630.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1447 **Nonpriority creditor's name and mailing address**

R.J. & LINDA NITSCHE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 6,082.19

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1448 **Nonpriority creditor's name and mailing address**

R.J. & RUTH NITSCHE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 59.57

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1449 **Nonpriority creditor's name and mailing address**

R3M USA INC.

178 TREELAWN BLVD. P.O. BOX 978

KLEINBURG TX LOJ-1-CO

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1450 **Nonpriority creditor's name and mailing address**

RACHARD HAZEL CAROLYN HAZEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1451 **Nonpriority creditor's name and mailing address**

RACHEL LYNN LANGHAM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1452 Nonpriority creditor's name and mailing address**
RACHEL M. GOFF SOLE & SEPARATE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1453 Nonpriority creditor's name and mailing address**
RACHEL MARTINEZ
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1454 Nonpriority creditor's name and mailing address**
RACHEL N FENN TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1455 Nonpriority creditor's name and mailing address**
RALF KUEHNHOEFER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1456 Nonpriority creditor's name and mailing address**
RALPH JAMES ELKINS ANDEE ANN ELKINS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1457 Nonpriority creditor's name and mailing address**

RALPH WENKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2.99

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1458 Nonpriority creditor's name and mailing address**

RANDALL DORNAK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1459 Nonpriority creditor's name and mailing address**

RANDALL MOORE & LORENE MOORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1460 Nonpriority creditor's name and mailing address**

RANDALL RAY MOERBE AS SEPARATE PROPERTY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1461 Nonpriority creditor's name and mailing address**

RANDOLPH HOLLAND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1462 Nonpriority creditor's name and mailing address**

RAY C. WISDOM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1463 Nonpriority creditor's name and mailing address**

RAY HOLIFIELD TRUST RAY HOLIFIELD TRUSTE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1464 Nonpriority creditor's name and mailing address**

RAY O. HOLMES LAND TRUST C/O SHANE LEWIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1465 Nonpriority creditor's name and mailing address**

RAYMOND EARL HOWELL SOLE & SEPARATE
PROP
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1466 Nonpriority creditor's name and mailing address**

RAYMOND L. STRAUB

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1467 Nonpriority creditor's name and mailing address**

RAYMOND MOORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1468 Nonpriority creditor's name and mailing address**

RAYWOOD EBNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1469 Nonpriority creditor's name and mailing address**

RBC TRANSPORT, INC.

PO BOX 2708

BIG SPRING, TX 79721

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1470 Nonpriority creditor's name and mailing address**

RCPTX, LTD.

777 TAYLOR STREET, SUITE 810

FORT WORTH, TX 76102

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,332.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1471 Nonpriority creditor's name and mailing address**

REA HOLDINGS INC

9200 WESTON ROAD, PO BOX 92030

VAUGHAN, ON L4H 3J3 Canada

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1472 Nonpriority creditor's name and mailing address**

READY REFRESH BY NESTLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1473 Nonpriority creditor's name and mailing address**

REBECCA CLAUSEN RAMIREZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ 692.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1474 Nonpriority creditor's name and mailing address**

REBECCA L SHERRILL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1475 Nonpriority creditor's name and mailing address**

REBECCA MEUTH RANEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ 2,734.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1476 Nonpriority creditor's name and mailing address**

Red Dog Oil Tools Inc

3100 W Oak Street

Palestine, TX 75801

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

$ 25,918.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1477 Nonpriority creditor's name and mailing address**

RED HAWK EXPLORATION, INC.
3030 LBJ FRWY, SUITE 1395
DALLAS, TX 75234

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$31.89

**3.1478 Nonpriority creditor's name and mailing address**

Redbird Solutions LLC
17350 State Highway 249, Suite 220
Houston, TX 77064

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$19,554.00

**3.1479 Nonpriority creditor's name and mailing address**

REDROCK PETROLEUM COMPANY
PO BOX 185
GRAPEVINE, TX 76099

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$104.35

**3.1480 Nonpriority creditor's name and mailing address**

REFINERY SPECIALTIES, INC.
38106 FM 3346
HEMPSTEAD, TX 77445-0577

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$Unknown

**3.1481 Nonpriority creditor's name and mailing address**

REGINA COLLINS GOTTSELIG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,961.09

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1482 Nonpriority creditor's name and mailing address**

RENE KREITZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 317.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1483 Nonpriority creditor's name and mailing address**

RENEGADE HOLDINGS, LLC ATTN: REVENUE ACC
100 SAINT PAUL STREET, SUITE 305
DENVER, CO 80206

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1484 Nonpriority creditor's name and mailing address**

RENTAL SOLUTIONS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1485 Nonpriority creditor's name and mailing address**

REPUBLIC PRODUCTION, L. P.

PO BOX 141356
DALLAS, TX 75214-1356

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,394.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1486 Nonpriority creditor's name and mailing address**

Republic Truck & Trailer LLC

698 W Hempstead St
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 4,402.19

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1487 Nonpriority creditor's name and mailing address**

RETTIE E. LEHMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1488 Nonpriority creditor's name and mailing address**

REYES GONZALES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 241.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1489 Nonpriority creditor's name and mailing address**

RGR PRODUCTION

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1490 Nonpriority creditor's name and mailing address**

RHANAE H. ZILLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 397.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1491 Nonpriority creditor's name and mailing address**

RICHARD ALAN BROWN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1492 **Nonpriority creditor's name and mailing address**
RICHARD BRYON
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1493 **Nonpriority creditor's name and mailing address**
RICHARD DOUGLAS ELDER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1494 **Nonpriority creditor's name and mailing address**
RICHARD E. WEINBERG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,496.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1495 **Nonpriority creditor's name and mailing address**
RICHARD FERRARIS
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1496 **Nonpriority creditor's name and mailing address**
RICHARD FLOECK
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1497 Nonpriority creditor's name and mailing address**

RICHARD H. SWEANEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 7.44

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1498 Nonpriority creditor's name and mailing address**

RICHARD HOLT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1499 Nonpriority creditor's name and mailing address**

RICHARD J. KNIPP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1500 Nonpriority creditor's name and mailing address**

RICHARD NEAL HOWELL SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1501 Nonpriority creditor's name and mailing address**

RICHARD RICHTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1502 Nonpriority creditor's name and mailing address**

RICHARD S MILLER

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1503 Nonpriority creditor's name and mailing address**

Richard's Hot Oil & Lease Service

2267 US-77 N

Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 8,421.85

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1504 Nonpriority creditor's name and mailing address**

RICKY SCHUELER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 810.10

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1505 Nonpriority creditor's name and mailing address**

RILEY EXPLORATION GROUP, INC

2008 N COUNCIL

BLANCHARD, OK 73010

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1506 Nonpriority creditor's name and mailing address**

RISING 7 LOGISTICS, LLC

PO BOX 69892

ODESSA, TX 79769

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1507 Nonpriority creditor's name and mailing address**

RITA KOLODZIEJ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1508 Nonpriority creditor's name and mailing address**

RLK RESOURCES INC.

285 CREEKWOOD

LANCASTER, TX 75146-3403

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1509 Nonpriority creditor's name and mailing address**

ROBBIE MOORE SANDERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 389.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1510 Nonpriority creditor's name and mailing address**

ROBERT "BOBBY" NAMKEN, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1511 Nonpriority creditor's name and mailing address**

ROBERT A. MARTENS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1512** **Nonpriority creditor's name and mailing address**

ROBERT ALBRECHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 14.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1513** **Nonpriority creditor's name and mailing address**

ROBERT C. WILLIAMSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 169.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1514** **Nonpriority creditor's name and mailing address**

ROBERT CARMEAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17.43

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1515** **Nonpriority creditor's name and mailing address**

ROBERT CARPENTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,350.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1516** **Nonpriority creditor's name and mailing address**

ROBERT D. HISSOM TRUST C/O TAMRA HISSOM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1517 Nonpriority creditor's name and mailing address**

ROBERT D. JONES BEVERLY JONES

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1518 Nonpriority creditor's name and mailing address**

ROBERT DROEMER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,813.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1519 Nonpriority creditor's name and mailing address**

ROBERT E. KEEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 142.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1520 Nonpriority creditor's name and mailing address**

ROBERT E. SARAFAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1521 Nonpriority creditor's name and mailing address**

ROBERT L. DOW, JR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 43.73

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1522 Nonpriority creditor's name and mailing address**

ROBERT M. LEHMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 17.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1523 Nonpriority creditor's name and mailing address**

ROBERT M. TRANT, JR. SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1524 Nonpriority creditor's name and mailing address**

ROBERT NELSON

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1525 Nonpriority creditor's name and mailing address**

ROBERT P. PALMQUIST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1526 Nonpriority creditor's name and mailing address**

ROBERT RYAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 94.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1527 **Nonpriority creditor's name and mailing address**
ROBERT S MARVIN TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 513.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1528 **Nonpriority creditor's name and mailing address**
ROBERT SKELTON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1529 **Nonpriority creditor's name and mailing address**
ROBERT TODD GRAVES CPA, PLLC
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1530 **Nonpriority creditor's name and mailing address**
ROBERT W. BUEHLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 3,607.16

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1531 **Nonpriority creditor's name and mailing address**
ROBERT WATSON, INC.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 303.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1532 Nonpriority creditor's name and mailing address**

ROBERT WEAVER

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1533 Nonpriority creditor's name and mailing address**

ROBERT WINE C/O RLW INC.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1534 Nonpriority creditor's name and mailing address**

ROBIN LENORE JERVIS ZAPALAC SOLE & SEPAR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1535 Nonpriority creditor's name and mailing address**

ROBIN TRANT JOHNSON SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1536 Nonpriority creditor's name and mailing address**

ROBYN LOCKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17.49

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1537 Nonpriority creditor's name and mailing address**

ROCCO PUGLIESE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1538 Nonpriority creditor's name and mailing address**

ROCHELLE K. SCHATTE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1539 Nonpriority creditor's name and mailing address**

ROCKFORD PRODUCTION COMPANY

PO BOX 731657

DALLAS, TX 75373-1657

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,371.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1540 Nonpriority creditor's name and mailing address**

ROCKN B LAND CO., LLC

553 BAVERTON LN.

HASLET, TX 76052

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 358.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1541 Nonpriority creditor's name and mailing address**

ROCKWATER ENERGY SOLUTIONS

PO BOX 203187 DEPT. 18703

DALLAS, TX 75320

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1542 Nonpriority creditor's name and mailing address**

ROCKY SCHAUTSCHICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 83.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1543 Nonpriority creditor's name and mailing address**

RODGER G. MCLANE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 56.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1544 Nonpriority creditor's name and mailing address**

RODNEY COLLINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,202.89

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1545 Nonpriority creditor's name and mailing address**

RODOLFO MARTIN ACOSTA-TRANT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1546 Nonpriority creditor's name and mailing address**

ROGER A. PALLAMOLLO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 590.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1547** **Nonpriority creditor's name and mailing address**

ROGER CIAPARA PHILIP JOHNSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1548** **Nonpriority creditor's name and mailing address**

ROGER L KLEIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1549** **Nonpriority creditor's name and mailing address**

ROGER PA & LERAYNE SCHULTZ TR

DECLARATIO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1550** **Nonpriority creditor's name and mailing address**

ROGER WILLIAM ROITSCH, GST EXEMPT TRUST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 90.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1551** **Nonpriority creditor's name and mailing address**

ROLF K. LEUTWYLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 112.37

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1552 **Nonpriority creditor's name and mailing address**
ROMAN LEE TRANT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1553 **Nonpriority creditor's name and mailing address**
ROMOCO RESOURCES INC.
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 121.77

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1554 **Nonpriority creditor's name and mailing address**
RON BILLINGSLEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1555 **Nonpriority creditor's name and mailing address**
RON C HERZOG AND RUBY A HERZOG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1556 **Nonpriority creditor's name and mailing address**
RONALD BENJAMIN MORGAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1557 **Nonpriority creditor's name and mailing address**
RONALD DALE BLASIG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 3,427.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1558 **Nonpriority creditor's name and mailing address**
RONALD F. PLACKEMEIER TRUSTEE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1559 **Nonpriority creditor's name and mailing address**
RONALD GOODALE C/O ROLAND BRAZIER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1560 **Nonpriority creditor's name and mailing address**
RONALD J NAIL REVOCABLE TRUST JP MORGAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1561 **Nonpriority creditor's name and mailing address**
RONALD L MOORE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1562 **Nonpriority creditor's name and mailing address**
RONALD M. PETZOLD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 17,302.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1563 **Nonpriority creditor's name and mailing address**
RONALD O. HOLMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 527.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1564 **Nonpriority creditor's name and mailing address**
RONALD PESCHKE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 359.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1565 **Nonpriority creditor's name and mailing address**
RONALD R. CATHEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 355.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1566 **Nonpriority creditor's name and mailing address**
Ronna Dee Britton, Trustee of the Ronna
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1567 Nonpriority creditor's name and mailing address**

RONNIE ISELT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 17.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1568 Nonpriority creditor's name and mailing address**

ROSA GONZALES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,367.71

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1569 Nonpriority creditor's name and mailing address**

ROSA J. LEHMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 26,946.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1570 Nonpriority creditor's name and mailing address**

ROSAS HUGIN, PLLC

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1571 Nonpriority creditor's name and mailing address**

Rosas PLLC

215 W. Bandera Road, Suite 114-412

Boerne, TX 78005

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 69,625.65

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1572 Nonpriority creditor's name and mailing address**

ROSEMARY MAHONEY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 3,375.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1573 Nonpriority creditor's name and mailing address**

ROSEMARY MEUTH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1574 Nonpriority creditor's name and mailing address**

ROSS C. POWELL SOLE & SEPARATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1575 Nonpriority creditor's name and mailing address**

ROSS T. DUNGAN JOSEPHINE DUNGAN LIVING T

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1576 Nonpriority creditor's name and mailing address**

ROSS THOMPSON GROESCHEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 791.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1577 Nonpriority creditor's name and mailing address**

ROY GEORGE WEISE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 257.75

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1578 Nonpriority creditor's name and mailing address**

ROY KELLY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1579 Nonpriority creditor's name and mailing address**

ROY MARKERT

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1580 Nonpriority creditor's name and mailing address**

ROY MIKULEC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,236.96

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1581 Nonpriority creditor's name and mailing address**

ROYALTY CLEARINGHOUSE PARTNERS
ATTN: SHA
401 CONGRESS AVE, STE 1750
AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1582 Nonpriority creditor's name and mailing address**

ROYALTY DEVELOPMENT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 234.27

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1583 Nonpriority creditor's name and mailing address**

ROYALTY MANAGMENT GROUP

705 SUNSET HILL DRIVE

ROCKWALL, TX 75087-3236

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 417.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1584 Nonpriority creditor's name and mailing address**

ROYCE ALBRECHT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 536.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1585 Nonpriority creditor's name and mailing address**

ROYCE N. PESCHKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1586 Nonpriority creditor's name and mailing address**

ROYCE W NAMKEN, JR.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,577.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1587 **Nonpriority creditor's name and mailing address**

ROYWELL LLC

3040 POST OAK BLVD, STE 1450

HOUSTON, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1588 **Nonpriority creditor's name and mailing address**

RUBY L. SCHULZE & HUSBAND DANIEL L. SCHU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1589 **Nonpriority creditor's name and mailing address**

RUBY STEINBACH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 226.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1590 **Nonpriority creditor's name and mailing address**

RUPERT HOLLAND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1591 **Nonpriority creditor's name and mailing address**

RUSSEL H. PERRY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1592 **Nonpriority creditor's name and mailing address**
RUSSEL MYLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1593 **Nonpriority creditor's name and mailing address**
RUSSELL & KARI KAPPLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1594 **Nonpriority creditor's name and mailing address**
RUSSELL L. DAVIS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 47.30

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1595 **Nonpriority creditor's name and mailing address**
RUSSELL W. DAVIS
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 31.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1596 **Nonpriority creditor's name and mailing address**
RUSTY SHUDDE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1597 Nonpriority creditor's name and mailing address**

RUTH KAPPLER LEHMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1598 Nonpriority creditor's name and mailing address**

RUTH MOSER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,208.67

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1599 Nonpriority creditor's name and mailing address**

RYAN HARING

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,431.18

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1600 Nonpriority creditor's name and mailing address**

RYAN T. MARSHALL DAWN M. MARSHALL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1601 Nonpriority creditor's name and mailing address**

S & B OPERATING INC.

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,929.49

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1602 **Nonpriority creditor's name and mailing address**

S & M ENERGY DEVELOPMENT CO-TRUSTEE

430 RENAISSANCE BLVD.

OAKBROOK TERRACE, IL 60181

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1603 **Nonpriority creditor's name and mailing address**

S&C PROPERTIES

PO BOX 601295

DALLAS, TX 75360-1295

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4.14

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1604 **Nonpriority creditor's name and mailing address**

S. JANE PORTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 31.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1605 **Nonpriority creditor's name and mailing address**

SABINE HOLDINGS, LP

PO BOX 2109

LONGVIEW, TX 75601

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 228.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1606 **Nonpriority creditor's name and mailing address**

SACHIKO KOMATO FRED GOTTSCHALK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1607 **Nonpriority creditor's name and mailing address**
SALLY ALCORN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 2,241.38

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1608 **Nonpriority creditor's name and mailing address**
SALLYE ANNE HUDSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 304.84

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1609 **Nonpriority creditor's name and mailing address**
Salty Dog Service Company
PO Box 338
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,084.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1610 **Nonpriority creditor's name and mailing address**
SAM C. BEYS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 73.04

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1611 **Nonpriority creditor's name and mailing address**
Sam Preuss, Trustee Louis M. Preuss, III
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1612 Nonpriority creditor's name and mailing address**

SAMUEL CHRISTOPHER JACOB

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,502.00

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1613 Nonpriority creditor's name and mailing address**

SAMUEL HAYDEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 28.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1614 Nonpriority creditor's name and mailing address**

SAN ANGELO AREA FOUNDATION MARY T.
SIMPS
221 S. Irvin St.
SAN ANGELO, TX 76903

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1615 Nonpriority creditor's name and mailing address**

SAN ANTONIO GAS & OIL, INC.

PO BOX 6172
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1616 Nonpriority creditor's name and mailing address**

SAN SABA ROYALTY COMPANY, LLC

4925 GREENVILLE AVE SUITE 500
DALLAS, TX 75206

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 37.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1617 Nonpriority creditor's name and mailing address**

SANDI K. STEWART TRUST A SANDI K. STEWAR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1618 Nonpriority creditor's name and mailing address**

SANDRA D. FROST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 150.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1619 Nonpriority creditor's name and mailing address**

SANDRA JEAN TRANT ACOSTA SOLE AND

SEPARA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1620 Nonpriority creditor's name and mailing address**

SANDRA K. LAWLIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1621 Nonpriority creditor's name and mailing address**

SANDRA K. STEGLICH HUNTSMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 375.11

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1622 Nonpriority creditor's name and mailing address**

SANDRA SCHAUTSCHICK TOMANETZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 83.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1623 Nonpriority creditor's name and mailing address**

SANDRA SUE MOORE SCHNEIDER SEPARATE PROP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1624 Nonpriority creditor's name and mailing address**

SANDSTONE EXPLORATION

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1625 Nonpriority creditor's name and mailing address**

SANNY SUE HOLLAND

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1626 Nonpriority creditor's name and mailing address**

SARA K. LUCE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1627 Nonpriority creditor's name and mailing address**

SARA KOENIG

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 0.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1628 Nonpriority creditor's name and mailing address**

SARAH GADDY DAURO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 179.92

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1629 Nonpriority creditor's name and mailing address**

SARAH READY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1630 Nonpriority creditor's name and mailing address**

SARAH SWADIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,213.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1631 Nonpriority creditor's name and mailing address**

SARATOGA ROYALTY, LP

PO BOX 141356

DALLAS, TX 75214

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,684.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1632 **Nonpriority creditor's name and mailing address**

SAVANNAH EASLEY ASHLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1633 **Nonpriority creditor's name and mailing address**

SCHURMEIER FAMILY PARTNERSHIP

1962 CR 402

DIME BOX, TX 77853

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1634 **Nonpriority creditor's name and mailing address**

SCHYLAR B MARSHALL

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1635 **Nonpriority creditor's name and mailing address**

SCION FEDERATION

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1636 **Nonpriority creditor's name and mailing address**

SCOOBY, LLC.

1089 COUNTY ROAD 103

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1637 Nonpriority creditor's name and mailing address**

SCOT D NORTHERN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1638 Nonpriority creditor's name and mailing address**

SCOTT C BAIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1639 Nonpriority creditor's name and mailing address**

SCOTT DAVIS LOWERY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1640 Nonpriority creditor's name and mailing address**

SCOTT LEE IRA HELMS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 169.32

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1641 Nonpriority creditor's name and mailing address**

SCOTT NOBLE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1642 Nonpriority creditor's name and mailing address**

SEAY OIL & GAS LTD.

204 HANNHAS WAY
BURNET, TX 78611

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 51,991.91

**3.1643 Nonpriority creditor's name and mailing address**

Seidel Schroeder

2707 S Market Street
Brenham, TX 77833

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 31,276.25

**3.1644 Nonpriority creditor's name and mailing address**

SERENA B KUNDYSEK

Address on file

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**3.1645 Nonpriority creditor's name and mailing address**

SERENITY RESOURCES, LLC

PO BOX 5240
MIDLAND, TX 79704

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 12.69

**3.1646 Nonpriority creditor's name and mailing address**

SETH UNDERWOOD UNDERWOOD VENTURES

1612 CLOVERDALE CT
COLLEGE STATION, TX 77840

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1647 **Nonpriority creditor's name and mailing address**

SETLD, INC.

3510 KAUFMAN AVE

PEARLAND, TX 77584

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1648 **Nonpriority creditor's name and mailing address**

SGC ROYALTIES, LP

PO BOX 50576

AUSTIN, TX 78763

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 407.19

3.1649 **Nonpriority creditor's name and mailing address**

SHARCO TECHNOLOGIES, INC.

1000 PINE CREEK DRIVE

PFLUGERVILLE, TX 78660

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1650 **Nonpriority creditor's name and mailing address**

SHARI A. MOORE

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 1.79

3.1651 **Nonpriority creditor's name and mailing address**

SHARON BORDOVSKY

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1652 Nonpriority creditor's name and mailing address**

SHARON K. LANGE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 549.52

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1653 Nonpriority creditor's name and mailing address**

SHARON LYNN GILBERT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1654 Nonpriority creditor's name and mailing address**

SHARYLAND UTILITIES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1655 Nonpriority creditor's name and mailing address**

SHARYN HOPE LUEKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,936.53

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1656 Nonpriority creditor's name and mailing address**

SHAWN KASPER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 89.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1657 Nonpriority creditor's name and mailing address**
SHELDON GREENBERG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1658 Nonpriority creditor's name and mailing address**
SHERMAN OIL & GAS, INC.
PO BOX 606
HOWE, TX 75459

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 336.73

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1659 Nonpriority creditor's name and mailing address**
SHERRAL ANN COE RANDAL L. COE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1660 Nonpriority creditor's name and mailing address**
SHERRY SCHNEIDER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1661 Nonpriority creditor's name and mailing address**
SHIELD PETROLEUM INC.
4914 AUGUSTA CIRCLE
COLLEGE STATION, TX 77845-8982

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 132.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1662 **Nonpriority creditor's name and mailing address**

SHIRLEY ANN SCHLAB

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 438.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1663 **Nonpriority creditor's name and mailing address**

SHIRLEY GILMORE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 95.85

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1664 **Nonpriority creditor's name and mailing address**

SHIRLEY IVY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1665 **Nonpriority creditor's name and mailing address**

SHIRLEY P. HARRIS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1666 **Nonpriority creditor's name and mailing address**

SHIRLEY REIFF

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1667 **Nonpriority creditor's name and mailing address**
Sims Land Services LLC
7008 Salem Avenue
Lubbock, TX 79424

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$ 28,834.25

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

3.1668 **Nonpriority creditor's name and mailing address**
SLED DOG ENDEAVORS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 140.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

3.1669 **Nonpriority creditor's name and mailing address**
SMITH MANUS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

3.1670 **Nonpriority creditor's name and mailing address**
SMITH PARTNERS, LTD.
P.O. BOX 1865
KILGORE, TX 75663

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

3.1671 **Nonpriority creditor's name and mailing address**
SOUTHWEST PETROLEUM COMPANY, L.P.
PO BOX 702377
DALLAS, TX 75370-2377

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 2,868.98

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1672** **Nonpriority creditor's name and mailing address**

SPELL, INC. JOHN REDFERN, III AIF
PO BOX 50890
MIDLAND, TX 50890

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1673** **Nonpriority creditor's name and mailing address**

STABLE ENERGY, LP C/O G.M. PAMPELL
8580 WOODWAY DR. #1404
HOUSTON, TX 77063

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1674** **Nonpriority creditor's name and mailing address**

STAR TESTERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1675** **Nonpriority creditor's name and mailing address**

Starlink
1 Rocket Road
Hawthorne, CA 90250

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 240.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1676** **Nonpriority creditor's name and mailing address**

STELARON, INC.
PO BOX 7787
AMARILLO, TX 79114-7787

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,500.07

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1677 **Nonpriority creditor's name and mailing address**

STEPHEN & MARY HETZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 23.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1678 **Nonpriority creditor's name and mailing address**

STEPHEN JANDA JEANETTE JANDA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1679 **Nonpriority creditor's name and mailing address**

STEVE F. ZACHRY INC.

11703 THOREAU

MONTGOMERY, TX 77356

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1680 **Nonpriority creditor's name and mailing address**

STEVE HOLIFIELD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 429.11

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1681 **Nonpriority creditor's name and mailing address**

STEVE M & JUDY H HEATON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1682 Nonpriority creditor's name and mailing address**
STEVE WAYNE CLAUSEN & SUSAN CLAUSEN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1683 Nonpriority creditor's name and mailing address**
STEVE WILSON
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1684 Nonpriority creditor's name and mailing address**
STEVEN A. WHEELER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1685 Nonpriority creditor's name and mailing address**
STEVEN BAILEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1686 Nonpriority creditor's name and mailing address**
STEVEN D. BROTHERS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $ Unknown
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1687 Nonpriority creditor's name and mailing address**

STEVEN EARL EATON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $667.95

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1688 Nonpriority creditor's name and mailing address**

STEVEN J. PAWELEK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $177.39

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1689 Nonpriority creditor's name and mailing address**

STEVEN M BARNES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1690 Nonpriority creditor's name and mailing address**

STEVEN M. ALBERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.* $23.87

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1691 Nonpriority creditor's name and mailing address**

STIMSON ENERGY TRUST MORRIS JEROME
STIMS
140 RAINBOW DR. PMB #4028
LIVINGSTON, TX 77399-1040

**As of the petition filing date, the claim is:** *Check all that apply.* $Unknown

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1692 **Nonpriority creditor's name and mailing address**

STOCKDALE OILFIELD SUPPLY, LLC

PO BOX 424
STOCKDALE, TX 78160

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1693 **Nonpriority creditor's name and mailing address**

STOR-CIRCLE C

Address on file

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1694 **Nonpriority creditor's name and mailing address**

STORM HOLLOWAY

ADDRESS UNKNOWN

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1695 **Nonpriority creditor's name and mailing address**

STRONGHOLD ENERGY II OPERATING, LLC

PO BOX 110
MIDLAND, TX 79702

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1696 **Nonpriority creditor's name and mailing address**

SUE ELLA TRANT REINHART SOLE & SEPARATE

Address on file

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1697 Nonpriority creditor's name and mailing address**

SUE RIDINGS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1698 Nonpriority creditor's name and mailing address**

SUN-KEY OIL COMPANY, INC.

P.O. BOX 101

DUBLIN, TX 76466

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 552.86

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1699 Nonpriority creditor's name and mailing address**

SUNOCO

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1700 Nonpriority creditor's name and mailing address**

SUSAN BENNETT

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1701 Nonpriority creditor's name and mailing address**

SUSAN E FRYE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1702 Nonpriority creditor's name and mailing address**

SUSAN GRACE CLAUSEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 895.31

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1703 Nonpriority creditor's name and mailing address**

SUSAN MARIE PATTERSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11.01

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1704 Nonpriority creditor's name and mailing address**

SUSAN STUERMER THOMAS SST/JNT LIVING TRU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1705 Nonpriority creditor's name and mailing address**

SUSAN WINKLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1706 Nonpriority creditor's name and mailing address**

SUSANNE DAY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 122.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1707 Nonpriority creditor's name and mailing address**

SUSANNE PETZOLD NINK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 167.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1708 Nonpriority creditor's name and mailing address**

SUZANNE REINHART RANDOLPH SOLE &

SEPARAT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1709 Nonpriority creditor's name and mailing address**

SUZETTE GALLARNEAU COMPTON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 536.69

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1710 Nonpriority creditor's name and mailing address**

SWINSONS CONTRACTORS INC.

PO DRAWER 100

STANTON, TX 79782

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1711 Nonpriority creditor's name and mailing address**

SYLVIA ANNETTE HILDEBRANDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 791.02

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1712 Nonpriority creditor's name and mailing address**

T&T Pipe & Supply Inc
200 W 6th Street
Crane, TX 79731

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 262.41

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1713 Nonpriority creditor's name and mailing address**

T.J. UNDERWOOD INC.
2290 OLD LOCKHART RD.
LA GRANGE, TX 78945

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1714 Nonpriority creditor's name and mailing address**

TAD RILEY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 1,210.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1715 Nonpriority creditor's name and mailing address**

TAHMI HUMPERT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1716 Nonpriority creditor's name and mailing address**

TAMMY BARROW
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 86.22

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1717 Nonpriority creditor's name and mailing address**

TAMMY LEHMANN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 194.66

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1718 Nonpriority creditor's name and mailing address**

TAMMY RENEA GLOGER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 504.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1719 Nonpriority creditor's name and mailing address**

TAMRA HISSOM BUDD TRUST C/O KEITH BUDD,

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1720 Nonpriority creditor's name and mailing address**

TAMRA R MAUPIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1721 Nonpriority creditor's name and mailing address**

Tarin Oilfield Services LLC

PO Box 125

Crane, TX 79731

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 6,720.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Basis for the claim | Date or dates debt was incurred | Last 4 digits of account number | Subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|
| 3.1722 | TED H WESTERMAN, II<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed ☐ Liquidated and neither contingent nor disputed | Royalty Payable | | | ☒ No ☐ Yes | $2,802.71 |
| 3.1723 | TED M. ELLIOTT DONNA L. ELLIOTT<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $Unknown |
| 3.1724 | TERRY D. ROBISON<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $Unknown |
| 3.1725 | TERRY HAYDEN<br>ADDRESS UNKNOWN | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $39.50 |
| 3.1726 | TERRY L. STANDEFER<br>Address on file | ☒ Contingent ☒ Unliquidated ☒ Disputed | Royalty Payable | | | ☒ No ☐ Yes | $Unknown |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1727 Nonpriority creditor's name and mailing address**

TERRY RADER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1728 Nonpriority creditor's name and mailing address**

TERSON PRODUCING COMPANY

PO BOX 479

COLLEYVILLE, TX 76034

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,557.26

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1729 Nonpriority creditor's name and mailing address**

TEX-LEE OPERATING COMPANY

PO DRAWER 949

GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 207.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1730 Nonpriority creditor's name and mailing address**

Texas Disposal Systems

PO Box 17126

Austin, TX 78760

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 450.24

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1731 Nonpriority creditor's name and mailing address**

Texas Hot Oilers, Inc.

1005 Co Rd 217 C

Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 2,303.75

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1732** **Nonpriority creditor's name and mailing address**

TEXAS OSAGE ROYALTY POOL INC.
8602 CROWNHILL BLVD
SAN ANTONIO, TX 78209-1121

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 73,277.79

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1733** **Nonpriority creditor's name and mailing address**

TEXAS PRESBYTERIAN FOUNDATION
C/O FARMERS NATIONAL COMPANY,
AGENT OIL
OMAHA, NE 68103

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 197.33

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1734** **Nonpriority creditor's name and mailing address**

Texas Railroad Commission
PO Box 12967
Austin, TX 78711-2967

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**3.1735** **Nonpriority creditor's name and mailing address**

Texas Railroad Commission
PO Box 12967
Austin, TX 78711-2967

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 14,000.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1736** **Nonpriority creditor's name and mailing address**

TEXAS VANGUARD OIL CO.
P.O. BOX 202650
AUSTIN, TX 78720

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1737 Nonpriority creditor's name and mailing address**

THE 1980 BARBER TRUST ROBIN RUSSELL TRUS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1738 Nonpriority creditor's name and mailing address**

THE BARBARA L WHITE REV LIV TRUST BARBAR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1739 Nonpriority creditor's name and mailing address**

The Benedict Family Revocable Living Tru

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1740 Nonpriority creditor's name and mailing address**

THE ESTATE OF CHARLES L. GOERNER THE EST

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1741 Nonpriority creditor's name and mailing address**

THE ETA-FLAG ROYALTY TUA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1742 Nonpriority creditor's name and mailing address**

THE MAJORS COMPANY

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1743 Nonpriority creditor's name and mailing address**

The McDaniel Company

12900 Preston Road

Dallas, TX 75230

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 7,085.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1744 Nonpriority creditor's name and mailing address**

THE MCDANIEL COMPANY, INC.

12900 PRESTON ROAD SUITE 415

DALLAS, TX 75230

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 48.95

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1745 Nonpriority creditor's name and mailing address**

THE NITSCHE FAMILY TRUST - 11/13/2000

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,307.09

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1746 Nonpriority creditor's name and mailing address**

THE OGLE CORPORATION

PO BOX 992

CASPER, WY 82602

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1747 **Nonpriority creditor's name and mailing address**

THELMA CHRISTINE HILL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 172.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1748 **Nonpriority creditor's name and mailing address**

THEODORE GROESCHEL

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1749 **Nonpriority creditor's name and mailing address**

THERESA HENDERSON

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,303.83

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1750 **Nonpriority creditor's name and mailing address**

THERESA LYNN NOACK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1751 **Nonpriority creditor's name and mailing address**

THOMAS A. FISCHER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 55.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1752 **Nonpriority creditor's name and mailing address**

THOMAS A. SIKES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 52.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1753 **Nonpriority creditor's name and mailing address**

THOMAS CHILDRENS REV TRUST KATHLEEN GRIM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1754 **Nonpriority creditor's name and mailing address**

THOMAS F. PICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1755 **Nonpriority creditor's name and mailing address**

THOMAS G SAUNDERS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1756 **Nonpriority creditor's name and mailing address**

THOMAS G. CAMPBELL FRANCIS A. CAMPBELL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1757 **Nonpriority creditor's name and mailing address**

THOMAS H. MCMILLIN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 14.35

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1758 **Nonpriority creditor's name and mailing address**

THOMAS J. PATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1759 **Nonpriority creditor's name and mailing address**

THOMAS J. SLAGA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,198.89

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1760 **Nonpriority creditor's name and mailing address**

THOMAS LAWSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1761 **Nonpriority creditor's name and mailing address**

THOMAS M. BEECH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1762 Nonpriority creditor's name and mailing address**

THOMAS M. NEWSOM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1763 Nonpriority creditor's name and mailing address**

THOMAS PEARSON c/o SHIRLEY PEARSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1764 Nonpriority creditor's name and mailing address**

THOMAS SCOTT CAMPBELL, CUSTODIAN JANEY A

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1765 Nonpriority creditor's name and mailing address**

THOMAS W. BACA MARGURITE BACA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1766 Nonpriority creditor's name and mailing address**

TIMOTHY JOHN WEISE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,265.93

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1767 Nonpriority creditor's name and mailing address**

TIMOTHY LEE TIMMERMAN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,642.94

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1768 Nonpriority creditor's name and mailing address**

TIMOTHY MENZEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 18.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1769 Nonpriority creditor's name and mailing address**

TIMOTHY S. HARDT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 128.92

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1770 Nonpriority creditor's name and mailing address**

TIMOTHY W BEASLEY BRIANA D BEASLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1771 Nonpriority creditor's name and mailing address**

TIMOTHY W. CARMEAN TRUST TIMOTHY W
CARME

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1772 **Nonpriority creditor's name and mailing address**
Titan GPS
4320 Savaryn Drive SW, Edmonton Alberta

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,397.50

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1773 **Nonpriority creditor's name and mailing address**
TODD N FRISCHMUTH
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,527.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1774 **Nonpriority creditor's name and mailing address**
TODD RODENBERG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1775 **Nonpriority creditor's name and mailing address**
TODD W. REYNOLDS TODD W REYNOLDS LIVING
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

3.1776 **Nonpriority creditor's name and mailing address**
Tomas Medina
Address Unknown

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1777 Nonpriority creditor's name and mailing address**

Tomas Villela

Address Unknown

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,140.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1778 Nonpriority creditor's name and mailing address**

TOMMY DORNAK

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1779 Nonpriority creditor's name and mailing address**

Tommy Ray Castillo

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1780 Nonpriority creditor's name and mailing address**

TOMMY SCHMITT MARY SCHMITT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.1781 Nonpriority creditor's name and mailing address**

TOMMY WHITE SUPPLY COMPANY, INC.

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1782 **Nonpriority creditor's name and mailing address**

Tommy Wilkins

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1783 **Nonpriority creditor's name and mailing address**

TONN TRUST #1 JULIE MARIE TONN, TRUSTEE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1784 **Nonpriority creditor's name and mailing address**

TONY PATRICK KATHY H. PATRICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1785 **Nonpriority creditor's name and mailing address**

TORAO NEISHI

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 265.73

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1786 **Nonpriority creditor's name and mailing address**

TOWNS & HAGEMANN INC.

1301 NUECES ST. SUITE 102

AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1787 **Nonpriority creditor's name and mailing address**

Trason Holdings

Unknown Address

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Affiliate Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1788 **Nonpriority creditor's name and mailing address**

TRAVIS HENDRIX VERONICA HENDRIX

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1789 **Nonpriority creditor's name and mailing address**

Travis Land & Cattle LLC

1821 W 24th Street

Houston, TX 77008

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,000.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1790 **Nonpriority creditor's name and mailing address**

TRAVIS LAND & CATTLE, LLC

842 MERRIDEL ROAD

HOUSTON, TX 77024-2718

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1791 **Nonpriority creditor's name and mailing address**

TRENTON NEIL WILLIAMS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1792 **Nonpriority creditor's name and mailing address**
TREY S MELCHER LORI MELCHER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1793 **Nonpriority creditor's name and mailing address**
TRI ENERGY ASSET MANAGEMENT, INC.
13910 CHAMPION FOREST DRVIE, SUITE 105
HOUSTON, TX 77069

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1794 **Nonpriority creditor's name and mailing address**
TRI-C RESOURCES LLC KAREN LOYD (JIB)
909 WIRT RD
HOUSTON, TX 77024

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1795 **Nonpriority creditor's name and mailing address**
TRIBAR
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1796 **Nonpriority creditor's name and mailing address**
TRIPLE "S" LEASE WORK
414 S. GRANDVIEW
ODESSA, TX 79761

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1797 Nonpriority creditor's name and mailing address**

TRIROCK ENERGY, A TEXAS GENERAL PARTNERS
710 BUFFALO STREET, SUITE #402
CORPUS CHRISTI, TX 78401-1903

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1798 Nonpriority creditor's name and mailing address**

TRIVISTA OIL CO., LLC
P O BOX 569
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,560.78

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1799 Nonpriority creditor's name and mailing address**

TROY MENZEL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 194.53

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1800 Nonpriority creditor's name and mailing address**

TROY POOLE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1801 Nonpriority creditor's name and mailing address**

Tryton Tool USA Inc
1006 Schriewer Street
Seguin, TX 78155

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 31,598.18

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1802 **Nonpriority creditor's name and mailing address**

TWIN ENERGY LP 1
2705 BEE CAVE RD., STE. 225
MIRA VISTA BLDG.
AUSTIN, TX 78746

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 7,030.58

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1803 **Nonpriority creditor's name and mailing address**

TWS ENERGY & SPECIALTY DISTRIBUTION, LLC
2100 THE OAKS PARKWAY
BELMONT, NC 28012

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1804 **Nonpriority creditor's name and mailing address**

TX UNCLMD PROP FAO JAMES P. RIGGS
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1805 **Nonpriority creditor's name and mailing address**

Umphres Services Inc
1034 Country Road 228
Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,660.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1806 **Nonpriority creditor's name and mailing address**

UNICORN OIL COMPANY
PO BOX 661
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 88.70

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1807 Nonpriority creditor's name and mailing address**
UNION PACIFIC RESOURCES
PO BOX 651142
CHARLOTTE, NC

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 164.46

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1808 Nonpriority creditor's name and mailing address**
UNIVERSITY LANDS ACCOUNTING
PO BOX 553
MIDLAND, TX 79702-0553

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1809 Nonpriority creditor's name and mailing address**
USFS LLC
PO Box 8145
Longview, TX 75607

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 10,802.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1810 Nonpriority creditor's name and mailing address**
VALERIE G KANETZKY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1811 Nonpriority creditor's name and mailing address**
VALERIE POLLAT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1812 **Nonpriority creditor's name and mailing address**

VALGENE EBNER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 45.05

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1813 **Nonpriority creditor's name and mailing address**

VALLA BLASIG DONALD BLASIG ESTATE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1814 **Nonpriority creditor's name and mailing address**

VALLIE JOYCE RATLIFF

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 172.61

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1815 **Nonpriority creditor's name and mailing address**

VANGUARD PARTNERS, LLC

4925 GREENVILLE AVE STE 200

DALLAS, TX 75206

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,560.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1816 **Nonpriority creditor's name and mailing address**

VERA GROESCHEL

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1817 Nonpriority creditor's name and mailing address**

VERNON ASKE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1818 Nonpriority creditor's name and mailing address**

VERNON AUTREY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 9,472.77

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1819 Nonpriority creditor's name and mailing address**

VERONICA MAXEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 317.90

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1820 Nonpriority creditor's name and mailing address**

VESTINE & GLORIA WALTHER

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1821 Nonpriority creditor's name and mailing address**

VIABLE RESOURCES, INC.

PO BOX 3192

CASPER, WY 82602

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1822 Nonpriority creditor's name and mailing address**

VICKY GAY MOERBE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$211.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1823 Nonpriority creditor's name and mailing address**

VICKY NORVICK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$29.76

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1824 Nonpriority creditor's name and mailing address**

VICTOR SALGUERO BRENDA SALGUERO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1825 Nonpriority creditor's name and mailing address**

VICTORIA LEE HADDON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1826 Nonpriority creditor's name and mailing address**

VICTORIA TRADING CO. LLC

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$3,297.96

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1827 Nonpriority creditor's name and mailing address**

VIKING, INC.

PO BOX 3387

ODESSA, TX 79760

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1828 Nonpriority creditor's name and mailing address**

VIRGINIA & ANDREW VALERO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 686.42

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1829 Nonpriority creditor's name and mailing address**

VIRGINIA CASH WALKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1830 Nonpriority creditor's name and mailing address**

VIRGINIA KILLOUGH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 501.45

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1831 Nonpriority creditor's name and mailing address**

VIRGINIA L. GROSS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 16.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1832** **Nonpriority creditor's name and mailing address**

VIRGINIA L. KING

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1833** **Nonpriority creditor's name and mailing address**

VIRGINIA LOUISE PODRAZA

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1834** **Nonpriority creditor's name and mailing address**

VIRGINIA S. NAMKEN

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1835** **Nonpriority creditor's name and mailing address**

VIRGINIA STEGLICH ANDREW VALERO

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1836** **Nonpriority creditor's name and mailing address**

VIVIAN DUBE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1837** **Nonpriority creditor's name and mailing address**

VON KIMBALL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1838** **Nonpriority creditor's name and mailing address**

VONTEX RESOURCES, LLC

7807 TISDALE DR.

AUSTIN, TX 78757-1444

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,767.41

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1839** **Nonpriority creditor's name and mailing address**

W F CALOHAN LTD

P.O. BOX 17805

SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 282.24

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1840** **Nonpriority creditor's name and mailing address**

W. MATTHEW BRADSHAW

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1841** **Nonpriority creditor's name and mailing address**

W. THEODORE SCHWARTZ

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 893.34

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1842 Nonpriority creditor's name and mailing address**

WAIKIKI PARTNERS, LP
PO BOX 2127
MIDLAND, TX 79702-2127

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 56.68

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1843 Nonpriority creditor's name and mailing address**

WALT ORDEMANN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1844 Nonpriority creditor's name and mailing address**

WALTER & ALVINA DROEMER TRUST BERNARD
DR
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1845 Nonpriority creditor's name and mailing address**

WALTER ARLDT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 255.97

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1846 Nonpriority creditor's name and mailing address**

WALTER FARRINGTON, III
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089
Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1847 Nonpriority creditor's name and mailing address**

WALTER PATTILLO KERR

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 855.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1848 Nonpriority creditor's name and mailing address**

WALTER SNYDER RANKIN FAMILY TRUST C/O JU

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1849 Nonpriority creditor's name and mailing address**

WANDA J. STRAUB

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1850 Nonpriority creditor's name and mailing address**

WARD J. RICHTER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1851 Nonpriority creditor's name and mailing address**

WARD N ADKINS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11.54

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1852 Nonpriority creditor's name and mailing address**

WARREN VENTURES, LTD.

808 W. WALL ST.

MIDLAND, TX 79701

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 169.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1853 Nonpriority creditor's name and mailing address**

WARREN VINES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1854 Nonpriority creditor's name and mailing address**

WARRIOR SUPPLY, INC

P O BOX 4989

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1855 Nonpriority creditor's name and mailing address**

WAYNE DELMUS FRANKS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1856 Nonpriority creditor's name and mailing address**

WAYNE GALIPP

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1857 **Nonpriority creditor's name and mailing address**

WAYNE OR MARIANA NEFF

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1858 **Nonpriority creditor's name and mailing address**

WAYNE RIMER

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1859 **Nonpriority creditor's name and mailing address**

WEATHERFORD ARTIFICIAL LIFT SYS., INC.

PO BOX 27608

HOUSTON, TX 77056

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1860 **Nonpriority creditor's name and mailing address**

WEATHERFORD LABORATORIES, INC.

8845 FALLBROOK DRIVE

HOUSTON, TX 77064

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ Unknown

3.1861 **Nonpriority creditor's name and mailing address**

WEISER LIVING TRUST

Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$ 142.95

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1862 Nonpriority creditor's name and mailing address**

WELLS RESOURCES INC.

PO BOX 547
CLIFTON, TX 76634

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 93.50

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1863 Nonpriority creditor's name and mailing address**

WENDELINE HAYES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,351.55

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1864 Nonpriority creditor's name and mailing address**

WENDYE J. EASLEY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2.39

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1865 Nonpriority creditor's name and mailing address**

WESLEY C. HAMFF

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1866 Nonpriority creditor's name and mailing address**

WESLEY SMITH

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,623.91

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1867 Nonpriority creditor's name and mailing address**

WEST & CLEAR, LLC. ATTN: KEVIN CHAPMAN
PO BOX 902
ALEDO, TX 76008

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1868 Nonpriority creditor's name and mailing address**

WEST TEXAS ANCHOR, INC.
P O BOX 548
BIG LAKE, TX 76932

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1869 Nonpriority creditor's name and mailing address**

WESTCO FAMILY LIMITED PARTNERSHIP
PO BOX 1888
GILMER, TX 75644

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1870 Nonpriority creditor's name and mailing address**

WF CALOHAN LTD
900 NE LOOP 410 D-409
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1871 Nonpriority creditor's name and mailing address**

WHE ACQCO., LLC
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 378.62

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1872 **Nonpriority creditor's name and mailing address**
WHITE STAR ENERGY, INC
PO BOX 51108
MIDLAND, TX 79710

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 146.06

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1873 **Nonpriority creditor's name and mailing address**
WILBERT O. DERNEHL, JR.
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1874 **Nonpriority creditor's name and mailing address**
WILBERT TIRE CENTER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1875 **Nonpriority creditor's name and mailing address**
WILLIAM A. SABLE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1876 **Nonpriority creditor's name and mailing address**
WILLIAM ARLDT
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 490.17

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1877 **Nonpriority creditor's name and mailing address**
WILLIAM BUCK TAYLOR, III
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1878 **Nonpriority creditor's name and mailing address**
WILLIAM C. STOVALL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1879 **Nonpriority creditor's name and mailing address**
WILLIAM D. & AVAMARIE MILLER IRREV TRUST
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1880 **Nonpriority creditor's name and mailing address**
WILLIAM D. STEGEMUELLER
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1881 **Nonpriority creditor's name and mailing address**
WILLIAM DALE
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1882 **Nonpriority creditor's name and mailing address**

WILLIAM ELLIOTT CATES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 4,400.15

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1883 **Nonpriority creditor's name and mailing address**

WILLIAM F. MARTENS

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1884 **Nonpriority creditor's name and mailing address**

WILLIAM G. WATSON

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 347.88

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1885 **Nonpriority creditor's name and mailing address**

WILLIAM GENZLER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 488.36

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

3.1886 **Nonpriority creditor's name and mailing address**

WILLIAM H. CARMEAN TRUST WILLIAM H. CARM

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1887 **Nonpriority creditor's name and mailing address**

WILLIAM H. HANNA

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 413.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1888 **Nonpriority creditor's name and mailing address**

WILLIAM H. KYLE

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 130.82

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1889 **Nonpriority creditor's name and mailing address**

WILLIAM HITT

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1890 **Nonpriority creditor's name and mailing address**

WILLIAM L. BARKER

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 37.23

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

3.1891 **Nonpriority creditor's name and mailing address**

WILLIAM NINK

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1892 Nonpriority creditor's name and mailing address**

WILLIAM T. MALOY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Royalty Payable

$ 177.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1893 Nonpriority creditor's name and mailing address**

WILLKIE FARR & GALLAGHER LLP

787 SEVENTH AVENUE

NEW YORK, NY 10019-6099

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1894 Nonpriority creditor's name and mailing address**

WILSON REAVES

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1895 Nonpriority creditor's name and mailing address**

WINFRED L. MENZEL & WIFE, KATHY MENZEL

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1896 Nonpriority creditor's name and mailing address**

WINIFRED L. GOLDSBERRY

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Royalty Payable

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1897 **Nonpriority creditor's name and mailing address**

WINSTEAD

Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1898 **Nonpriority creditor's name and mailing address**

WKM ENTERPRISES KEN MUHLBAUER

704 WICKFORD CIRCLE

AUSTIN, TX 78704

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1899 **Nonpriority creditor's name and mailing address**

WL PERRYMAN III LIMITED ENERGY VENTURES

PO BOX 12150

DALLAS, TX 75225-0150

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1900 **Nonpriority creditor's name and mailing address**

WOOD GROUP MUSTANG, INC.

17325 PARK ROW BLVD.

HOUSTON, TX 77084

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

3.1901 **Nonpriority creditor's name and mailing address**

WRIGHT BUSINESS TECHNOLOGIES, INC.

333 NORTH SAM HOUSTON PARKWAY E, SUITE 88
SUITE 880

HOUSTON, TX 77060

**As of the petition filing date, the claim is:** *Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [X] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1902 Nonpriority creditor's name and mailing address**

WWO MINERALS MANAGEMENT, LLC
P O DRAWER 310
BASTROP, TX 78602

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 87.81

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1903 Nonpriority creditor's name and mailing address**

WYLIE KENT GAFFORD
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1904 Nonpriority creditor's name and mailing address**

WYOMING STATE LAND & FARM LOAN
122 W. 25TH ST. 3RD FLOOR WEST
CHEYENNE, WY 82002-0600

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1905 Nonpriority creditor's name and mailing address**

XECO, INC.
21419 FOREST WATERS CIRCLE
GARDEN RIDGE, TX 78266

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1906 Nonpriority creditor's name and mailing address**

YELLOW ROSE ENERGY CORP
404 VZ COUNTY ROAD 2408
CANTON, TX 75103

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,459.64

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1907 Nonpriority creditor's name and mailing address**

Z GREENBERG, TRUSTEE

ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 106.56

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1908 Nonpriority creditor's name and mailing address**

Zochnet

11200 Broadway St, Suite 2743

Pearland, TX 77584

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 531.97

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1909 Nonpriority creditor's name and mailing address**

ZOLLER ENTERPRISES, LLC

PO BOX 8597

KALISPELL, MT 59904

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ Unknown

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.1910 Nonpriority creditor's name and mailing address**

Trivista Oil Co. LLC

2954 Cr 208

Giddings, TX 78942

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 322,483.35

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.1911 Nonpriority creditor's name and mailing address**

BBBB Partners, LP

716 S. Frio Street, Suite 110

San Antonio, TX 78207

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 32,843.64

**Basis for the claim:** Rent

**Date or dates debt was incurred** 07/01/2026 - 10/01/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1912** **Nonpriority creditor's name and mailing address**

3L Energy Solutions
PO Box 200737
Dallas, TX 75320-0737

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 5,333.73

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 02/11/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1913** **Nonpriority creditor's name and mailing address**

Acrisure South Insurance Services, LLC
c/o Acrisure Southeast Trust
2307 River Road, Suite 200
Louisville, KY 40206

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,500.00

**Basis for the claim:** Insurance Premium

**Date or dates debt was incurred** 09/23/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1914** **Nonpriority creditor's name and mailing address**

Bruington Engineering, LLC
8620 N. New Braunfels, Ste. 315
San Antonio, TX 78217

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,620.20

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 04/30/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1915** **Nonpriority creditor's name and mailing address**

Central Texas Regional Mobility Authority
RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373-4182

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 16.76

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 08/28/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1916** **Nonpriority creditor's name and mailing address**

Rackspace US, Inc.
PO Box 731214
Dallas, TX 75373-1214

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 266.03

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 03/15/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1917 Nonpriority creditor's name and mailing address**

Sean Fitzgerald
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 60,000.00

**Basis for the claim:** Consulting Services

**Date or dates debt was incurred** 06/25/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1918 Nonpriority creditor's name and mailing address**

Shannon Lee Beatty LLP
2100 Travis Street, Suite 1480
Houston, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 177,960.52

**Basis for the claim:** Legal Services

**Date or dates debt was incurred** 10/09/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1919 Nonpriority creditor's name and mailing address**

Star Hydraulics LLC / Allen Avionics Inc
2727 Clinton Street
River Grove, IL 60171

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,804.86

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 02/16/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1920 Nonpriority creditor's name and mailing address**

Texan Registered Agent LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 100.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 05/11/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.1921 Nonpriority creditor's name and mailing address**

Tierra Vir LLC
13039 N. Hunters Cir.
San Antonio, TX 78230

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 4,168.80

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** 04/13/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor Trivista Operating LLC Case number (if known) 26-80089

Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Derrick Divetta<br>Address on file | Line 3.1312<br>❑ Not listed. Explain | |
| 4.2. | Derrick Divetta<br>Address on file | Line 3.2<br>❑ Not listed. Explain | |
| 4.3. | | Line<br>❑ Not listed. Explain | |
| 4.4. | | Line<br>❑ Not listed. Explain | |
| 41. | | Line<br>❑ Not listed. Explain | |
| 4.5. | | Line<br>❑ Not listed. Explain | |
| 4.6. | | Line<br>❑ Not listed. Explain | |
| 4.7. | | Line<br>❑ Not listed. Explain | |
| 4.8. | | Line<br>❑ Not listed. Explain | |
| 4.9. | | Line<br>❑ Not listed. Explain | |
| 4.10. | | Line<br>❑ Not listed. Explain | |
| 4.11. | | Line<br>❑ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 152,260.38 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 3,307,718.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 3,459,978.54 |

**Fill in this information to identify the case:**

Debtor name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089 Chapter ____

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | AE Texas<br>PO Box 7780<br>Spring, TX 77387 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | AT&T<br>208 S Akard Street<br>Dallas, TX 75202 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Bluebonnet Electric Cooperative<br>3190 E Austin Street<br>Giddings, TX 78942 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Advisory Services Agreement for the Sale of Giddings Field and Crane County TX Assets by and between Trivista Operating and Energy Advisors Group Inc. dated 4/18/2025 | Energy Advisors Group, Inc.<br>4265 San Felipe St, Suite 650<br>Houston, TX 77027 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Frontier Communications of Texas<br>1919 Mckinney Ave<br>Dallas, TX 75201 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |

Debtor Trivista Operating LLC
Name

Case number (if known) 26-80089

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Marketing First Purchase Agreement by and between Trivista Operating and GulfMark Energy Inc dated 4/11/2024 | GulfMark Energy, Inc.<br>P. O. Box 844<br>Houston, TX 77001 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Insperity<br>19001 Crescent Springs Drive<br>Kingwood, TX 77339 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Lee County Water Supply Corporation<br>PO Box 8<br>Giddings, TX 78942 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Rackspace US, Inc.<br>PO Box 731214<br>Dallas, TX 75373 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Starlink<br>1 Rocket Road<br>Hawthorne, CA 90250 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Software Agreement | WolfePak Software<br>2901 S. 1st Street<br>Abilene, TX 79605 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Zochnet<br>11200 Broadway St, Suite 2743<br>Pearland, TX 77584 |
| | State the term remaining | Pursuant to the terms of the contract | |
| | List the contract number of any government contract | | |

Debtor Trivista Operating LLC Case number (*if known*) 26-80089

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Lease | BBBB Partners, LP<br>716 S. Frio Street, Suite 110<br>San Antonio, TX 78207 |
| | State the term remaining | Through 3/31/2029 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089

❑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80089

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2026
MM / DD / YYYY

X /s/ Mark Shapiro
Signature of individual signing on behalf of debtor

Mark Shapiro
Printed name

Chief Restructuring Officer
Position or relationship to debtor