**Fill in this information to identify the case:**

Debtor name Trivista Operating LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 26-80089

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

### 1. Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2026 to 10/09/2026 | ☒ Operating a business ☐ Other | $1.27 |
| **For prior year:** From 01/01/2025 to 12/31/2025 | ☒ Operating a business ☐ Other | $15.75 |
| **For year before that:** From 01/01/2024 to 12/31/2024 | ☒ Operating a business ☐ Other | $19.38 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 3.1. Imperial PFS Corporation<br>2900 North Loop West<br>Suite 1150<br>Houston, TX 77092 | 7/27/2026; 8/25/2026; 9/28/2026 | $11,201.13 | Other – Insurance premium finance installments |
| 3.2. BBBB Partners, LP<br>716 S. Frio Street, Suite 110<br>San Antonio, TX 78207 | 7/27/2026 | $24,632.73 | Other – Rent |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address | Relationship to debtor | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. Trivista Oil Co. LLC<br>2954 Cr 208<br>Giddings, TX 78942 | Affiliate | May 2025 - Jan 2026 | $240,494.68 | Normal Course Operations |

| Insider's name and address | Relationship to debtor | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. Robert Black<br>PO Box 569<br>Giddings, TX 78942 | President and CEO | 04/20/2026 - 10/05/2026 | $86,992.54 | Payroll, expense reimbursements and advance |
| 4.3. Trivista Oil Co. LLC<br>2954 Cr 208<br>Giddings, TX 78942 | Affiliate | 04/13/2026 - 10/09/2026 | $20,916.06 | Intercompany transfers |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None.

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** Act Ranch Partners by and through its Managing Partner, Nancy Littlefield, David Blau, Pamela Blau, Jerry Krchnak, Bobby Meuth, Linda S. Cook Meuth, Nancy L. Cook Falk, David M. Cook and Fort Apache Energy Inc. v. Trivista Operating LLC, Trivista Oil Co. LLC<br>Case No. 3048-21 | Dispute relating to oil and gas operations, contractual obligations, ownership interests, and related damages claims. | Bastrop County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.2.** Dubcak, Elizabeth L., Moore, Nicky S. v. Trivista Operating LLC<br>Case No. 17,696 | Litigation involving alleged disputes concerning oil and gas operational activities, property interests, and related damages. | Lee County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.3.** ERC Acquisitions II LLC v. Trivista Operating LLC, Trivista Oil Co. LLC<br>Case No. 2023V-268 | Commercial dispute concerning oil and gas assets, operational obligations, and related contractual claims. | 155th Judicial District Court Fayette Co | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.4.** Billy J. Albers, Cynthia J. Reyner, Paleo Oil Company LLC v. Trivista Operating, LLC, Trivista Oil Co. LLC<br>Case No. 2018V-101 | Litigation involving alleged disputes over oil and gas interests, contractual obligations, and associated damages. | 155th Judicial District Court Fayette Co | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.5.** Brigade Energy Services, LLC v. Trivista Operating LLC, Trivista Oil Co. LLC<br>Case No. 2024V-128 | Vendor and service-related dispute concerning unpaid amounts, operational services, and related contractual obligations. | 155th Judicial District Court Fayette Co | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.6.** Trivista Operating LLC, Trivista Oil Co. LLC v. Fort Apache Energy, Inc.<br>Case No. 423-9718 | Affirmative litigation involving disputes related to oil and gas operations, contractual rights, and associated claims for relief. | Bastrop County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.7.** Trivista Oil Co. LLC, Trivista Operating LLC v. Fort Apache Energy, Inc.<br>Case No. 03-24-00682-CV | Appellate proceeding arising from underlying litigation concerning oil and gas operational and contractual disputes. | 3rd Court of Appeals | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.8.** Fort Apache Energy, Inc. v. Trivista Operating LLC, Trivista Oil Co. LLC<br>Case No. 465-838 | Litigation concerning disputes related to operational obligations, contractual rights, and alleged damages arising from oil and gas activities. | Bastrop County 465th District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.9.** Fort Apache Energy, Inc. v. Trivista Oil Co. LLC, Trivista Operating LLC<br>Case No. 03-25-00068-CV | Appellate proceeding related to disputes arising from oil and gas operational and contractual matters. | 3rd Court of Appeals | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.10.** Trivista Operating LLC, Trivista Oil Co. LLC v. ERC Acquisitions II LLC<br>Case No. 03-24-00622-CV | Appellate proceedings relating to underlying commercial and operational disputes concerning oil and gas assets and contractual obligations. | 3rd Court of Appeals | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.11.** Trivista Operating LLC, Trivista Oil Co. LLC v. ERC Acquisitions II LLC<br>Case No. 03-24-00074-CV | Appellate proceedings relating to underlying commercial and operational disputes concerning oil and gas assets and contractual obligations. | 3rd Court of Appeals | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.12.** Kenneth Richter, Barbara Richter v. Trinity Operating, LLC, Trivista Operating LLC<br>Case No. 23-17477 | Litigation involving alleged disputes concerning operational activities, property interests, and related damages claims. | Madison County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.13.** Sims Land Services, LLC v. Trivista Operating LLC<br>Case No. DC-2026-CV-0454 | Commercial dispute involving land services, contractual obligations, and alleged unpaid amounts relating to oil and gas operations. | Lubbock County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.14.** Lee County Petroleum, Inc. v. Trivista Operating LLC<br>Case No. 18,702 | Litigation involving disputes related to oil and gas operations, services, and related contractual obligations. | Lee County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.15.** AAA Well Service LLC, v. Trivista Operating LLC<br>Case No. 18,715 | Vendor and oilfield service dispute concerning alleged unpaid amounts, operational services, and contractual obligations. | 335th Judicial District Court of Lee County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.16.** Trivista Operating LLC, Trivista Oil Co. LLC v. Texas Workforce Commission, Texas Workforce Commission, Miller, Timothy K.<br>Case No. 18,181 | Employment and workforce-related dispute involving claims asserted by or against the Texas Workforce Commission and related parties. | Lee County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.17.** COMPLAINT OF DAVID BLAU AND PAMELA BLAU THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00027983 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE WINTON/BARKER (19950) LEASE, WELL NO. 1, SERBIN (TAYLOR) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.18.** COMPLAINT OF DAVID BLAU AND PAMELA BLAU THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00027984 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE SERBIN (20066) LEASE, WELL NO. 2, SERBIN (TAYLOR) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.19.** COMPLAINT OF DAVID BLAU AND PAMELA BLAU THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00027985 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE TAYLOR (20170) LEASE, WELL NO. 3, SERBIN (TAYLOR) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.20.** COMPLAINT OF JERRY KRCHNAK THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028001 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE FRIEBE, ISABEL H. (20333) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.21.** COMPLAINT OF BOBBY MEUTH THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028002 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE MEUTH, LEONARD (20229) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.22.** COMPLAINT OF LINDA S. COOK MEUTH, NANCY KAY COOK FALK, AND DAVID M. COOK THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028003 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE COOK A (20723) LEASE, WELL NOS. 1 AND 2, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.23.** COMPLAINT OF LINDA S. COOK MEUTH, NANCY KAY COOK FALK, AND DAVID M. COOK THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028004 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE B.M. COOK (20136) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.24.** COMPLAINT OF LINDA S. COOK MEUTH, NANCY KAY COOK FALK, AND DAVID M. COOK THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028005 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE MINOTEX/COOK (19534) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.25.** COMPLAINT OF LINDA S. COOK MEUTH, NANCY KAY COOK FALK, AND DAVID M. COOK THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028006 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE COOK "A" (19700) LEASE, WELL NO. 2, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.26.** COMPLAINT OF LINDA S. COOK MEUTH, NANCY KAY COOK FALK, AND DAVID M. COOK THAT TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028007 | DOES NOT HAVE A GOOD FAITH CLAIM TO OPERATE THE COOK, B. M. (GAS ID NO. 129301) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, BASTROP COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.27.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028085 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE PETZOLD "B" (19989) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.28.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028089 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE NOACK (19578) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.29.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028090 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE SCHULZE, MINNIE (19928) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.30.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028091 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE KASPER, MILTON (21088) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.31.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028092 | PURSUANT TO STATWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE MILROSE-MYRICK (19595) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.32.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028093 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE MERTINK (19554) LEASE, WELL NO. 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.33.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028094 | PURSUANT TO STATEIWDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE FISCHER, MARTIN (19508) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.34.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028095 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE MERTINK #3 (20031) LEASE, WELL NO. 3, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.35.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028137 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE MITTASCH, CAROL ET AL (19435) LEASE, WELL NO. 3, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.36.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028138 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE LEHMANN, D.J. (19520) LEASE, WELL NOS. 1 AND 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.37.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028139 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE OLTMANN, W.C. (19645) LEASE, WELL NO. 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.38.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028140 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE CARLESTON (19679) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.39.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028142 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE BEHRENS, CONRAD (19784) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03 | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.40.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028143 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE SCHUELER, E. UNIT (19785) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.41.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028144 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE WEISE, A.E. (19935) LEASE, WELL NOS. 1 AND 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.42.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028145 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE AMG UNIT (19998) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.43.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028146 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE WEISE, T.J. (20019) LEASE, WELL NOS. 1 AND 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.44.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028147 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE WEISE "A" (20275) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.45.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028148 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE WEISE, GILBERT (20315) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.46.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028149 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE JANIS UNIT (20483) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.47.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028150 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE BEN MEUTH (20640) LEASE, WELL NO. 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.48.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028151 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE MARQUIS (20767) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.49.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028152 | PURSUANT TO STATEWIDE RULE 21 FOR AN EXCEPTION PERTAINING TO FIRE PREVENTION AND SWABBING OF THE ARLDT "A" (23479) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.50.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028564 | FOR VIOLATIONS OF STATEWIDE RULES ON THE MERTINK COOPER (03-19554) LEASE, WELL NO. 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.51.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028565 | FOR VIOLATIONS OF STATEWIDE RULES ON THE NOACK (03-19578) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143 | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.52.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028566 | FOR VIOLATIONS OF STATEWIDE RULES ON THE OLTMANN, W.C. (03-19645) LEASE, WELL NO. 2, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.53.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028567 | FOR VIOLATIONS OF STATEWIDE RULES ON THE CARLESTON (03-19679) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.54.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028568 | FOR VIOLATIONS OF STATEWIDE RULES ON THE BEHRENS, CONRAD (03-19784) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.55.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028569 | FOR VIOLATIONS OF STATEWIDE RULES ON THE GRUETZNER, M.C. (03-19751) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.56.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00028570 | FOR VIOLATIONS OF STATEWIDE RULES ON THE AMG UNIT (03-19998) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 21(k), 91.143. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.57.** ENFORCEMENT ACTION AGAINST TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00029541 | FOR VIOLATIONS OF STATEWIDE RULES ON THE ZOCH, E.A. (03-19635) LEASE, WELL NO. 1, SERBIN (TAYLOR SAND) FIELD, LEE COUNTY, TEXAS; DISTRICT 03. VIOLATION OF STATEWIDE RULE(S): 14(b)(2). | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.58.** APPLICATION OF TRIVISTA OPERATING LLC (OPERATOR NO. 871169)<br>Case No. 00030549 | FOR UNRESTRICTED RENEWAL OF ITS P-5 AND TO CONTEST THE STAFF DETERMINATION THAT ITS P-5 CANNOT BE RENEWED BECAUSE IT HAS NOT COMPLIED WITH THE INACTIVE WELL REQUIREMENTS OF 16 TAC §3.15. | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.59.** ENVIRONMENTAL, HEALTH, AND SAFETY AUDIT<br>Case No. 018 | PURSUANT TO THE TEXAS HEALTH & SAFETY CODE CHA. 1101, VARIOUS LEASES, SERBIN (TAYLOR SAND) FIELD, LEE AND BASTROP COUNTIES, TEXAS; DISTRICT 03 | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None.

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None.

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None.

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? (name, address, email or website) | Who made the payment, if not debtor? / If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Shannon Lee Beatty LLP<br>2100 Travis Street, STE 1525<br>Houston, TX 77002<br>www.shannonleellp.com | Paul Black Heritage Trust<br>Payment for joint representation of Trivista Oil Co. LLC and Trivista Operating LLC (Paid by Paul Black Heritage Trust, not the Debtors). | 4/2/2026 | $15,000.00 |
| 11.2. Howley Law PLLC | | 5/7/2026 | $2,000.00 |
| 11.3. Munsch Hardt | | 8/12/2026 | $25,000.00 |
| 11.4. Martin Powers, PLLC | | 9/15/2026 | $5,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☒ None.

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? (name, address, relationship) | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Andrew Wininger<br>Address on file<br>Relationship: Former Employee | Unauthorized Transfers | Feb - Mar 2026 | $48,598.83 |
| 13.2. Paleo Car Care | Loan | 8/17/2026 | $5,000.00 |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for: diagnosing or treating injury, deformity, or disease, or providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None.

| Financial institution name and address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. U.S. Trustee Account (EST Trivista Oil Co LLC) | Unknown | Checking | Unknown | Unknown |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None.

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before the filing of this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None.

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None.

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply: *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium). *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized. *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.

☒ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1. Reference Part 7's Penalty Actions for Violations of Rules, Contest Staff Determination that P5 (Organization Report) Should be Denied, and Application to Produce by Swabbing | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.

☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1. RICHTER UNIT (RRC Lease No. 8809, District 1, Field No. 72623115, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.2. PETZOLD, BETTY (RRC Lease No. 12517, District 3, Field No. 34733500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.3. STEINBACH -A- (RRC Lease No. 126196, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.4. GONZALES (RRC Lease No. 127303, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.5. DWORACZYK (RRC Lease No. 127744, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.6. ESCHBERGER -B- (RRC Lease No. 127839, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.7. ESCHBERGER -C- (RRC Lease No. 128239, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.8. ECHO-BLASIG (RRC Lease No. 128434, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.9. HALBADIER (RRC Lease No. 128872, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.10. STEINBACH -B- (RRC Lease No. 129017, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.11. COOK, B. M. (RRC Lease No. 129301, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.12. STEIN, CAROLYN (RRC Lease No. 129302, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.13. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 130311, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.14. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 130989, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.15. SAEGERT (RRC Lease No. 131368, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.16. WHITESIDE (RRC Lease No. 132236, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.17. COOK (RRC Lease No. 134548, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.18. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 136010, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.19. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 136471, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.20. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 140439, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.21. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 140441, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.22. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 140443, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.23. O'BRIAN, L.F. (RRC Lease No. 141112, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.24. GLONA, OTTO (RRC Lease No. 141295, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.25. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 143733, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.26. WEISER A (RRC Lease No. 144347, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.27. CARTER, GERTRUDE (TRUDY) (RRC Lease No. 144799, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.28. O'BRIEN, L. F. ET AL UNIT (RRC Lease No. 170807, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.29. WEISE (RRC Lease No. 19318, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.30. ARLDT, ERWIN E. (RRC Lease No. 19346, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.31. MOERBE, VICTOR (RRC Lease No. 19538, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.32. MERTINK (RRC Lease No. 19554, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.33. NOACK (RRC Lease No. 19578, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.34. WACHSMANN (RRC Lease No. 19589, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.35. KANA (RRC Lease No. 19601, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.36. MILROSE-MARQUIS (RRC Lease No. 19604, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.37. FISCHER (RRC Lease No. 19632, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.38. ZOCH, E.A. (RRC Lease No. 19635, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.39. OLTMANN, W.C. (RRC Lease No. 19645, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.40. CARLESTON (RRC Lease No. 19679, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.41. MARKERT (RRC Lease No. 19691, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.42. URBAN (RRC Lease No. 19723, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.43. GRUETZNER, M.C. (RRC Lease No. 19751, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.44. STEINBACH "C" (RRC Lease No. 19776, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.45. RAMSEL-FALKE "B" (RRC Lease No. 19779, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.46. BEHRENS, CONRAD (RRC Lease No. 19784, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.47. STEINBACH ET AL (RRC Lease No. 19797, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.48. 9CHUELER (RRC Lease No. 19812, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.49. STEINBACH UNIT (RRC Lease No. 19848, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.50. PRINCETON LUCAS (RRC Lease No. 19885, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.51. MEUTH "A" (RRC Lease No. 19930, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.52. AMG UNIT (RRC Lease No. 19998, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.53. ALBERT (RRC Lease No. 20042, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.54. ROITSCH (RRC Lease No. 20048, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.55. ACT RANCH (RRC Lease No. 20078, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.56. STEINBACH #2 (RRC Lease No. 20100, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.57. BEHRENS FAMILY (RRC Lease No. 20122, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.58. ELMO SCHULZE (RRC Lease No. 20175, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.59. MEUTH, LEONARD (RRC Lease No. 20229, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.60. ROITSCH "A" (RRC Lease No. 20236, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.61. SUMMERS TRUST (RRC Lease No. 20250, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.62. SUMMERS TRUST (RRC Lease No. 20262, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.63. URBAN #3 (RRC Lease No. 20289, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.64. ECHO-VEHRENKAMP (RRC Lease No. 20368, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.65. NITSCHE, R.J. #2 (RRC Lease No. 20417, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.66. MEUTH, BEN #4 (RRC Lease No. 20484, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.67. MEUTH, BEN 2 & 2A (RRC Lease No. 20640, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.68. LIVE OAK (RRC Lease No. 20706, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.69. KING, W.S. ET AL (RRC Lease No. 20721, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.70. COOK A (RRC Lease No. 20723, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.71. PIN OAK (RRC Lease No. 20989, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.72. RICHTER (RRC Lease No. 21235, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.73. ACT RANCH "E" (RRC Lease No. 21971, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.74. WILCOX 1A (RRC Lease No. 22067, District 3, Field No. 47756600, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.75. WILCOX (RRC Lease No. 22322, District 3, Field No. 32274800, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.76. MOERBE (RRC Lease No. 22388, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.77. KURIO 'B' (RRC Lease No. 22888, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.78. DOLORES (RRC Lease No. 23153, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.79. WILCOX 'B' #1 (RRC Lease No. 23168, District 3, Field No. 32274800, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.80. ARLDT (RRC Lease No. 23423, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.81. ARLDT B (RRC Lease No. 23480, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.82. KURIO, A E (RRC Lease No. 24501, District 3, Field No. 82265500, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.83. UNIVERSITY -3148- (RRC Lease No. 28526, District 8, Field No. 59337001, Oil) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.84. WEISE-SCHULZE (RRC Lease No. 286869, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |
| 23.85. FISCHER (RRC Lease No. 290250, District 3, Field No. 82265500, Gas) | Texas Railroad Commission<br>PO Box 12967<br>Austin, TX 78711-2967 | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.

☐ Yes. Provide details below.

## Part 13: Details About the Debtor’s Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None.

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor’s books and records within 2 years before filing this case.

☐ None.

| Name and address | Dates of service |
|---|---|
| 26a.1. Wiggins Consulting Services LLC<br>4229 N FM 620, Suite 201<br>Austin, TX 78734 | 2024 - 2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None.

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None.

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Seidel Schroeder<br>2707 S Market St<br>Brenham, TX 77833 | Unknown |
| 26c.2. KPMG LLP<br>811 Main Street<br>Houston, TX 77002 | Unknown |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None.

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No.

☐ Yes. Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| Robert Black<br>PO Box 569<br>Giddings, TX 78942 | President and CEO | |
| NRF USA, Inc.<br>PO Box 569<br>Giddings, TX 78942 | Member | 100% |
| Mark Shapiro<br>3500 Maple Ave, Ste 420<br>Dallas, TX 75219 | Chief Restructuring Officer | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No.

☒ Yes. Identify below.

| Name and address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| Natale Rea<br>Address on file | CEO | Until 2/02/2026 |
| 2390530 Ontario Inc.<br>2000 16th Sideroad<br>King City, ON L7B 1A3 Canada | Equity Owner | Until 2/02/2026 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No.

☒ Yes. Identify below.

| Name and address of recipient / Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Trivista Oil Co. LLC<br>2954 Cr 208<br>Giddings, TX 78942<br>Relationship: Affiliate | $240,494.68<br>Payments / transfers | May 2025 - Jan 2026 | Normal Course Operations |

| Name and address of recipient / Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Robert Black<br>PO Box 569<br>Giddings, TX 78942<br>Relationship: President and CEO | $86,992.54<br>Payroll, expense reimbursements and advance | 04/20/2026 -<br>10/05/2026 | Compensation and advance |
| 30.3. Trivista Oil Co. LLC<br>2954 Cr 208<br>Giddings, TX 78942<br>Relationship: Affiliate | $20,916.06<br>Intercompany transfers | 04/13/2026 -<br>10/09/2026 | Intercompany transfers |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No.

☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| NRF USA, Inc. | EIN: 32-0452468 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No.

☐ Yes. Identify below.

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2026 X */s/ Mark Shapiro*

MM / DD / YYYY Signature of individual signing on behalf of the debtor

Printed name Mark Shapiro Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☐ Yes